**IN THE UNITED STATES DISTRICT COURT**
**FOR NEW JERSEY**

|  |  |
|---|---|
| SHANGHAI QIANZHUO NETWORK TECHNOLOGY CO. ,LTD. A.K.A. FUTUREDIAMOND AND SHANGHAI LANPIN HAIZHUO TECHNOLOGY CO., LTD. A.K.A. LOVINTRY,<br><br>     Plaintiffs,<br>V.<br><br>DEBRA LUFRANCO,<br><br>     Defendant. | Case No. 25-cv-15740-CCC<br><br><br>**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE** |

**PLEASE TAKE NOTICE**, that on November 3, 2025, the undersigned counsel for Plaintiffs, shall move before the Hon. Claire C. Cecchi, U.S.D.J. pursuant to Local Civil Rule 101.1(c) for an Order granting the admission Pro Hac Vice of Matthew De Preter, Esq. of the Illinois Bar on behalf of Plaintiffs in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs shall rely upon the Certification of the sponsoring attorney, Kevin J. O'Connor, Esq. and the Certification of Matthew De Preter, Esq, which are being filed contemporaneously herewith. A proposed form of Order is also being submitted herewith.

LUM, DRASCO & POSITAN LLC
Attorneys Plaintiffs

By:/s/ *Kevin J. O'Connor*
KEVIN J. O'CONNOR

DATED: September 29, 2025

**CERTFIFICATION OF SERVICE**

The undersigned counsel hereby certifies and declares that copies of the foregoing Notice of Motion and supporting certifications were electronically filed via the District Court's CM/ECF system on this 29th day of September, 2025.

By:/s/*Kevin J. O'Connor*
KEVIN J. O'CONNOR