**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHANGHAI QIANZHUO NETWORK TECHNOLOGY CO., LTD. A/K/A FUTUREDIAMOND AND SHANGHAI LANPIN HAIZHUO TECHNOLOGY CO., LTD. A/K/A LOVINTRY, | Case No. 2:25-cv-15740-CCC-LDW |
| Plaintiffs, | Honorable Claire C. Cecchi |
| v. | **PLAINTIFFS' EMERGENCY NOTICE OF MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER** |
| DEBRA LOFRANCO, | |
| Defendant | |

PLEASE TAKE NOTICE that Plaintiff, Shanghai Qianzhuo Network Technology Co., Ltd. a/k/a FutureDiamond and Shanghai Lanpin Haizhuo Technology Co., Ltd. a/k/a LovIntry ("Plaintiffs") by and through their attorneys of record hereby move on an emergency basis for seek entry of a temporary restraining order against Debra Lofranco ("Defendant"), requesting that the Court to enjoin Defendant from interfering with Plaintiff's product listings during the pendency of this suit.

The relief requested in this motion is urgent, and the immediate relief sought herein is warranted. Faced with imminent harm, Plaintiff contends that Defendant has acted in bad faith by improperly alleging patent infringement on U.S. Patent No. 11,930,789 (the "'789 patent"). Plaintiff respectfully requests such relief. Plaintiff's supporting Memorandum of Law is filed concurrently herewith.  Plaintiffs respectfully request that this Court grant Plaintiffs motion in full and enjoin Defendant to refrain from interfering with Plaintiff's business during the pendency of this suit.

PLEASE TAKE FURTHER NOTICE that Plaintiffs rely upon the brief and Permanent Injunction Declaration filed and served contemporaneously herewith.

Dated: November 20, 2025                    Respectfully submitted,

/s *Dennis J. Drasco*                       /s *Matthew De Preter* (*pro hac vice pending*)
LUM, DRASCO & POSITAN LLC                   ARONBERG GOLDGEHN DAVIS & GARMISA
103 Eisenhower Parkway, Suite 401           225 W. Washington St. Suite 2800
Roseland, New Jersey 07068                  Chicago, IL 60606
973.228.6770                                312.755.3139
ddrasco@lumlaw.com                          cdepreter@agdglaw.com

***Attorneys for Plaintiff***