**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHANGHAI QIANZHUO NETWORK TECHNOLOGY CO., LTD., A/K/A FUTUREDIAMOND AND SHANGHAI LANPIN HAIZHUO TECHNOLOGY CO., LTD., A/K/A LOVINTRY, | Case No. 2:25-cv-15740-CCC-LDW |
| Plaintiffs, | Honorable Claire C. Cecchi |
| v. | |
| DEBRA LOFRANCO, | |
| Defendant. | |

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

THIS MATTER having been opened to the Court upon the Complaint of Plaintiffs Shanghai Qianzhuo Network Technology Co., Ltd. a/k/a FutureDiamond and Shanghai Lanpin Haizhuo Technology Co., Ltd. a/k/a LovIntry ("Plaintiffs" or "FutureDiamond and LovIntry"), Dkt. No. 1 and Plaintiffs' Emergency Motion for Entry of a Temporary Restraining Order, and respective exhibits; and

this Court finding that this Temporary Restraining Order is warranted under Federal Rule of Civil Procedure 65; and that evidence submitted in support of Plaintiffs' Motion and in support of Plaintiffs' Complaint established that Plaintiff has demonstrated a likelihood of success on the merits; that no adequate remedy at law exists; that Plaintiff will suffer irreparable harm if the restraining order is not granted; and that public interest will also be served entering this restraining order.

It is ORDERED, that:

1.      Defendant, Debra Lofranco, shall immediately or within one (1) business day after receiving notice of this Order retract any Amazon complaint filed against Plaintiffs and instruct

1

#2012549v1

Amazon to re-list any product listing that was taken down due to the filing of the Amazon complaints.

2.      Defendant shall refrain from filing any intellectual property infringement complaints against Plaintiffs or Plaintiff's products on Amazon or any other third-party platform.

3.      Defendant, and anyone acting in concert with defendant or that otherwise has notice of this Order, shall not interfere with Plaintiff's sale of Plaintiff's Products until a final or superseding order is entered in this action.

4.      Defendant may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the District of New Jersey Local Rules. Any third party impacted by this Order may move for appropriate relief.

Entered:

_____
THE HONORABLE CLAIRE C. CECCHI, U.S.D.J.

#2012549v1