**UNITED STATES DISTRICT COURT FOR**
**DISTRICT OF NEW JERSEY**

Shanghai Qianzhuo Network Technology
Co., Ltd. a/k/a FutureDiamond and
Shanghai Lanpin Haizhuo Technology Co.,
Ltd. a/k/a LovIntry,

         Plaintiffs,

v.

Debra Lofranco,

         Defendant.

Case No. 2:25-cv-15740

Honorable Claire C. Cecchi

## DECLARATION OF CHUANPENG NING

I, Chuanpeng Ning, declare as follows:

1.  I am the manager of Shanghai Qianzhuo Network Technology Co., Ltd. I am also the manager of Lanpin Haizhuo Technology Co., Ltd. I have personal knowledge of the facts stated in this declaration and, if called upon, I could testify competently thereto.

2.  Shanghai Qianzhuo Network Technology Co., Ltd. is a private Chinese company, operating under the seller name FutureDiamond which is in the business of selling dog toys more specifically the dog feeding trays with the ASINs B0CSSHMCJ2, B0CSSSM2DW, B0D5119ZXZ & B0FFSKXXFY.

3.  Lanpin Haizhuo Technology Co., Ltd. is a private Chinese company, operating under the seller name LovIntry which is in the business of selling dog toys more specifically the dog feeding trays with ASINs B0CSSHMCJ2, B0CSSSM2DW, & B0D5119ZXZ.

4. As of today, Amazon product with ASIN: B0FFSKXXFY (one of the Flat Tray products) is delisted from Amazon.

5. As a result of Lufranco's complaint and subsequent delisting of the Accused Products, we were unable to sell the M-Tray and Flat Tray products for a period of time, causing us to lose sales and lower the ranking of our links, and Amazon destroyed our inventory of the Flat Tray, which we had shipped to Amazon to ensure quick delivery to future customers of the product. We also had to recall Flat Trays that were currently being shipped to Amazon. All of the foregoing resulted in financial losses to our companies.

6. A significant portion of our revenue is derived from sales on the Amazon and Walmart marketplaces. The platforms serve as critical channels for reaching customers, marketing products, and generating revenue. Our products are well regarded by customers for their quality and reliability, and we have invested substantial resources in bringing them to market.

7. It took the Plaintiffs' Amazon stores a tremendous amount of time to build their product ranking on Amazon, including long-term sustained product sales.

8. If a product link becomes deactivated for any significant length of time, it will be permanently damaged by losing its ranking, resulting in the product listing appearing significantly further down the list of product searches, which in turn results in fewer sales and further loss of ranking.

9. Any break in its ability to sell its product will create an extremely high risk of permanently damaging Plaintiffs' ability to maintain that highly desirable and profitable ranking.

10. The freezing and destruction of our inventory caused, severe and irreparable harm, including:

   a. Inability to fulfill customer orders, resulting in canceled sales, loss of market share, and loss of customer trust.

   b. Damage to our reputation and goodwill due to the false impression created by Defendant's baseless allegations and the resulting suspension of our products on Amazon.

   c. Loss of sunk costs of manufacturing and shipping Accused Product inventory, representing substantial loss of financial investment in manufacturing and logistics.

11. Defendant appears to be using the Amazon's intellectual property infringement notice program as a tactic to unfairly force our company out of the market. By threatening to initiate a complaint through such program, Defendant is exploiting Amazon's procedures to gain leverage without litigating its claims in court.

12. Through her complaints, Lufranco has purposefully harmed our companies and artificially restricting consumer purchasing options to Lufranco's own products.

13. Lufranco's abuse of her patent and her contrived complaints to Amazon and Walmart have directly prejudiced our companies as it has caused them to lose sales when the Accused Products were taken off the market. Not only did this harm us due to the inability to sell, it also harmed the effectiveness of our sales links.

14. When links are removed, the ranking of the link on platforms (like Amazon) decreases because sales are not being made pursuant to those deactivated links while sales are being made to competitors' links (like Lufranco's). Thus, the rank of the deactivated links falls while the competitors' links rise. The deactivated links also are not able to accumulate customer reviews, so even if they are reactivated in the future, their low rank and lesser customer reviews make them less visible (sometimes not even appearing on the first or second search page) and less attractive by virtue of having less customer reviews. This harm cannot be remedied as the ranking and customer reviews are entirely organic, cannot be improved simply by paying money, and are entirely out of our control.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: October 31, 2025

Chuanpeng Ning

Name: Chuanpeng Ning

Title: Manager