## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on November 20, 2025 a true and correct copy of the

foregoing document and any supporting papers were served on the Defendant at the following address

via Federal Express:

> 35 E. Mockingbird Way
> Galloway, New Jersey, 08205

/s/ *Dennis J. Drasco*
*Co-Counsel to Plaintiffs*