Exhibit C

# *Evidence of Use Chart*

**Patent / Application Number:**    US20220053734A1
**Patent Owner:**                            Debra LOFRANCO
**Target Company:**                        Lovintry
**Target Product:**                          Lovintry Dog Scratch Board with Treat Box

## IMPORTANT NOTICE

This is a technical document intended to show similarity in claimed invention and an identified product..

# Patent Overview



| Bibliographic Details | |
| --- | --- |
| **Title** | Pet toy |
| **Priority Date** (yyyy-mm-dd) | 2019-01-02 |
| **Filing Date** (yyyy-mm-dd) | 2021-07-01 |
| **Publication Date** (yyyy-mm-dd) | 2024-03-19 |
| **Target Claim** | 18 |

# Target Claim

18. A pet toy comprising:

a body having an upper face, a lower face, a top side, a bottom side, a left side, and a right side;

at least one of the upper face and the lower face including:

a pad surface for adhering an abrasive material; and

a guard projection extending in a perpendicular direction with respect to the pad surface and configured to prevent the abrasive material from contacting a flat surface upon which the pet toy is placed;

the body having an internal central cavity; and

at least one aperture formed in the body for accessing the internal central cavity;

at least one handle extending from the group consisting of the top side, the bottom side, the left side, and the right side of the body for grasping the pet toy.

© Confidential. Shared under NDA.

# Evidence of Use

| Preamble | Lovintry Dog Scratch Board with Treat Box |
|---|---|
| 18. A pet toy comprising:<br><br>(1/2)<br><br><br>**Comments**: The target product is a pet toy.<br><br>The toy works as a scratch board for dogs for nail trimming and grooming. Additionally, the toy can be used to feed meals via Invisible Snack Box. |

*Exhibit 1:*
*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1*

*Exhibit 2:*
*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1*

© Confidential. Shared under NDA.

# Evidence of Use

| Preamble | Lovintry Dog Scratch Board with Treat Box |
|---|---|
| 18. A pet toy comprising:<br><br>(1/2) | |
| **Comments**: The target product is a pet toy.<br><br>The toy works as a scratch pad for dogs for nail trimming and grooming. Additionally, the toy can be used to feed meals via Invisible Snack Box. | <br><br>*Exhibit 3:*<br>***PRODUCT VIEDO***<br>*https://www.amazon.com/dp/B0CSSHMCJ2?ref=emc_p_m_5_i_atc&th=1* |

© Confidential. Shared under NDA.

# Evidence of Use

| Clause A | Lovintry Dog Scratch Board with Treat Box |
|---|---|
| a body having an upper face, a lower face, a top side, a bottom side, a left side, and a right side;<br><br>(1/3) |  |
| **Comments**: The target product is made up of a body having an upper face and a lower face as highlighted in the evidence. | *Exhibit 4:*<br>*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1* |

© Confidential. Shared under NDA.

# Evidence of Use

| Clause A | Lovintry Dog Scratch Board with Treat Box |
|---|---|
| a body having an upper face, a lower face, a top side, a bottom side, a left side, and a right side;<br><br>(2/3) | |
| **Comments**: The target product is made up of a body having a top side and a bottom side as highlighted in the evidence. | |



*Exhibit 5:*
*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1*



*Exhibit 6:*
*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1*

© Confidential. Shared under NDA.

# Evidence of Use

| Clause A | Lovintry Dog Scratch Board with Treat Box |
|---|---|
| a body having an upper face, a lower face, a top side, a bottom side, a left side, and a right side;<br><br>(3/3)<br><br><br>**Comments**: The target product is made up of a body having a left side and a right side as highlighted in the figure.<br><br>*Please Note the image claims that it is patented- We can not find a formal record of that claim. |  <br><br>*Exhibit 7:*<br>*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1*     *Exhibit 7:*<br>*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1* |

© Confidential. Shared under NDA.

# Evidence of Use

| Clause B | Lovintry Dog Scratch Board with Treat Box |
|---|---|
| at least one of the upper face and the lower face including:<br><br>a pad surface for adhering an abrasive material; and<br><br>(1/3) |  |
| **Comments**: The target product having an upper face consists of a pad surface for adhering an abrasive material (i.e., file paper).<br><br>Here, the area that covers the upper face on which the abrasive material (i.e., file paper) will be adhered (i.e., sticked) upon is regarded as the pad surface of the toy | |

The upper surface comprising of the pad surface

Pad surface for adhering the abrasive material

*Exhibit 8:*
*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1*

© Confidential. Shared under NDA.

# Evidence of Use

| Clause B | Lovintry Dog Scratch Board with Treat Box |
|---|---|
| at least one of the upper face and the lower face including:<br><br>a pad surface for adhering an abrasive material; and<br><br>(2/3) |  |
| **Comments**: The target product consists of an abrasive material (i.e., file paper). | *Exhibit 9:*<br>*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1* |

© Confidential. Shared under NDA.

# Evidence of Use

| Clause B | Lovintry Dog Scratch Board with Treat Box |
|---|---|
| at least one of the upper face and the lower face including:<br><br>a pad surface for adhering an abrasive material; and<br><br>(3/3)<br><br>**Comments**: The target product consists of an abrasive material (i.e., file paper) that is stuck to the pad surface. | Size and Package: The size of the dog nail file board is 17.8 x 9.6 x 2.7 in, suitable for dogs of all sizes. The package contains 1x M-shaped dog scratch pad, 3x wear-resistant sticky sandpaper, and 1x user manual<br><br>*Exhibit 10:*<br>*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1*<br><br>*Exhibit 11:*<br>*Lovintry Dog Scratch Board User Manual*<br><br>Abrasive material being adhered to the pad surface<br><br>**3. How to Installation**<br>**First-time using**<br>1. Attach non-slip rubber stickers: Find the places where the scratching board is in contact with the floor when it is used, and put non-slip rubber stickers on it.<br>2. Use it.<br><br>**Replace the sandpaper**<br><br>**1.** Along the edges, gently peel away the sandpaper original pasted<br>**2.** Clean the dust on the surface of the board<br>**3.** Tear off the back of the attached sandpaper, align it with the marked position, and paste it flat.<br>**Note:** For the regular type, we also provide a piece of sandpaper (the smaller one) for the back, You can paste the sandpaper by yourself and guide the dog to use the back.<br><br>**4. Cautions**<br>1. When your dog first starts using it, it needs your patient interaction and training. |

© Confidential. Shared under NDA.

# Evidence of Use

| Clause C | Lovintry Dog Scratch Board with Treat Box |
|---|---|
| a guard projection extending in a perpendicular direction with respect to the pad surface and configured to prevent the abrasive material from contacting a flat surface upon which the pet toy is placed;<br><br>**Comments**: The target product having an upper face includes a guard projection extending in a perpendicular direction (i.e., it is elongated in a downward direction) to the pad surface and configured to prevent the abrasive material from contacting a flat surface upon which the pet toy is placed.<br><br>The downward extension of the guard, perpendicular to the pad surface ensures that the abrasive material (i.e., file paper) does not come in contact with the flat surface. | <br>*Exhibit 4:*<br>*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1* |

# Evidence of Use

| Clause C | Lovintry Dog Scratch Board with Treat Box |
|---|---|
| a guard projection extending in a perpendicular direction with respect to the pad surface and configured to prevent the abrasive material from contacting a flat surface upon which the pet toy is placed;<br><br>**Comments**: The target product having an upper face includes a guard projection extending in a perpendicular direction (i.e., it is elongated in a downward direction) to the pad surface and configured to prevent the abrasive material from contacting a flat surface upon which the pet toy is placed.<br><br>The attachable non-slip rubber disk are extension of the guard projection, perpendicular to the pad surface ensures that the abrasive material (i.e., file paper) does not come in contact with the flat surface, as per the User Manual |  <br><br>*Exhibit 12:*<br>**Customer REVIEW IMAGE**<br>*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1*<br><br>*Exhibit 11: Lovintry Dog Scratch Board User Manual*<br><br>*Exhibit 13: Purchase By Patent owner & Photographed*<br><br>**3. How to Installation**<br><br>**First-time using**<br>1. Attach non-slip rubber stickers: Find the places where the scratching board is in contact with the floor when it is used, and put non-slip rubber stickers on it.<br>2. Use it. |

© Confidential. Shared under NDA.

# Evidence of Use

| Clause C | Lovintry Dog Scratch Board with Treat Box |
|---|---|
| the body having an internal central cavity; and<br><br>(1/2)<br><br>**Comments**: The target product comprises a body (i.e., the main body) having an internal cavity for pet food. | <br>Body<br><br>*Exhibit 4:*<br>*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1*<br><br><br>Internal central cavity<br><br>*Exhibit 14:*<br>*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1* |

© Confidential. Shared under NDA.

# Evidence of Use

| Clause C | Lovintry Dog Scratch Board with Treat Box |
|---|---|
| the body having an internal central cavity; and<br><br>(2/2)<br><br>**Comments**: Said internal central cavity is used to contain the dispensable food. | <br><br>*Exhibit 1:*<br>*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1* |

© Confidential. Shared under NDA.

# Evidence of Use

| Clause D | Lovintry Paws Dog File Toy |
|---|---|

at least one aperture formed in the body for accessing the internal central cavity;

**Comments**: The target product includes apertures in the body (i.e., main body) for accessing the internal central cavity.

The dispensing of food from the internal central cavity to the apertures shows that the internal central cavity can be accessed via this said apertures.



*Exhibit 15:*
*https://www.amazon.com/dp/B0CSSSM2DW?ref=emc_p_m_5_i_atc&th=1*



*Exhibit 16:*
***PRODUCT VIEDO***
*https://www.amazon.com/dp/B0CSSHMCJ2?ref=emc_p_m_5_i_atc&th=1*

# Evidence of Use

| Clause E | Lovintry Dog Scratch Board with Treat Box |
|---|---|
| at least one handle extending from the group consisting of the top side, the bottom side, the left side, and the right side of the body for grasping the pet toy.<br><br>(1/3) |  |

**Comments**: The target product consists of one handle extending from the group consisting of the top side, the bottom side, the left side, and the right side of the body for grasping the pet toy.

The outer area spanning both the right side and left side as highlighted acts as a handle that extends from the main body that consists of the top side, the bottom side, the left side, and the right side.

This arc-shaped handle can be used to grasp the pet toy.

A handle extending from the group for grasping the pet toy

*Exhibit 17:*
*https://www.amazon.com/dp/B0CSSHMCJ2?ref=emc_p_m_5_i_atc&th=1*

© Confidential. Shared under NDA.

# Evidence of Use

| Clause E | Lovintry Dog Scratch Board with Treat Box |
|---|---|
| at least one handle extending from the group consisting of the top side, the bottom side, the left side, and the right side of the body for grasping the pet toy.<br><br>(2/3)<br><br>**Comments**: The target product consists of one handle extending from the group consisting of the top side, the bottom side, the left side, and the right side of the body for grasping the pet toy.<br><br>The outer area spanning both the right side and left side as highlighted acts as a handle that extends from the main body that consists of the top side, the bottom side, the left side, and the right side.<br><br>This arc-shaped handle can be used to grasp the pet toy. | <br>The handle being used to grasp the pet toy<br><br>*Exhibit 18:*<br>*https://www.amazon.com/dp/B0CSSHMCJ2?ref=emc_p_m_5_i_atc&th=1*<br><br><br>The handle being used to grasp the pet toy<br><br>*Exhibit 14:*<br>*https://www.amazon.com/dp/B0CSSHMCJ2?ref=emc_p_m_5_i_atc&th=1* |

# Evidence of Use

| Clause E | Lovintry Dog Scratch Board with Treat Box |
|---|---|
| at least one handle extending from the <span style="color:#8B2942">group consisting of the top side, the bottom side, the left side, and the right side of the body</span> for grasping the pet toy.<br><br>(3/3) | |
| **Comments**: The target product consists of a group consisting of the top side, the bottom side, the left side, and the right side of the body (i.e., the main body).<br><br>This existence of a group consisting of the top side, the bottom side, the left side, and the right side of the body as shown in Clause A. | <br><br>The group consisting of the top side, the bottom side, the left side, and the right side of the body<br><br>*Exhibit 17:*<br>*https://www.amazon.com/dp/B0CSSHMCJ2?ref=emc_p_m_5_i_atc&th=1* |

# Thank You