**IN THE UNITED STATES DISTRICT COURT**
**FOR NEW JERSEY**

| | |
|---|---|
| Shanghai Qianzhuo Network Technology Co., Ltd. a.k.a. FutureDiamond and Shanghai Lanpin Haizhuo Technology Co., Ltd. a.k.a. LovIntry, | Case No. 25-cv-15740-CCC |
| Plaintiffs, | Judge Claire C. Cecchi |
| v. | **PLAINTIFF'S MOTION TO STRIKE DEFENDANT DEBRA LO FRANCO'S AFFIRMATIVE DEFENSES AND TO DISMISS DEFENDANT'S COUNTERCLAIMS AGAINST THE PLAINTIFF PURSUANT TO RULE 12(b)(6) AND RULE 12(f)** |
| Debra Lo Franco, | |
| Defendant | |

**PLEASE TAKE NOTICE** that Plaintiffs Shanghai Qianzhuo Network Technology Co., Ltd. a.k.a. FutureDiamond and Shanghai Lanpin Haizhuo Technology Co., Ltd. a.k.a. LovIntry (Plaintiffs), by and through their attorneys shall move for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) or alternatively 12(f) striking Defendant, Debra Lo Franco's (Defendant) affirmative defenses and dismissing Defendant's counterclaims against the Plaintiffs.

Defendant's purported affirmative defenses and counterclaims fail to satisfy the pleading standards required in federal court. Defendant's "affirmative defenses" do not set forth any cognizable basis for excusing her behavior or defeating Plaintiffs' well-pleaded claims. Defendant's alleged counterclaims fail to set forth sufficient factual bases that—if true—could support any determination of liability by Plaintiffs. For these and the reasons set forth in greater detail in the accompanying Memorandum of Law, this Court should strike Defendant's affirmative defenses and dismiss her counterclaims and grant Plaintiff any further relief as this court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs rely on the Memorandum of Law filed and served contemporaneously herewith.

Dated: January 7, 2026                                    Respectfully submitted,

/s *Dennis J. Drasco*                         /s *Matthew De Preter*

Dennis J. Drasco                               Matthew De Preter (*pro hac vice*)
LUM, DRASCO & POSITAN LLC          ARONBERG GOLDGEHN
103 Eisenhower Parkway, Suite 401     225 West Washington, Suite 2800
Roseland, New Jersey 07068-1049        Chicago, Illinois 60606
973.403.9000                                     312.828.9600
ddrasco@lumlaw.com                         cdepreter@agdglaw.com

**Co-Counsel for Plaintiffs**

2