## IN THE UNITED STATES DISTRICT COURT
## FOR NEW JERSEY

|  |  |
|---|---|
| Shanghai Qianzhuo Network Technology Co., Ltd. a.k.a. FutureDiamond and Shanghai Lanpin Haizhuo Technology Co., Ltd. a.k.a. LovIntry,<br><br>          Plaintiffs,<br><br>v.<br><br>Debra Lo Franco,<br><br>          Defendant | Case No. 25-cv-15740-CCC<br><br>Judge Claire C. Cecchi<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by Lum, Drasco & Positan, LLC (Dennis J. Drasco, Esq. appearing), attorneys for the Plaintiffs, Shanghai Qianzhuo Network Technology Co., Ltd. a.k.a. FutureDiamond and Shanghai Lanpin Haizhuo Technology Co., Ltd. a.k.a. LovIntry and upon Notice to Defendant, Debra Lo Franco, on Plaintiffs' Motion pursuant to Federal Rule of Civil Procedure 12(b)(6) and Rule 12(f), to strike Defendant's affirmative defenses and dismiss Defendant's counterclaims against Plaintiffs, and for good cause having been shown;

**IT IS** on this _____ day of _____, 2026

**ORDERED**:

1) Plaintiffs Motion is hereby **GRANTED**.

2) Defendant's affirmative defenses are hereby **STRICKEN**.

3) Defendant**'s** counterclaims against Plaintiffs are hereby **DISMISSED**.

4) A copy of this Order shall be served upon all parties within ___ days of the entry of this Order.

#2013347v1

Dated:                                        Entered:


                                              _____
                                              The Honorable Claire C. Cecchi
                                              United States District Judge

2