**IN THE UNITED STATES DISTRICT COURT
FOR NEW JERSEY**

Shanghai Qianzhuo Network Technology Co. ,Ltd. a.k.a. FutureDiamond and Shanghai Lanpin Haizhuo Technology Co., Ltd. a.k.a. LovIntry,

                  Plaintiffs,

v.

Debra Lo Franco,

                  Defendant

Case No. 25-cv-15740

**DECLARATION OF MATTHEW DE PRETER IN SUPPORT OF MOTION BY PLAINTIFFS TO DISMISS LO FRANCO'S COMPLAINT PURSUANT TO 12(B)(6) OR ALTERNATIVELY STRIKE UNDER RULE 12(F)**

I, **MATTHEW DE PRETER, ESQ.,** being of full age, do hereby certify as follows:

1.      I make this certification in support of Plaintiffs' Motion to dismiss Lo Franco's Complaint Pursuant to 12(b)(6) or Alternatively to Strike under Rule 12(f).

2.      I am an attorney-at-law of the State of Illinois with the law firm of Aronberg Goldgehn which maintains offices located at 225 W. Washington Street, Suite 2800, Chicago, IL 60606.

3.      Exhibit A is a true and correct copy of US D1,093,763 owned by Plaintiff Shanghai Lanpin Haizhuo Technology Co. for its M-Tray product.

4.      Exhibit B is a true and correct copy of US D1,093,765 owned by Plaintiff Shanghai Lanpin Haizhuo Technology Co. for its M-Tray product.

5.      Exhibit B is a true and correct copy of US D1,075,183 owned by Plaintiff Shanghai Lanpin Haizhuo Technology Co. for its M-Tray product for its Flat Tray product.

6.      Exhibit D is a true and correct copy of US D1,084,550 owned by Plaintiff Shanghai Lanpin Haizhuo Technology Co. for its M-Tray product.

7.      I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.


DATED: January 7, 2026

By: _____

Matthew De Preter

# Exhibit "A"







United States of America

To Promote the Progress          of Science and Useful Arts

*The Director*

*of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this United States*

Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form PTO-379C (Rev 09/17)

US0D1093763S

## (12) United States Design Patent
### Ning

(10) Patent No.: **US D1,093,763 S**
(45) Date of Patent: ** Sep. 16, 2025

(54) **SCRATCHING POST**

(71) Applicant: **Shanghai Lanpin Haizhuo Technology Co., Ltd.**, Shanghai (CN)

(72) Inventor: **Chuanpeng Ning**, Linqing (CN)

(73) Assignee: **Shanghai Lanpin Haizhuo Technology Co., Ltd.**, Shanghai (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/927,406**

(22) Filed: **Feb. 5, 2024**

(51) **LOC (15) Cl.** ............................................... **30-12**
(52) **U.S. Cl.**
USPC ...................................................... **D30/160**
(58) **Field of Classification Search**
USPC ....... D30/108, 112, 117, 118, 158, 160, 161, D30/199
CPC ..... A01K 15/02; A01K 15/024; A01K 15/027
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,441,001 A | * | 4/1969 | Fisher | A01K 15/025 D21/484 |
| D453,977 S | * | 2/2002 | Park | D1/125 |
| D589,657 S | * | 3/2009 | Lamstein | D30/118 |
| D644,795 S | * | 9/2011 | Haaf | D30/160 |
| D652,179 S | * | 1/2012 | Haaf | D6/349 |
| D655,464 S | * | 3/2012 | Seliskar | D30/118 |
| D661,436 S | * | 6/2012 | Haaf | D30/118 |
| D663,492 S | * | 7/2012 | Haaf | D6/349 |
| D688,837 S | * | 8/2013 | Paculdo | D30/160 |
| D738,580 S | * | 9/2015 | Elliott | D30/118 |
| D758,673 S | * | 6/2016 | Farris | D30/129 |
| D825,117 S | * | 8/2018 | Zhang | D30/118 |
| D835,362 S | * | 12/2018 | Hansen | D30/160 |
| D927,701 S | * | 8/2021 | Djankovich | D24/188 |
| D977,760 S | * | 2/2023 | Guo | D30/160 |
| D1,007,783 S | * | 12/2023 | Ning | D30/160 |
| 11,985,954 B2 | * | 5/2024 | Firestone | A01K 1/035 |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 308241704 | * | 9/2023 |
| CN | 308954837 | * | 11/2024 |

(Continued)

#### OTHER PUBLICATIONS

LovIntry M-Shaped Dog Scratch Pad for Nails, Dog Nail File Toy for Dog Nail Maintenance, Shortened Dog's Side Nails Easily (L); posted Apr. 18, 2023, retrieved May 16, 2025 [online]. URL: https://www.amazon.com/dp/B0C2VPBMXC (Year: 2023).*

(Continued)

*Primary Examiner* — Jennifer L Rempfer
*Assistant Examiner* — Emily A Caven
(74) *Attorney, Agent, or Firm* — Ricky Lam

(57) **CLAIM**

The ornamental design for a scratching post, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a scratching post, showing my new design;
FIG. **2** is a front view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a right side view thereof;
FIG. **6** is a top view thereof;
FIG. **7** is a bottom view thereof; and,
FIG. **8** is another perspective view thereof in a state of use.
The broken lines in the drawings illustrate the portions of the scratching post, which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



## US D1,093,763 S

Page 2

(56)                    **References Cited**

### U.S. PATENT DOCUMENTS

2015/0107520 A1 *   4/2015   Durnen ................. A01K 15/024
                                                       119/28.5
2017/0172108 A1 *   6/2017   Long, Jr. .............. A01K 15/024

### FOREIGN PATENT DOCUMENTS

| EM | 015032002-0001 | * | 8/2023 |
| EM | 015049600-0001 | * | 2/2024 |
| EM | 015079146-0001 | * | 11/2024 |
| GB | 6305306 | * | 4/2023 |
| GB | 6344512 | * | 2/2024 |
| GB | 6402264 | * | 11/2024 |

### OTHER PUBLICATIONS

Dechiaus Dog Nail Scratch Board—Dog Scratch Pad for Nails, Scratch Board for Dogs with Treats, Dog Scratch Board, Scratch Pad for Dogs, Dog Nail Trimming Restraint, Scratch Mat for Dogs, Dog Nails; posted Feb. 2, 2024, retrieved May 16, 2025 [online]. URL: https://www.amazon.com/dp/B0CTTRYM3K (Year: 2024).*
LovIntry M-Shaped Dog Scratch Pad for Nails with Treat Box, Dog Nail Scratch Board for Large Dogs, Dog Nail File Toy and Shorten Dog's Side Nail Easier (with Treat Box, L); posted Feb. 24, 2024, retrieved May 16, 2025 [online]. URL: https://www.amazon.com/dp/B0CSSHMCJ2 (Year: 2024).*

* cited by examiner



*FIG. 1*



*FIG. 2*

U.S. Patent        Sep. 16, 2025        Sheet 3 of 8        US D1,093,763 S



*FIG. 3*

Case 2:25-cv-15740-CCC-LDW    Document 31-3    Filed 01/07/26    Page 11 of 66 PageID: 673



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*



*FIG. 8*

Exhibit "B"







*To Promote the Progress*    *of Science and Useful Arts*

*The Director*

*of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this United States*

*Patent*

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form PTO-379C (Rev 09/17)

US0D1093765S

## (12) United States Design Patent
### Ning

(10) Patent No.:     **US D1,093,765 S**
(45) Date of Patent:     ✳✳ **Sep. 16, 2025**

(54) **SCRATCHING POST**

(71) Applicant: **Shanghai Lanpin Haizhuo Technology Co., Ltd.**, Shanghai (CN)

(72) Inventor: **Chuanpeng Ning**, Linqing (CN)

(73) Assignee: **Shanghai Lanpin Haizhuo Technology Co., Ltd.**, Shanghai (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/970,905**

(22) Filed: **Oct. 31, 2024**

### Related U.S. Application Data

(63) Continuation of application No. 29/927,406, filed on Feb. 5, 2024.

(51) **LOC (15) Cl.** ............................................. **30-12**

(52) **U.S. Cl.**
USPC ....................................... **D30/160**

(58) **Field of Classification Search**
USPC ....... D30/108, 112, 117, 118, 158, 160, 161, D30/199
CPC ..... A01K 15/02; A01K 15/024; A01K 15/027
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,441,001 A | * | 4/1969 | Fisher ................. | A01K 15/025 |
| | | | | D21/484 |
| D453,977 S | * | 2/2002 | Park ............................... | D1/125 |
| D589,657 S | * | 3/2009 | Lamstein ..................... | D30/118 |
| D644,795 S | * | 9/2011 | Haaf ............................. | D30/160 |
| D652,179 S | * | 1/2012 | Haaf .............................. | D6/349 |
| D655,464 S | * | 3/2012 | Seliskar ....................... | D30/118 |
| D661,436 S | * | 6/2012 | Haaf ............................ | D30/118 |
| D663,492 S | * | 7/2012 | Haaf .............................. | D6/349 |

| | | | | |
|---|---|---|---|---|
| D688,837 S | * | 8/2013 | Paculdo ....................... | D30/160 |
| D738,580 S | * | 9/2015 | Elliott ......................... | D30/118 |
| D758,673 S | * | 6/2016 | Farris ........................... | D30/129 |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 308241704 | * | 9/2023 |
| CN | 308954837 | * | 11/2024 |

(Continued)

#### OTHER PUBLICATIONS

LovIntry M-Shaped Dog Scratch Pad for Nails, Dog Nail File Toy for Dog Nail Maintenance, Shortened Dog's Side Nails Easily (L); posted Apr. 18, 2023, retrieved May 16, 2025 [online]. URL: https://www.amazon.com/dp/B0C2VPBMXC (Year: 2023).*

(Continued)

*Primary Examiner* — Jennifer L Rempfer
*Assistant Examiner* — Emily A Caven
(74) *Attorney, Agent, or Firm* — Ricky Lam

(57)     **CLAIM**

The ornamental design for a scratching post, as shown and described.

### DESCRIPTION

FIG. **1** is a front perspective view of a scratching post, showing my new design;
FIG. **2** is a rear perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof;
FIG. **8** is a bottom view thereof; and,
FIG. **9** is another perspective view thereof in a state of use.
The broken lines in the drawings illustrate the portions of the scratching post, which form no part of the claimed design.

**1 Claim, 9 Drawing Sheets**



## US D1,093,765 S

Page 2

(56)                    **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D825,117 S | * | 8/2018 | Zhang | ........................... | D30/118 |
| D835,362 S | * | 12/2018 | Hansen | ........................ | D30/160 |
| D927,701 S | * | 8/2021 | Djankovich | ................ | D24/188 |
| D977,760 S | * | 2/2023 | Guo | ............................ | D30/160 |
| D1,007,783 S | * | 12/2023 | Ning | ............................ | D30/160 |
| 11,985,954 B2 | * | 5/2024 | Firestone | ............... | A01K 1/035 |
| 2015/0107520 A1 | * | 4/2015 | Durnen | ............... | A01K 15/024 |
| | | | | | 119/28.5 |
| 2017/0172108 A1 | * | 6/2017 | Long, Jr. | .............. | A01K 15/024 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EM | 015032002-0001 | * | 8/2023 |
| EM | 015049600-0001 | * | 2/2024 |
| EM | 015079146-0001 | * | 11/2024 |
| GB | 6305306 | * | 4/2023 |
| GB | 6344512 | * | 2/2024 |
| GB | 6402264 | * | 11/2024 |

### OTHER PUBLICATIONS

Dechiaus Dog Nail Scratch Board—Dog Scratch Pad for Nails, Scratch Board for Dogs with Treats, Dog Scratch Board, Scratch Pad for Dogs, Dog Nail Trimming Restraint, Scratch Mat for Dogs, Dog Nails; posted Feb. 2, 2024, retrieved May 16, 2025 [online]. URL: https://www.amazon.com/dp/B0CTTRYM3K (Year: 2024).*
LovIntry M-Shaped Dog Scratch Pad for Nails with Treat Box, Dog Nail Scratch Board for Large Dogs, Dog Nail File Toy and Shorten Dog's Side Nail Easier (with Treat Box, L); posted Feb. 24, 2024, retrieved May 16, 2025 [online]. URL: https://www.amazon.com/dp/B0CSSHMCJ2 (Year: 2024).*

* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*

U.S. Patent      Sep. 16, 2025      Sheet 4 of 9      US D1,093,765 S



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*

U.S. Patent          Sep. 16, 2025          Sheet 8 of 9          US D1,093,765 S



*FIG. 8*



*FIG. 9*

# Exhibit "C"







*United States of America*

*To Promote the Progress* of Science and Useful Arts

*The Director*

*of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this United States*

*Patent*

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form PTO-379C (Rev 09/17)

US0D1075183S

## (12) United States Design Patent
### Ning

(10) Patent No.:     **US D1,075,183 S**

(45) **Date of Patent:**     ✶✶ **May 13, 2025**

(54) **PET SCRATCHING BOARD**

(71) Applicant: **Shanghai Lanpin Haizhuo Technology Co., Ltd.**, Shanghai (CN)

(72) Inventor: **Chuanpeng Ning**, Shanghai (CN)

(73) Assignee: **Shanghai Lanpin Haizhuo Technology Co., Ltd.**, Shanghai (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/979,258**

(22) Filed: **Dec. 18, 2024**

(30)     **Foreign Application Priority Data**

Dec. 13, 2024    (CN) ......................... 202430794870.5
Dec. 13, 2024    (CN) ......................... 202430794879.6

(51) **LOC (15) Cl.** .............................................. **30-99**
(52) **U.S. Cl.**
USPC ........................................ **D30/158**; D30/160
(58) **Field of Classification Search**
USPC ....... D30/158, 159, 199, 160, 108, 118–120, D30/104, 161; 119/625, 633, 600, 617, 119/628, 632, 631, 602, 621, 603, 28.5, 119/174, 706, 482, 485, 452, 453, 498, 119/499, 702, 708; D4/136, 127, 124,
(Continued)

(56)     **References Cited**

U.S. PATENT DOCUMENTS

D566,346 S    4/2008   Crone
D585,607 S    1/2009   Rosenblatt
(Continued)

*Primary Examiner* — Susan Moon Lee

(74) *Attorney, Agent, or Firm* — Hemisphere Law, PLLC; Zhigang Ma

(57)     **CLAIM**
The ornamental design for a pet scratching board, as shown and described.

**DESCRIPTION**

FIG. **1** is a first perspective view of the first embodiment of a pet scratching board showing my new design;
FIG. **2** is a second perspective view of the first embodiment thereof;
FIG. **3** is a front view of the first embodiment thereof;
FIG. **4** is a back view of the first embodiment thereof;
FIG. **5** is a left side view of the first embodiment thereof;
FIG. **6** is a right side view of the first embodiment thereof;
FIG. **7** is a top view of the first embodiment thereof;
FIG. **8** is a bottom view of the first embodiment thereof;
FIG. **9** is a perspective view of another state of the first embodiment thereof;
FIG. **10** is a first perspective view of the second embodiment of a pet scratching board showing my new design;
FIG. **11** is a second perspective view of the second embodiment thereof;
FIG. **12** is a front view of the second embodiment thereof;
FIG. **13** is a back view of the second embodiment thereof;
FIG. **14** is a left side view of the second embodiment thereof;
FIG. **15** is a right side view of the second embodiment thereof;
FIG. **16** is a top view of the second embodiment thereof;
FIG. **17** is a bottom view of the second embodiment thereof; and,
FIG. **18** is a perspective view of another state of the second embodiment thereof.
The broken lines shown in the drawings depict portions of the pet scratching board that form no part of the claimed design.

**1 Claim, 18 Drawing Sheets**



## US D1,075,183 S

Page 2

(58) **Field of Classification Search**
USPC ....... D4/130; D28/91.2, 63; D32/47, 35, 40,
D32/52; D24/211, 212, 214, 215;
15/114, 110, 117, 160, DIG. 6, 210.1,
15/207.2, DIG. 5, 105, 111, 187; 4/606,
4/559; 601/136, 137; 132/129, 132, 148,
132/114; 401/28; D23/261; D6/592
CPC .... A01K 15/02; A01K 15/024; A01K 15/025;
A01K 15/027; A01K 1/033; A01K 1/035;
A01K 13/004; A01K 13/00
See application file for complete search history.

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D665,138 S | * | 8/2012 | Haaf | D30/160 |
| 9,345,233 B1 | * | 5/2016 | Tsengas | A01K 15/024 |
| 10,609,903 B1 | * | 4/2020 | Tsengas | A01K 15/024 |
| D913,607 S | * | 3/2021 | McConnochie | D30/158 |
| D953,847 S | * | 6/2022 | Blair | D6/580 |
| D964,665 S | * | 9/2022 | Wang | D30/158 |
| D990,066 S | * | 6/2023 | Collignon | D30/160 |
| D1,011,653 S | * | 1/2024 | Wang | D30/160 |
| 2023/0076370 A1 | * | 3/2023 | Li | A01K 15/024 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

Case 2:25-cv-15740-CCC-LDW    Document 31-3    Filed 01/07/26    Page 39 of 66 PageID: 701



FIG. 5

FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11

U.S. Patent    May 13, 2025    Sheet 12 of 18    US D1,075,183 S



FIG. 12



FIG. 13



FIG. 14

FIG. 15



FIG. 16



FIG. 17



FIG. 18

Exhibit "D"





*To Promote the Progress*    *of Science and Useful Arts*

## The Director

of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this United States

## Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form PTO-379C (Rev 09/17)

US0D1084550S

## (12) United States Design Patent
### Ning

(10) Patent No.: **US D1,084,550 S**
(45) Date of Patent: ** Jul. 15, 2025

(54) **SCRATCHING POST**

(71) Applicant: **SHANGHAI LANPIN HAIZHUO TECHNOLOGY CO., LTD**, Shanghai (CN)

(72) Inventor: **Chuanpeng Ning**, Shandong (CN)

(73) Assignee: **SHANGHAI LANPIN HAIZHUO TECHNOLOGY CO., LTD**, Shanghai (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/983,493**

(22) Filed: **Jan. 10, 2025**

### Related U.S. Application Data

(63) Continuation of application No. 29/927,406, filed on Feb. 5, 2024.

(51) **LOC (15) Cl.** ............................................... **30-06**
(52) **U.S. Cl.**
USPC ........................................................ **D30/160**
(58) **Field of Classification Search**
USPC ....... D30/108, 112, 117, 118, 158, 160, 161, D30/199
CPC ..... A01K 15/02; A01K 15/024; A01K 15/027
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,441,001 A | * | 4/1969 | Fisher | A01K 15/025 |
| | | | | D21/484 |
| D453,977 S | * | 2/2002 | Park | D1/125 |
| D545,007 S | | 6/2007 | Northrop | |
| D589,657 S | * | 3/2009 | Lamstein | D30/118 |
| D644,795 S | * | 9/2011 | Haaf | D30/160 |
| D652,179 S | * | 1/2012 | Haaf | D6/349 |
| D655,464 S | * | 3/2012 | Seliskar | D30/118 |
| D661,436 S | * | 6/2012 | Haaf | D30/118 |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 308241704 | * | 9/2023 |
| CN | 308954837 | * | 11/2024 |

(Continued)

#### OTHER PUBLICATIONS

LovIntry M-Shaped Dog Scratch Pad for Nails, Dog Nail File Toy for Dog Nail Maintenance, Shortened Dog's Side Nails Easily (L); posted Apr. 18, 2023, retrieved May 16, 2025 [online]. URL: https://www.amazon.com/dp/B0C2VPBMXC (Year: 2023).*

(Continued)

*Primary Examiner* — Jennifer L Rempfer
*Assistant Examiner* — Emily A Caven
(74) *Attorney, Agent, or Firm* — Daniel M. Cohn

(57) **CLAIM**

The ornamental design for a scratching post as shown and described.

### DESCRIPTION

FIG. **1** is a perspective view of a scratching post showing my new design;
FIG. **2** is another perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left side elevational view thereof;
FIG. **6** is a right side elevational view thereof;
FIG. **7** is a top plan view thereof;
FIG. **8** is a bottom plan view thereof; and,
FIG. **9** is a perspective view of the scratching post where the scratching post is in a configuration of use.
The broken lines in the drawings depict portions of the scratching post that form no part of the claimed design. The dot-dash-dot lines define the bounds of the claimed design and form no part thereof.

**1 Claim, 9 Drawing Sheets**



## US D1,084,550 S

Page 2

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D663,492 | S | * | 7/2012 | Haaf ............................... D6/349 |
| D688,837 | S | * | 8/2013 | Paculdo ....................... D30/160 |
| D738,580 | S | * | 9/2015 | Elliott .......................... D30/118 |
| D758,673 | S | * | 6/2016 | Farris ........................... D30/129 |
| D825,117 | S | * | 8/2018 | Zhang .......................... D30/118 |
| D835,362 | S | * | 12/2018 | Hansen ........................ D30/160 |
| D927,701 | S | * | 8/2021 | Djankovich ................. D24/188 |
| D977,760 | S | * | 2/2023 | Guo ............................. D30/160 |
| D1,007,782 | S | | 12/2023 | Chen |
| D1,007,783 | S | * | 12/2023 | Ning ........................... D30/160 |
| 11,985,954 | B2 | * | 5/2024 | Firestone .............. A01K 1/035 |
| 2015/0107520 | A1 | * | 4/2015 | Durnen ................ A01K 15/024 119/28.5 |
| 2017/0172108 | A1 | * | 6/2017 | Long, Jr. ............. A01K 15/024 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EM | 015032002-0001 | * | 8/2023 |
| EM | 015049600-0001 | * | 2/2024 |
| EM | 015079146-0001 | * | 11/2024 |
| GB | 6305306 | * | 4/2023 |
| GB | 6344512 | * | 2/2024 |
| GB | 6402264 | * | 11/2024 |

### OTHER PUBLICATIONS

Dechiaus Dog Nail Scratch Board—Dog Scratch Pad for Nails, Scratch Board for Dogs with Treats, Dog Scratch Board, Scratch Pad for Dogs, Dog Nail Trimming Restraint, Scratch Mat for Dogs, Dog Nails; posted Feb. 2, 2024, retrieved May 16, 2025 [online]. URL: https://www.amazon.com/dp/B0CTTRYM3K (Year: 2024).*

LovIntry M-Shaped Dog Scratch Pad for Nails with Treat Box, Dog Nail Scratch Board for Large Dogs, Dog Nail File Toy and Shorten Dog's Side Nail Easier (with Treat Box, L); posted Feb. 24, 2024, retrieved May 16, 2025 [online]. URL: https://www.amazon.com/dp/B0CSSHMCJ2 (Year: 2024).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

**U.S. Patent**    Jul. 15, 2025    Sheet 5 of 9    US D1,084,550 S



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9