## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 7, 2026 a true and correct copy of the foregoing was filed electronically with the Clerk of the Court through the Court's CM/ECF System, which will provide electronic notification of such filing to all attorneys of record.

*/s/ Dennis J. Drasco*_____

DENNIS J. DRASCO, ESQ.
*Attorneys for Plaintiffs*