

# JAVERBAUM WURGAFT
## HICKS KAHN WIKSTROM & SININS, P.C.

**GINA M. SORGE, ESQ.**
PARTNER

gsorge@lawjw.com

**103 EISENHOWER PARKWAY
SUITE 401
ROSELAND, NJ 07068**
**Phone: (973) 403-9000
Fax: (973) 403-9021
WWW.LAWJW.COM**

**WRITER'S DIRECT LINE:**
(973) 228-6758

April 8, 2026

**_VIA ECF_**
Hon. Leda Dunn Wettre, U.S.M.J.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MLK Federal Building and Courthouse
50 Walnut Street
Newark NJ 07102

> **Re:  Shanghai Qianzhuo Network Technology Co., Ltd. a.k.a.
> FutureDiamond, et al v. LoFranco
> Civil Action No.:  25-cv-15740-CCC
> Plaintiff's Request for the Court Entry of a Discovery Order Pursuant
> to F.R.C.P. 26(f) and United States District Court Local Rules**

Dear Judge Wettre:

This office represents the Plaintiffs in the above entitled matter.

Plaintiffs respectfully request that the Court enter a Discovery and Scheduling Order in accordance with F.R.C.P. 26(f) and N.J.D.C. local Rules. We present herein the April 9, 2026 Certification of Matthew De Preter, Esq. and Rule 26(f) report in support of Plaintiff's request.

We greatly appreciate the Court's courtesy and attention to this matter.

Hon. Leda Dunn Wettre, U.S.M.J.
April 8, 2026
Page 2

Respectfully submitted,

JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

*/s/Gina M. Sorge*
GINA M. SORGE
A Partner of the Firm
*Attorney for Plaintiffs*

*/s/Matthew De Preter*
Matthew De Preter (*Pro Hac Vice*)
Aronberg GoldGehn
225 West Washington, Suite 2800
Chicago, Illinois 60706
*Attorney for Plaintiffs*

#2018231v1