# EXHIBIT 1

## M. "Chip" De Preter

---

| | |
|---|---|
| **From:** | M. "Chip" De Preter |
| **Sent:** | Thursday, March 5, 2026 12:19 PM |
| **To:** | De' Vora Community |
| **Cc:** | Sorge, Gina; Sofia Quezada Hastings |
| **Subject:** | FW: FutureDiamond v. Lofranco 2:25-cv-15740-CCC-LDW  "Rule 26(f) Report and Discovery Plan (DRAFT)" |
| **Attachments:** | Rule 26(f) Report and Discovery Plan (DRAFT).docx |

Dear Ms. LoFranco,

Pursuant to Federal Rule of Civil Procedure, the parties are required to confer as soon as practicable regarding the discovery schedule for the case.  We have prepared a draft schedule in accordance with Rule 26(f) and the applicable local patent rules.

Please review the attached draft and provide us with any redlines you may have.  Also please provide us with a time that you are available to confer.  We are available any time between 1:00pm-5:00pm Central on March 10 and between 2:00pm and 5:00pm Central on March 11.

Best Regards,

**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 /  Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

 

1

# EXHIBIT 2

## M. "Chip" De Preter

| | |
|---|---|
| **From:** | De' Vora Community <scratchsquare@gmail.com> |
| **Sent:** | Tuesday, March 10, 2026 6:15 PM |
| **To:** | M. "Chip" De Preter |
| **Cc:** | Sorge, Gina; Sofia Quezada Hastings |
| **Subject:** | Re: FW: FutureDiamond v. Lofranco 2:25-cv-15740-CCC-LDW "Rule 26(f) Report and Discovery Plan (DRAFT)" |

I have a meeting from noon to 2 on the 19th.How about 2:30- 3pm instead?

Kindly,

Debra LoFranco, Founder & CEO
De' Vora Pet Products
Phone: (855) 521-3888
Mobile: (609) 277-4808
Website: www.devora.us



CONFIDENTIALITY NOTICE -- This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.

On Tue, Mar 10, 2026, 7:04 PM M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

I'm sending this invite as a place holder.  If the time does not work for you, please provide some alternatives and I will update the invite.

Please use the following for the meeting:

1-800-201-9352; AC: 381739

1

_____

**From:** De' Vora Community <scratchsquare@gmail.com>
**Sent:** Tuesday, March 10, 2026 2:14 PM
**To:** M. "Chip" De Preter <cdepreter@agdglaw.com>
**Cc:** Sorge, Gina <gsorge@lumlaw.com>; Sofia Quezada Hastings <shastings@agdglaw.com>
**Subject:** Re: FW: FutureDiamond v. Lofranco 2:25-cv-15740-CCC-LDW "Rule 26(f) Report and Discovery Plan (DRAFT)"

My apologies for the delay- I will have time to review this later in the week. Are you available on Thursday March 19th or Friday of next week for a call?

On Sat, Mar 7, 2026 at 1:28 PM De' Vora Community <scratchsquare@gmail.com> wrote:

Thank you for reaching out. I will check my schedule when I return to the office on Monday and get back to you.

Kindly,

Debra LoFranco, Founder & CEO

De' Vora Pet Products

Phone: (855) 521-3888

Mobile: (609) 277-4808

Website: www.devora.us



2

CONFIDENTIALITY NOTICE -- This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.

On Thu, Mar 5, 2026 at 1:18 PM M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

Dear Ms. LoFranco,

Pursuant to Federal Rule of Civil Procedure, the parties are required to confer as soon as practicable regarding the discovery schedule for the case.  We have prepared a draft schedule in accordance with Rule 26(f) and the applicable local patent rules.

Please review the attached draft and provide us with any redlines you may have.  Also please provide us with a time that you are available to confer.  We are available any time between 1:00pm-5:00pm Central on March 10 and between 2:00pm and 5:00pm Central on March 11.

Best Regards,

**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 / Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

3

 

--

Kindly,

Debra LoFranco, Founder & CEO

De' Vora Pet Products

Phone: (855) 521-3888

Mobile: (609) 277-4808

Website: www.devora.us



CONFIDENTIALITY NOTICE -- This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.

4

# EXHIBIT 3

## M. "Chip" De Preter

| | |
|---|---|
| **From:** | M. "Chip" De Preter |
| **Sent:** | Thursday, March 19, 2026 5:17 PM |
| **To:** | De' Vora Community |
| **Cc:** | Sorge, Gina; Sofia Quezada Hastings |
| **Subject:** | RE: FW: FutureDiamond v. Lofranco 2:25-cv-15740-CCC-LDW "Rule 26(f) Report and Discovery Plan (DRAFT)" |

Ms. LoFranco,

We understand that you were not able to fully participate in our scheduled conference today, and we have sent another invite to again reschedule the conference for you. Please use the same conference call-in in formation tomorrow morning at 9:00am Eastern time for our continued 26(f) conference.

Please provide your redlines to the 26(f) report to us tonight so that we can have an efficient and productive meeting tomorrow morning.

**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 / Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

 

# EXHIBIT 4

## M. "Chip" De Preter

| | |
|---|---|
| **From:** | De' Vora Community <scratchsquare@gmail.com> |
| **Sent:** | Friday, March 20, 2026 6:05 AM |
| **To:** | M. "Chip" De Preter |
| **Cc:** | Sorge, Gina; Sofia Quezada Hastings |
| **Subject:** | Re: FW: FutureDiamond v. Lofranco 2:25-cv-15740-CCC-LDW "Rule 26(f) Report and Discovery Plan (DRAFT)" |

Dear Mr. De Preter,

I hope this message finds you well.

Per our conversation this afternoon, and as discussed during the settlement conference, I had indicated that I would retain legal counsel if we were unable to reach an amicable agreement. As it appears that we have not been able to do so, I will now be moving forward with legal counsel.

At this juncture, as our conference call was intended to address the discovery schedule, I will not be able to engage in that discussion directly. Accordingly, I will not be participating in our conversation scheduled for tomorrow morning.

My counsel will be in touch with you next week to continue discussions, including matters related to the discovery schedule.

Thank you for your time and consideration.

Kindly,

Debra LoFranco, Founder & CEO
De' Vora Pet Products
Phone: (855) 521-3888
Mobile: (609) 277-4808
Website: www.devora.us



1

CONFIDENTIALITY NOTICE -- This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.

On Thu, Mar 19, 2026 at 11:37 PM M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

Ms. Lofranco,   we still have not received the redline that you said you would send us during our meeting earlier today.  Please provide it first thing in the morning.

Thank you.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 /  Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.




2

# EXHIBIT 5

## M. "Chip" De Preter

| | |
|---|---|
| **From:** | De' Vora Community <scratchsquare@gmail.com> |
| **Sent:** | Tuesday, March 24, 2026 12:42 PM |
| **To:** | M. "Chip" De Preter |
| **Cc:** | Sorge, Gina; Sofia Quezada Hastings |
| **Subject:** | Re: FW: FutureDiamond v. Lofranco 2:25-cv-15740-CCC-LDW "Rule 26(f) Report and Discovery Plan (DRAFT)" |

Thank you for your email. It is tuesday , but I will definitely reach out to my attorney and ask them to reach out to you as soon as possible.

Kindly,

Debra LoFranco, Founder & CEO
De' Vora Pet Products
Phone: (855) 521-3888
Mobile: (609) 277-4808
Website: www.devora.us



CONFIDENTIALITY NOTICE -- This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.

On Tue, Mar 24, 2026, 9:59 AM M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

Ms. Lofranco,

You still have not provided us with the identification of your counsel.  In the absence of an appearance on file, you are the designated representative.  The parties are required to provide the Court with a Rule 26(f) report.  We have attempted to schedule three meetings on this matter, but only had one short meeting, which you cut off.

1

This case has been pending since September and cannot be further delayed.  We remain open to continuing our discussions this week and request that you provide us with your availability either Wednesday afternoon, Thursday, or Friday.  If you have counsel, please provide us with their contact information and availability for the continued Rule 26(f) conference.

Best Regards,

**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 /  Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

 

**From:** M. "Chip" De Preter <cdepreter@agdglaw.com>
**Sent:** Friday, March 20, 2026 6:55 AM
**To:** De' Vora Community <scratchsquare@gmail.com>
**Cc:** Sorge, Gina <gsorge@lumlaw.com>; Sofia Quezada Hastings <shastings@agdglaw.com>
**Subject:** Re: FW: FutureDiamond v. Lofranco 2:25-cv-15740-CCC-LDW "Rule 26(f) Report and Discovery Plan (DRAFT)"

Who is your counsel?

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**M. "Chip" De Preter**
cdepreter@agdglaw.com

2



Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 / Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

 

---

**From:** De' Vora Community <scratchsquare@gmail.com>
**Sent:** Friday, March 20, 2026 6:05:13 AM
**To:** M. "Chip" De Preter <cdepreter@agdglaw.com>
**Cc:** Sorge, Gina <gsorge@lumlaw.com>; Sofia Quezada Hastings <shastings@agdglaw.com>
**Subject:** Re: FW: FutureDiamond v. Lofranco 2:25-cv-15740-CCC-LDW "Rule 26(f) Report and Discovery Plan (DRAFT)"


Dear Mr. De Preter,

I hope this message finds you well.

Per our conversation this afternoon, and as discussed during the settlement conference, I had indicated that I would retain legal counsel if we were unable to reach an amicable agreement. As it appears that we have not been able to do so, I will now be moving forward with legal counsel.

At this juncture, as our conference call was intended to address the discovery schedule, I will not be able to engage in that discussion directly. Accordingly, I will not be participating in our conversation scheduled for tomorrow morning.

My counsel will be in touch with you next week to continue discussions, including matters related to the discovery schedule.

Thank you for your time and consideration.


Kindly,

3

Debra LoFranco, Founder & CEO

De' Vora Pet Products

Phone: (855) 521-3888

Mobile: (609) 277-4808

Website: www.devora.us



CONFIDENTIALITY NOTICE -- This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.

# EXHIBIT 6

**From:** De' Vora Community <scratchsquare@gmail.com>
**Sent:** Saturday, March 28, 2026 11:44 AM
**To:** M. "Chip" De Preter <cdepreter@agdglaw.com>
**Cc:** Sorge, Gina <gsorge@lumlaw.com>; Sofia Quezada Hastings <shastings@agdglaw.com>
**Subject:** Re: FW: FutureDiamond v. Lofranco 2:25-cv-15740-CCC-LDW "Rule 26(f) Report and Discovery Plan (DRAFT)"



1

Kindly,

Debra LoFranco, Founder & CEO
De' Vora Pet Products
Phone: (855) 521-3888
Mobile: (609) 277-4808
Website: www.devora.us

  

CONFIDENTIALITY NOTICE -- This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.

On Sat, Mar 28, 2026, 12:22 PM De' Vora Community <scratchsquare@gmail.com> wrote:

Please be advised that my Advising attorney is unavailable to assist and has provided me with referrals. I will update you as soon as possible with the replacement attorneys information.

Kindly,

Debra LoFranco, Founder & CEO
De' Vora Pet Products
Phone: (855) 521-3888
Mobile: (609) 277-4808
Website: www.devora.us

  

CONFIDENTIALITY NOTICE -- This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.

# EXHIBIT 7

## M. "Chip" De Preter

| | |
|---|---|
| **From:** | De' Vora Community <scratchsquare@gmail.com> |
| **Sent:** | Tuesday, March 31, 2026 8:27 AM |
| **To:** | M. "Chip" De Preter |
| **Cc:** | Sorge, Gina; Sofia Quezada Hastings |
| **Subject:** | Re: FW: FutureDiamond v. Lofranco 2:25-cv-15740-CCC-LDW "Rule 26(f) Report and Discovery Plan (DRAFT)" |

Please find the attached google shared document link so that we may edit together moving forward.

On Tue, Mar 31, 2026 at 9:02 AM M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

If you have a redline, please send us a copy.  It will make the call more efficient.

**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 /  Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

 

**From:** De' Vora Community <scratchsquare@gmail.com>
**Sent:** Tuesday, March 31, 2026 7:39 AM
**To:** M. "Chip" De Preter <cdepreter@agdglaw.com>
**Cc:** Sorge, Gina <gsorge@lumlaw.com>; Sofia Quezada Hastings <shastings@agdglaw.com>
**Subject:** Re: FW: FutureDiamond v. Lofranco 2:25-cv-15740-CCC-LDW "Rule 26(f) Report and Discovery Plan (DRAFT)"

Mr. De Preter,

We understand that your objective is to expedite the proceedings; however, your continuous statements and actions appear premature and do not accurately reflect the circumstances that have

1

been consistently communicated. I have always stated that I have had advisory counsel and, as previously demonstrated through the screenshot provided, this counsel has been fully fluent in the matters at hand for the past six months. During that time, I was encouraged to pursue a licensing agreement, as it was believed to be a solution that would be beneficial for both parties.

Despite these efforts, you have declined to engage in any meaningful discussion regarding settlement or licensing options, which I believe ultimately does a disservice to your client by limiting the potential for a mutually advantageous resolution.

As previously communicated, I notified you that I would be retaining litigation counsel if we were unable to reach an amicable agreement. Similar to your recent engagement of counsel as of March 17.

Nevertheless, I remain willing to cooperate in fulfilling procedural obligations. I am available to meet on April 2 in the afternoon to continue discussions regarding the Rule 26 discovery schedule. Please confirm a time that works best for you.

Kindly,

Debra LoFranco, Founder & CEO

De' Vora Pet Products

Phone: (855) 521-3888

Mobile: (609) 277-4808

Website: www.devora.us



CONFIDENTIALITY NOTICE -- This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.

On Mon, Mar 30, 2026 at 9:48 AM M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

Ms Lofranco,

We provided on the draft Rule 26 report on March 5. It has been nearly a month since. You have had over six months to find and retain legal counsel and chose not to do so during that time. Moreover, you misrepresented that you had legal counsel that would be reaching out to us last week to discuss the schedule.

We have been extraordinarily patient in attempting to fulfill the parties' obligations under Rule 26(f), but your decisions to proceed pro se and only later start searching for counsel are insufficient grounds for Defendant to not participate in the legal proceedings. We are willing to set another time for our continued discussion of the discovery schedule for any afternoon between March 31 and April 2. We suggest that you provide your redline ahead of any meeting. Should you continue to refuse to participate, we will seek the court's assistance.

Best Regards,

**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 / Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

3

# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT**
**FOR NEW JERSEY**

SHANGHAI QIANZHUO NETWORK
TECHNOLOGY CO., LTD. A.K.A
FUTUREDIAMOND AND SHANGHAI
LANPIN HAIZHUO TECHNOLOGY CO.,
LTD. A.K.A. LOVINTRY,

     Plaintiffs,

v.

DEBRA LOFRANCO,

     Defendant.

Case No. 25-cv-15740-CCC

**RULE 26(f) REPORT**

Pursuant to Federal Rule of Civil Procedure (FRCP) 26(f), on April 2nd, 2026 , the

undersigned counsel for Plaintiff and Debra LoFranco, pro se, conferred concerning the topics

outlined in this discovery plan:

1.     <u>Jurisdiction and Service</u>.

This Court has subject matter jurisdiction over this patent infringement action under 28

U.S.C. §§ 1331 and 1338(a) because the action arises under the U.S. Patent Act, 35 U.S.C. § 100

et seq, and specifically pursuant to 35 U.S.C. §271. Plaintiff alleges Defendant was served on

October 24, 2025 (Dkt. 8).  Plaintiff thereafter was granted leave to file an Amended Complaint

and did so on December 3, 2025 (see Dkt. 26) and Defendant Answered and filed Counterclaims on December 15, 2025 (see Dkt 29).

2.      Nature of Claims and Defenses. Plaintiff filed this as a Declaratory Judgment action pertaining to alleged patent infringement involving United States Patent Number 11,930,789 ("the '789 Patent"), which is directed to a pet toy, and included a claim for tortious interference.

Plaintiff asserts that the products it sells do not infringe any claim of the '789 patent and that the '789 patent is invalid under at least 35 U.S.C §102 and 103.

Defendant has filed an Answer, denying the salient claims of Plaintiff's Amended Complaint, and including counterclaims for patent infringement under 35 U.S.C. § 271, declaratory judgment of validity, tortious interference with prospective economic advantage, unfair competition, and unjust enrichment, and a declaration of willful infringement.

3.      Initial Disclosures. The deadline for the parties to exchange initial disclosures pursuant to Rule 26(a)(1) is April 9th, 2026.

4.      Pending Motions.  Plaintiff's motion to dismiss for temporary restraining order is currently pending. See Dkt. 18. Plaintiff's motion to strike Defendant's Affirmative Defenses and Dismiss Defendant's Counterclaims is currently pending. See Dkt. 31. Both motions are fully briefed and pending the Court's Order.

5.      Anticipated Discovery. Defendant and Counterclaim-Plaintiff anticipates discovery relating to the conception, design, research, development, engineering, testing, manufacture, marketing, distribution, offer for sale, and sale of the Accused Product, including

documents sufficient to identify the timeline of development and commercialization, all versions, iterations, and modifications of the Accused Product, the individuals involved in product design and decision-making, and the purpose or motivation underlying the creation of the Accused Product. Discovery is expected to include documents concerning Plaintiff's knowledge of Counterclaim-Plaintiff's Patent 789 and products, including any patent searches, freedom-to-operate analyses, prior art searches, competitive analyses, reverse engineering, design-around efforts, internal evaluations, or other documents referencing Counterclaim-Plaintiff's intellectual property or commercial activities, as well as documents relating to any notice of Patent 789, pre-suit communications, licensing discussions, settlement communications, or other correspondence referencing Counterclaim-Plaintiff's intellectual property.

Defendant and Counterclaim-Plaintiff further anticipates discovery concerning Plaintiff's corporate formation, business plans, strategic analyses, product development strategy, and market entry timing, including whether Plaintiff's activities relating to the Accused Product began before or after publication of Patent 789. Discovery will include documents sufficient to show sales, revenues, profits, costs, pricing, profit margins, financial performance, marketing expenditures, advertising strategy, distribution channels, and the scope of commercial activities relating to the Accused Product, including identification of manufacturers, suppliers, distributors, retailers, marketing agencies, consultants, and sales platforms through which the Accused Product has been offered or sold, as well as agreements with third parties relating to the Accused Product.

Discovery is also anticipated regarding Plaintiff's intellectual property activities relating to the Accused Product, including patent applications, draft applications, patentability analyses, office actions, communications with patent counsel, and any documents mapping or comparing the

Accused Product to existing patents or published applications. In addition, Defendant and Counterclaim-Plaintiff anticipates discovery concerning communications, representations, or actions relating to Counterclaim-Plaintiff's business relationships, including documents sufficient to show any efforts to influence, interfere with, disrupt, or otherwise affect the market for products covered by Patent 789 or Counterclaim-Plaintiff's commercial relationships.

Finally, Defendant and Counterclaim-Plaintiff anticipates discovery regarding insurance policies, indemnification agreements, or other agreements that may provide coverage relating to the claims asserted in this action, as well as identification of relevant document custodians, data sources, document retention policies, preservation efforts, and the location of documents and electronically stored information relevant to the claims and defenses in this matter.

6.      Discovery Limitations: subject to agreement of the parties or a showing of good cause and leave of Court discovery shall proceed and be governed by the limits set forth in the Federal Rules of Civil Procedure.

7.      Discovery Schedule. The parties jointly propose the following discovery deadlines and schedule pursuant to this Court's local patent rules:

| Deadline | Date |
|---|---|
| Fact Discovery Opens: | April 9th, 2026 |
| Amendment to the pleadings | 60 days after Court Order on Plaintiff's motion to dismiss |
| Final Date to Issue Written Discovery | 45 days prior to fact discovery close |
| The parties shall complete fact discovery. | 60 days after Markman Ruling |

| | |
|---|---|
| The parties shall serve opening experts' reports under FRCP 26(a)(2) on issue for which they bear the burden of proof | 90 days after Markman Ruling |
| The parties shall serve rebuttal expert reports under FRCP 26(a)(2) | 120 days after Markman Ruling, but in no event less than 30 days after service by opposing party |
| Expert discovery shall be completed. | 150 days after Markman Ruling |

8.  <u>Local Patent Rules Deadlines.</u> The parties agree to the following additional

deadlines set forth in the Local Patent Rules for the District of New Jersey:

| Deadline | Date |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions (L.Pat. R. 3.1) | April 8th, 2026 |
| Document Production Accompanying Disclosure under L. Pat. R. 3.1 (L. Pat. R. 3.2) | Contemporaneously with Disclosure of Asserted Claims and Infringement Contentions (L.Pat. R. 3.1) |
| Non-Infringement Contentions and Responses (L. Pat. R. 3.2A) | 45 days after Disclosure of Asserted Claims and Infringement Contentions (L.Pat. R. 3.1) |
| Invalidity Contentions (L. Pat. R. 3.3) | 45 days after Disclosure of Asserted Claims and Infringement Contentions (L.Pat. R. 3.1) |
| Document Production Accompanying Invalidity Contentions L. Pat. R. 3.3 (L. Pat. R. 3.4) | Contemporaneously with Invalidity Contentions (L. Pat. R. 3.3) |
| Responses to Invalidity Contention (L. Pat. R. 3.4A) | 14 days after service of Invalidity Contentions (L. Pat. R. 3.3) |
| Advice of Counsel (L. Pat. R. 3.8) | 30 days after Court enters claim construction order |
| Exchange of Proposed Terms for Construction (L. Pat. R. 4.1) | 14 days after service of Responses to Invalidity Contention (L. Pat. R. 3.4A) |

| Deadline | Date |
|---|---|
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (L. Pat. R. 4.2) | 21 days after Exchange of Proposed Terms for Construction (L. Pat. R. 4.1) |
| Joint Claim Construction and Prehearing Statement (L. Pat. R. 4.3) | 30 days after Exchange of Preliminary Claim Constructions and Extrinsic Evidence (L. Pat. R. 4.2) |
| Completion of Claim Construction Discovery (L. Pat. R. 4.4) | 30 days after service and filing of Joint Claim Construction and Prehearing Statement (L. Pat. R. 4.3) |
| Opening Markman Briefs (L. Pat. R. 4.5(d)) | 45 days after Non-Infringement Contentions and Responses (L. Pat. R. 3.2A) and/or Responses to Invalidity Contention (L. Pat. R. 3.4A) |
| Responding Markman Briefs (L. Pat. R. 4.5(d)) | 30 days after Opening Markman Briefs (L. Pat. R. 4.5(d)) |
| Meet and Confer to Proposed Schedule for Claim Construction Hearing (L. Pat. R. 4.5) | 2 weeks following Responding Markman Briefs (L. Pat. R. 4.5(d)) |

9.      Confidentiality. The parties believe that a confidentiality order may be necessary and will submit a proposed agreed upon protective order.

10.      Electronic Service. The parties agree that communications and service of documents will occur by email to counsel of record and/or to the Defendant who is currently pro se. For purposes of motions, briefs, or other court filings, ECF shall be effective on the calendar date served. For purposes of discovery requests, service by email shall be effective on the date served. For purposes of discovery responses, service by email shall be effective on the calendar date served.

11.    <u>Consent for Magistrate Judge</u>. The parties do not consent to the jurisdiction of the United States Magistrate Judge under 28 U.S.C. § 636(c) to conduct all proceedings, including trial and entry of judgment.

12.    <u>Modification</u>. This agreement may be modified by a signed agreement by the parties or by the Court for good cause shown.

Respectfully Submitted,

/s/                                    /s/

Matthew De Preter (*Pro Hac Vice*)        Debra LoFranco

Illinois Bar No. 6291503               35 East Mockingbird Way

ARONBERG GOLDGEHN           Galloway, NJ 08205

225 West Washington, Suite 2800     609-277-4808

Chicago, Illinois 60606               scratchsquare@gmail.com

312.828.9600

cdepreter@agdglaw.com

**Attorney for Plaintiff**                 **Defendant, Pro Se**