**The Law Office of Avram E. Frisch LLC**
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
Avram E. Frisch, Esq.
Attorney ID - 025652006
Attorney for defendant Debra LoFranco

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANGHAI QIANZHUO NETWORK TECHNOLOGY CO., LTD. A/K/A FUTUREDIAMOND and SHANGHAI LANPIN HAIZHUO TECHNOLOGY CO., LTD., A/K/A LOVINTRY,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA LO FRANCO,<br><br>Defendant. | Case No. 2:25-cv-15740-CCC-LDW<br>Hon. Clair C. Cecchi, USDJ<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the Undersigned Counsel appears on behalf of defendant Debra LoFranco  in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that the undersigned has been retained as counsel for said defendant and, as such, hereby requests service of all papers and notices of all proceedings in this action.

THE LAW OFFICE OF AVRAM E. FRISCH LLC
Attorney for Plaintiff(s)
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352

By:    ____S/ Avram E. Frisch_____
            Avram E. Frisch

Dated:    April 13, 2026