**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| SHANGHAI QIANZHUO NETWORK TECHNOLOGY CO., LTD. A/K/A FUTUREDIAMOND AND SHANGHAI LANPIN HAIZHUO TECHNOLOGY CO., LTD., A/K/A LOVINTRY, | : : : : : | Case No. 2:25-cv-15740CCC-LDW Hon. Clair C. Cecchi, USDJ |
| Plaintiffs, | : : | |
| v. | : : | |
| DEBRA LO FRANCO, Defendant. | : : : | |

**MOTION FOR ADMISSION PRO HAC VICE**

**OF PAUL D. ACKERMAN, ESQ**

Please take notice that on May 18, 2026, Pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey, Avram E. Frisch, Esq., an attorney admitted to practice before this Court and counsel of record for Debra LoFranco, respectfully moves for the admission pro hac vice of Paul D. Ackerman, Esq. to appear and participate as counsel in the above-captioned action.

As set forth in the certified statement of Paul D. Ackerman, Esq., Mr. Ackerman is admitted to the New York State Bar, having been admitted in 1996, and is also admitted to practice before the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of Texas. He is a member in good standing of each of these bars.

Mr. Ackerman hereby certifies that he is not under suspension or disbarment by any court, that no disciplinary proceedings are pending against him in any jurisdiction, and that no discipline has been imposed upon him in any jurisdiction within the past five (5) years. He further acknowledges his continuing obligation during the period of his admission pro hac vice to promptly advise the Court of the disposition of any pending charges or the institution of new disciplinary proceedings.

The undersigned sponsoring counsel is admitted to practice before this Court and will remain counsel of record in this matter in accordance with Local Civil Rule 101.1(c).

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion and enter the attached Proposed Order permitting Paul D. Ackerman, Esq. to appear pro hac vice in this action.

Dated: _____ April 14, 2026

s/ Avram E. Frisch, Esq.

**The Law Office of Avram E. Frish LLC**
1 University Plaza, Suite 119
Hackensack, NJ 07601
Frischa@avifrischlaw.com
201-289-5352
Fax: 866-883-9690

Attorney for Debra LoFranco