# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SHANGHAI QIANZHUO NETWORK     :     Case No. 2:25-cv-15740CCC-LDW
TECHNOLOGY CO., LTD. A/K/A     :     Hon. Clair C. Cecchi, USDJ
FUTUREDIAMOND AND SHANGHAI     :
LANPIN HAIZHUO TECHNOLOGY CO., :
LTD., A/K/A LOVINTRY,     :
     :
   Plaintiffs,     :
     :
   v.     :
     :
DEBRA LO FRANCO,     :
   Defendant.     :

## [PROPOSED] ORDER

THIS MATTER having come before the Court on the Motion for Admission Pro Hac Vice of Paul D. Ackerman, Esq., and the Court having considered the submissions of the parties, and for good cause shown;

IT IS on this _____ day of _____, 2026,

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Paul D. Ackerman, Esq. is hereby admitted pro hac vice before this Court for purposes of this action only.

_____

Hon. Clair C. Cecchi, U.S.D.J.