## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SHANGHAI QIANZHUO NETWORK     :
TECHNOLOGY CO., LTD. A/K/A     :
FUTUREDIAMOND AND SHANGHAI     :
LANPIN HAIZHUO TECHNOLOGY CO., :
LTD., A/K/A LOVINTRY,     :
    :
    Plaintiffs,     :
    :
    v.     :
    :
DEBRA LO FRANCO,     :
    Defendant.     :

Case No. 2:25-cv-15740CCC-LDW
Hon. Clair C. Cecchi, USDJ

## AFFIRMATION OF PAUL D. ACKERMAN, ESQ IN SUPPORT OF MOTION
## FOR ADMISSION PRO HAC VICE

I, **Paul D. Ackerman, Esq.**, make the following certified statement in support of

admission to this court in the above-captioned matter pursuant to Local Rule 101.1(c) and

affirm as follows:

1.    I have been practicing law since 1996 and am currently the principle of

ACKnowledge IP P.C., 6800 Jericho Turnpike, Syosset NY 11791.

2.    I am admitted to the New York State Bar, having been admitted thereto in

1996.  I am currently in good standing and have been at all times since my admission.

My NYS Bar number is 2756849.

3.    I am also admitted to practice and in good standing before the United

States District Court for the Eastern District of New York (Admitted 1997), the United

States District Court for the Southern District of New York (Admitted 1999), and the United States District Court for the Eastern District of Texas (Admitted 2011).

4.    I was admitted to the Supreme Court of the State of New Jersey and this court from 1996 until 2007, when I allowed my admission to lapse since I did not maintain a *bona fide* office in the state of New Jersey.

5.    I hereby certify that I am not under suspension or disbarment by any court, that no disciplinary proceedings are pending against me in any jurisdiction, and that no discipline has been imposed upon him in any jurisdiction within the past five (5) years. I further acknowledge the continuing obligation during the period of his admission pro hac vice to promptly advise the Court of the disposition of any pending charges or the institution of new disciplinary proceedings.

I hereby certify and affirm that the statements made herein are true.

Respectfully submitted,

Paul D. Ackerman

**ACKnowledge IP P.C.**
6800 Jericho Turnpike
Suite 120W
Syosset NY  11791
631-970-7060
paul@acknowledgeip.com