**THE LAW OFFICE OF**
**AVRAM E. FRISCH LLC**

**New Jersey Office**
1 University Plaza
Suite 119
Hackensack, NJ 07601

**New York Office**
150 Broadway
Suite 700
New York, NY 10038

Avram E. Frisch Esq. – Admitted in NY and NJ.  Mail to NJ address.

April 16, 2026

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: Shanghai Qianzhuo Network Tech. et al. v. Debra LoFranco
     Civil Action No. 2:25-cv-15740 (CCC)(LDW)

Dear Judge Cecchi:

We have been recently engaged by defendant, Debra LoFranco, in the above-referenced matter who, until this point, has been acting *pro se*.

This case was originally filed on September 18, 2025, a First Amended Complaint was filed on December 3, 2025, and an Answer and Counterclaims prepared by Ms. LoFranco was filed on December 15, 2025. Plaintiffs filed a motion to strike the Answer and Counterclaims, which has been briefed (Docket Nos. 31, 36, 38, and 39) and is pending.

From our preliminary review of the pleadings and the plaintiffs' pending motion to strike, we are confident that an amended answer and counterclaims can be prepared that will address most, if not all, of the issues raised in the pending motion to strike and significantly simplify the issues for the Court. We respectfully request that disposition of Plaintiffs' motion to strike (Doc. 30) be held in abeyance for three weeks to provide us with the opportunity to complete our review, prepare a draft amended answer and counterclaims, confer with opposing counsel, and move to file the amended answer and counterclaims.

In addition, we note that on April 8, 2026, plaintiffs filed a letter motion for entry of a scheduling order without defendant's consent (Docket No. 40). Plaintiffs' proposed case management plan includes a number of impracticable deadlines, including infringement contentions being due the same day as the motion was filed. We oppose entry of Plaintiffs' proposed scheduling order and respectfully request that a scheduling order be set after the scope of the claims and defenses in this case are clarified, either through resolution of the pending motion to strike or the filing of the contemplated amended answer and counterclaims referenced above.

These issues were raised with plaintiffs' counsel via an email sent on April 14, 2026. Plaintiffs' counsel stated "There is no basis for delaying the entry of a case schedule

 

pending the resolution of any motions. There is no reason that discovery and the obligations under the Patent Rules cannot proceed co-extensively with any pending motion."

We respectfully request the Court's consideration of the foregoing. We are available at the Court's convenience should Your Honor wish to discuss these issues further.

Very truly yours,

Avram E. Frisch

Cc:  Paul D. Ackerman, Esq. (*pro hac* admission pending)
     All counsel of record via ECF



THE LAW OFFICE OF
AVRAM E. FRISCH LLC