# THE LAW OFFICE OF
# AVRAM E. FRISCH LLC

**New Jersey Office**
1 University Plaza
Suite 119
Hackensack, NJ 07601

**New York Office**
150 Broadway
Suite 900
New York, NY 10038

**Avram E. Frisch Esq. – Admitted in NY and NJ.  Mail to NJ address.**

May 4, 2026

Hon. Leda D. Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> RE:   Shanghai Qianzhuo Network Tech. et al. v. Debra LoFranco,
> 2:25-cv-15740CCC-LDW

Your Honor:

We are counsel for Defendant, Debra LoFranco.

Further to today's conference, we are pleased to confirm the following:

- Defendant has prepared an Amended Answer and Counterclaims to which Plaintiffs consent.  As instructed during the conference, we will file that paper separately via ECF as the operative pleading for Defendant.  We note with thanks that Your Honor has waived the requirements of Local Civil Rule 15.1 to submit a redline showing all changes for this filing.  Plaintiffs shall file a response to the First Amended Answer and Counterclaim within fourteen (14) days of the filing of the First Amended Answer and Counterclaim.
- In view of the Amended Answer and Counterclaim, Plaintiffs agree to the dismissal of the pending motion to strike and dismiss (Docket Nos. 31, 36, 38 and 39) as being moot.
- Plaintiff's consent to the pending motion for admission *pro hac vice* of Mr. Ackerman.
- The parties have agreed to a schedule and will submit a joint proposed scheduling order for your consideration.

All issues raised in our letter of April 16, 2026 (Docket No. 43) have now been resolved by agreement of the parties.

> Respectfully submitted,
>
> Avram Frisch

cc:    Paul D Ackerman, Esq. (*pro hac* admission pending)
       All counsel of record via ECF

 201.289.5352     866.883.9690    frischa@avifrischlaw.com     www.avifrischlaw.com