**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| SHANGHAI QIANZHUO NETWORK TECHNOLOGY CO., LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA LOFRANCO, <br><br> Defendant. | Civil Action No. <br><br> 25-15740 (CCC) (LDW) <br><br> **ORDER GRANTING *PRO HAC VICE* ADMISSION OF PAUL D. ACKERMAN** |

**THIS MATTER** having come before the Court on the application of Avram E. Frisch, attorney for defendant, for the admission *pro hac vice* of Paul D. Ackerman, pursuant to Local Civil Rule 101.1(c) (ECF 42); and the Court having considered the certifications in support of the application, which reflect that counsel satisfies the requirements set forth in Local Civil Rule 101.1(c); and there being no opposition to the application; and plaintiffs having consented to the application; and for good cause shown,

**IT IS** on this day, May 5, 2026:

**ORDERED** that the application for admission *pro hac vice* of Paul D. Ackerman is granted; and it is further

**ORDERED** that Paul D. Ackerman shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

**ORDERED** that Avram E. Frisch or another member of his firm admitted to practice in New Jersey as local counsel shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served with all papers in this action and such service shall be deemed

sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; (d) enter appearances for parties; and (e) be responsible for the conduct of the cause and counsel in this matter; and it is further

**ORDERED** that Paul D. Ackerman shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Paul D. Ackerman shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that the Clerk of Court is directed to terminate the motion at ECF 42.

_s/ Leda Dunn Wettre_
Hon. Leda Dunn Wettre
United States Magistrate Judge

2