## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SHANGHAI QIANZHUO NETWORK TECHNOLOGY CO., LTD. A/K/A FUTUREDIAMOND AND SHANGHAI LANPIN HAIZHUO TECHNOLOGY CO., LTD., A/K/A LOVINTRY, | : : : : : : | Case No. 2:25-cv-15740CCC-LDW Hon. Clair C. Cecchi, USDJ |
| Plaintiffs, | : : | |
| v. | : : | |
| DEBRA LO FRANCO, Defendant. | : : : | |

## REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear pro hac vice in the within matter has been entered; and

2. The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Respectfully submitted,

Avram E. Frisch

Avram Frisch, Esq.

## PRO HAC VICE ATTORNEY INFORMATION:

Paul D. Ackerman, Esq.
ACKnowledge IP P.C.
6800 Jericho Turnpike, Suite 120W
Syosset NY 1791
paul@acknowledgeIP.com
631-970-7060
Admitted on behalf of defendant, Debra LoFranco

**Instructions for LOCAL COUNSEL for filing:**

1. Select the Case Type (Civil) from the menu bar at the top of your screen.

2. Click on Notices.

3. Select the event, Notice of Pro Hac Vice to Receive NEF.

4. Enter the case for which the Request is being filed.

5. Select the PDF document to file.

6. When prompted, select the name of the part(ies) on whose behalf counsel has been granted to be admitted on behalf of.

7. Proofread the docket text.

8. Submit the Request to ECF by clicking the NEXT button.