AO 154 (10/03) Substitution of Attorney

## UNITED STATES DISTRICT COURT

SHANGHAI QIANZHUO NETWORK          District of          NEW JERSEY

TECHNOLOGY CO., LTD., et al.
                    Plaintiff (s),
            V.

DEBRA LO FRANCO
                    Defendant (s),

**CONSENT ORDER GRANTING**
**SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   2:25-cv-15740-CCC-LD

Notice is hereby given that, subject to approval by the court,   Plaintiffs                       substitutes
                                                                        (Party (s) Name)

Rachel Ann Niedzwiadek                          , State Bar No.   419172022      as counsel of record in
            (Name of New Attorney)

place of   Dennis Drasco, Kevin J. O'Connor, and Paul A. Sandars III                          .
                            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Combs & Taylor LLP

Address:         1025 Thomas Jefferson Street NW, Suite 400W

Telephone:       (202) 448-1008              Facsimile  (202) 466-0502

E-Mail (Optional):   rachelann.niedzwiadek@combstaylor.com

I consent to the above substitution.

Date:    6/30/2026

Ning Chuanpeng
                    (Signature of Party (s))

I consent to being substituted.

Date:    6/24/26

J AVERBACH Wergust, et al

By: _____
Dennis (Signature of Former Attorney(s))

I consent to the above substitution.

Date:    6/23/2026

RA. Niedzwiadek
                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]