**ACKnowledge IP P.C.**
*Intellectual Property Law & Consulting*

ACKnowledge IP P.C.
6800 Jericho Tpke
Suite 120W
Syosset, NY  11791
631.970.7060
ACKnowledgeIP.com

Paul D. Ackerman
+1.516.376.4046 (Mobile)
paul@acknowledgeIP.com

June 24, 2026

Hon. Claire C. Cecchi
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      RE:    Shanghai Qianzhuo Network Tech. et al. v. Debra LoFranco,
              2:25-cv-15740CCC-LDW

Your Honor:

The undersigned is lead counsel for defendant, Debra LoFranco.

Today, the court scheduled a telephone status conference for July 15, 2026, at 2:00 p,m. EST. Unfortunately, the undersigned has a previously scheduled in-person conference also set for July 15, 2026, at 2:00 p.m. EST, in the Eastern District of New York, Central Islip, before the Hon. Judge Brown, in the matter *Elemental AI LLC v. Jewitt et al*, 2:26-cv-01619-GRB-AYS.

Due to this direct conflict with another federal court proceeding, the undersigned respectfully requests that the status conference in the above-referenced matter be rescheduled at the court's convenience.

              Respectfully submitted,

              /s/ *Paul D. Ackerman*

              Paul D. Ackerman

cc:    All counsel of record via ECF

---

The telephone status conference is hereby adjourned and rescheduled for August 13, 2026, at 2:30 p.m. EST.

**SO ORDERED**.

*/s/ Claire C. Cecchi* Claire C. Cecchi
U.S.D.J.

Date: July 8, 2026