**IN THE UNITED STATES DISTRICT COURT**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHANGHAI QIANZHUO NETWORK TECHNOLOGY CO., LTD. A/K/A FUTUREDIAMOND AND SHANGHAI LANPIN HAIZHUO TECHNOLOGY CO., LTD., A/K/A LOVINTRY,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA LO FRANCO,<br><br>Defendant. | Case No. 2:25-cv-15740-CCC-LDW |

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER AND ENTRY OF CONFIDENTIALITY ORDER**

On August 13, 2026, the Plaintiffs Shanghai Qianzhuo Network Technology Co. Ltd. and Shanghai Lanpin Haizhou Technology Co., and Defendant Debra LoFranco held a status conference with Judge Cecchi. During the conference, the parties agreed to narrow the issues remaining in the case and further discuss possible global resolution. The parties were ordered to present the scope of any narrowing stipulation or resolution to the Court via email by September 9, 2026. At the Court's suggestion, the parties agreed to propose a modification of upcoming dates to allow the parties to focus on their discussions.

Accordingly, the parties respectfully request that this Court modify the scheduling order (Dkt. 60) as follows:

| Task | Original Date | Proposed New Date |
|---|---|---|
| The parties shall exchange preliminary proposed constructions and identification of extrinsic evidence pursuant to L. Pat. R. 4.2(a)–(b) | August 20, 2026. | September 16, 2026 |
| The parties shall exchange identifications of all intrinsic and extrinsic evidence they intend to rely upon in opposing any proposed claim construction, pursuant to L. Pat. R. 4.2(c). The parties shall thereafter meet and confer to narrow the issues in dispute. | September 3, 2026. | September 23, 2026 |
| The parties shall file a Joint Claim Construction and Prehearing Statement pursuant to L. Pat. R. 4.3 | September 21, 2026. | October 7, 2026 |

The parties also met and conferred regarding discovery in this case and mutually determined that, should the case continue, responses to certain requests require production of commercially sensitive information that is appropriately designated as Confidential and/or Attorneys' Eyes Only. The parties have reviewed the Court's default protective order and agree to its terms.

WHEREFORE, the Parties respectfully request entry of an order modifying the scheduling order, and such a protective order in this case. A proposed order for each is attached as Exhibit A and Exhibit B hereto, respectively.

Respectfully Submitted,

/s/ Matthew De Preter

Matthew De Preter (Pro Hac Vice)
Illinois Bar No. 6291503
Aronberg Goldgehn
225 West Washington, Suite 2800
Chicago, Illinois 60606
312.828.9600
cdepreter@agdglaw.com

Rachel Ann Niedzwiadek
Combs & Taylor LLP
1025 Thomas Jefferson Street NW, Suite 400 W
Washington, DC 20007
202.448.1008 (P) | 202.466.0502 (F)
rachelann.niedzwiadek@combstaylor.com

*Attorneys for Plaintiffs*

/s/ p.p. Paul D. Ackerman

Paul D. Ackerman (Pro Hac Vice)
ACKnowledge IP P.C.
6800 Jericho Turnpike, Suite 120W
Syosset NY 11791
631.970.7060
paul@acknowledgeIP.com

Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza
Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com

*Attorneys for Defendant*