# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Shanghai Qianzhuo Network Technology Co., Ltd. a.k.a. FutureDiamond and Shanghai Lanpin Haizhuo Technology Co., Ltd. a.k.a. LovIntry,<br><br>Plaintiffs,<br><br>v.<br><br>Debra Lofranco,<br><br>Defendant. | Case No. 25-cv-15740-CCC |

**ORDER MODIFYING SCHEDULING ORDER**

THIS MATTER having come before the Court on the application of the parties for entry of an order modifying certain deadlines set forth in the operative Scheduling Order in this action; and the parties having advised the Court that they are currently engaged in settlement negotiations and have jointly proposed modifying certain upcoming discovery deadlines in light thereof; and for the additional reasons discussed during the hearing before the Court on August 13, 2026; and for good cause shown IT IS on this _____ day of ____________, 2026,

**ORDERED** that the deadlines set forth in the Scheduling Order are hereby modified as follows:

| **Task** | **Original Date** | **New Date** |
|---|---|---|
| The parties shall exchange preliminary proposed constructions and identification of extrinsic evidence pursuant to L. Pat. R. 4.2(a)–(b) | August 20, 2026 | September 16, 2026 |
| The parties shall exchange identifications of all intrinsic and extrinsic evidence they intend to rely upon in opposing any proposed claim construction, pursuant to L. Pat. R. 4.2(c). The parties shall thereafter meet and confer to narrow the issues in dispute. | September 3, 2026 | September 23, 2026 |
| The parties shall file a Joint Claim Construction and Prehearing Statement pursuant to L. Pat. R. 4.3. | September 21, 2026 | October 7, 2026 |

**IT IS FURTHER ORDERED** that all other deadlines and provisions of the Scheduling Order not expressly modified herein shall remain in full force and effect.

________________________________
Hon. Leda Dunn Wettre, U.S.M.J.