**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHANGHAI QIANZHUO NETWORK TECHNOLOGY CO., LTD., *also known as FUTUREDIAMOND, et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA LOFRANCO,<br><br>Defendant. | Civil Action No.<br><br>25-15740 (CCC) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a October 1, 2026 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 1st day of October 2026, ORDERED** that the Pretrial Scheduling Order entered July 8, 2026 (ECF 60) is hereby amended as follows:

1. The parties shall appear for a telephonic status conference before the undersigned on **December 14, 2026 at 2:00 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (973) 437-5535, access code 677 479 596#.

2. The parties shall appear for an in-person settlement conference before the undersigned on **January 5, 2027 at 10:00 a.m.** in Courtroom 3C of the Martin Luther King Jr. Federal Building and Courthouse. Clients with full and immediate settlement authority must attend for the duration. Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least three business days prior to the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that

is received by Chambers no later than three business days in advance of the settlement conference.

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge