**IN THE UNITED STATES DISTRICT COURT**
**THE DISTRICT OF NEW JERSEY**

Shanghai Qianzhuo Network Technology Co., Ltd. a.k.a. FutureDiamond and Shanghai Lanpin Haizhuo Technology Co., Ltd. a.k.a. LovIntry,

Plaintiffs,

v.

Debra LoFranco,

Defendant.

Case No. 25-cv-15740-CCC-LDW

**JOINT CLAIM CONSTRUCTION PREHEARING STATEMENT**

Plaintiffs Shanghai Qianzhuo Network Technology Co. Ltd. and Shanghai Lanpin Haizhou Technology Co., and Defendant Debra LoFranco provide this Joint Claim Construction and Prehearing Statement pursuant to the Court's scheduling order as amended by Dkt. 65.

**I. 4.3(a) Agreed Constructions**

There are two terms for construction. The parties do not agree on the constructions of either.

**II. 4.3(b) Proposed Constructions**

The parties exchanged proposed constructions and identification of evidence. Each party's exchange is attached, Plaintiffs' as Exhibit A and Defendant's as Exhibit B. A summary is below:

**A. Plaintiffs' Proposed Construction (Exhibit A)**

| Terms requiring construction | Plaintiffs' Proposed Construction |
|---|---|
| "a guard projection extending in a perpendicular direction with respect to the pad surface and configured to prevent the abrasive material from contacting a flat surface upon which the pet toy is placed" | A structure that intersects with, and extends from, the surface having the abrasive material at an angle of 90 degrees such that the structure prevents the abrasive material from contacting a flat surface when the pet toy is placed abrasive side down on the flat surface. |
| Abrasive Material | No construction is necessary. The plain and ordinary meaning that an abrasive material is a material that is abrasive suffices. |

**B. Defendant's Proposed Construction (Exhibit B)**

| Terms requiring construction | Defendant's Proposed Construction |
|---|---|
| "a guard projection extending in a perpendicular direction with respect to the pad surface and configured to prevent the abrasive material from contacting a flat surface upon which the pet toy is placed" | A structure which, at least in part, extends from the surface on which the abrasive material is placed, at a direction approximately normal with respect to a tangent plane of the surface on which abrasive is mounted, and which extends sufficiently above the abrasive to prevent the abrasive material from contacting a flat surface on which the toy is placed. |
| Abrasive Material | A material having a hardness and surface roughness suitable to file the nails of a pet during use |

## III. 4.3(c) Identification of Potentially Dispositive Terms

The parties agree that the construction of the term "a guard projection extending in a perpendicular direction with respect to the pad surface and configured to prevent the abrasive material from contacting a flat surface upon which the pet toy is placed" is potentially dispositive.

## IV. 4.3(d) Claim Construction Hearing.

The parties anticipate that the Claim Construction hearing can be conducted in approximately 1 hour.

## V. 4.3(e) Witnesses

Neither party will call any witnesses at the Claim Construction hearing.

Dated: October 7, 2026

Respectfully Submitted,

*<u>/s/ Rachel Ann Niedzwiadek</u>*
Rachel Ann Niedzwiadek
**Combs & Taylor LLP**
1025 Thomas Jefferson Street NW, Suite 400 W
Washington, DC 20007
202.448.1008 (P) | 202.466.0502 (F)
rachelann.niedzwiadek@combstaylor.com

Matthew De Preter *(Pro Hac Vice)*
Illinois Bar No. 6291503
**Aronberg Goldgehn**
225 West Washington, Suite 2800
Chicago, Illinois 60606
312.828.9600
cdepreter@agdglaw.com

*Attorneys for Plaintiffs*

*p.p. /s/ Avram E. Frisch*

Avram E. Frisch, Esq.
**The Law Office of Avram E. Frisch LLC**
1 University Plaza
Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com

Paul D. Ackerman (*Pro Hac Vice*)
**ACKnowledge IP P.C.**
6800 Jericho Turnpike, Suite 120W
Syosset NY 11791
631.970.7060
paul@acknowledgeIP.com

*Attorneys for Defendant*