# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR NEW JERSEY**

| | |
|---|---|
| Shanghai Qianzhuo Network Technology Co. ,Ltd. a.k.a. FutureDiamond and Shanghai Lanpin Haizhuo Technology Co., Ltd. a.k.a. LovIntry,<br><br>Plaintiffs,<br>v.<br><br>Debra Lo Franco,<br><br>Defendant | Case No. 25-cv-15740 |

**PLAINTIFFS' IDENTIFICATION OF INSTRINSIC AND EXTRINSIC EVIDENCE PER LOCAL PATENT RULE 4.2(C)**

Shanghai Qianzhuo Network Technology Co. ,Ltd. a.k.a. FutureDiamond and Shanghai Lanpin Haizhuo Technology Co., Ltd. a.k.a. LovIntry, (collectively "Plaintiffs") hereby provide their identification of intrinsic and extrinsic evidence they intend to rely upon in opposing any proposed claim construction, pursuant to L. Pat. R. 4.2(c):

## I. Plaintiffs' Limitations:

| Plaintiffs' terms requiring construction | Plaintiffs' Proposed Construction |
|---|---|
| "a guard projection extending in a perpendicular direction with respect to the pad surface and configured to prevent the abrasive material from contacting a flat surface upon which the pet toy is placed" | A structure that intersects with, and extends from, the surface having the abrasive material at an angle of 90 degrees such that the structure prevents the abrasive material from contacting a flat surface when the pet toy is placed abrasive side down on the flat surface. |

### A. Plaintiffs Supporting Intrinsic Evidence:

- Figures 1-7; '789 patent
- The pet toy **10** has a generally rectangular body **20** having a generally flat upper face **22** and a generally flat lower face **24** (FIG. **3** ) parallel to the upper face **22**. '789, 2:35-40.
- The body **20** further includes a top side **26**, a bottom side **28**, as well as a left side **30** and a right side **32**. A generally flat upper pad surface **40** is formed on and slightly recessed

below the upper face **22** of the pet toy **10**, and a corresponding generally flat lower pad surface **42** is formed on and slightly recessed below the lower face **24**. ‘789 2:43-50

- Both the upper face **22** and the lower face **24** are provided with guard projections **50** which extend slightly above the respective upper pad surface **40** and lower pad surface **42** to prevent the abrasive material adhering to the pad surfaces **40**, **42** from contacting and marring a flat surface on which the pet toy **10** may be placed, such as a wooden floor. ‘789 2:60-65.
- Original Claims 1-18. FD_000285-286
- Office Action. FD_000260-265
- Response to Office Action. FD_000246-256.
- “The Office Action equates the at least one guard in claim 8, added to claim 21, to the long edges 11 and 13 as shown, for example, in FIGs. 1A and 1B. *See Office Action*, p. 5. *Lamstein* describes the long edges as “generally extend[ing] vertically when the present invention is in use.” *Lamstein*, ¶ [0016]. Indeed as shown in FIGs. 1A and 1B, the long edges 11 and 13 appear to be extending outward on the same plane as the flat surface(s) (16 and 17). By contrast, *Lamstein* is silent regarding “a guard projection extending in a perpendicular direction with respect to the pad surface and configured to prevent the abrasive material from contacting a flat surface upon which the pet toy is placed,” as recited in independent claim 21. For example, in the instance that the pet toy from *Lamstein* is set on a flat surface (e.g., the rug surface 17), the long edges 11 and/or 13 would not prevent the rug surface from contacting another flat surface (e.g., a table or floor).” FD_000255.

**B. Supporting Extrinsic Evidence**

- Lamstein US2008/0149041 FD_00926-FD_000934.

# PARALLEL AND PERPENDICULAR LINES

**Parallel lines** are lines that never intersect. In other words, the lines have a constant distance between them. The symbol || means parallel.



**Perpendicular lines** are lines that intersect at a right angle (90°). The symbol ⊥ means perpendicular.



**Skew lines** are lines that do not lie in the same plane, and do not intersect.



- Fast Track Geometry, FD_001061-FD_001064

- **Perpendicular lines, segments, or rays:** Lines, segments, or rays that intersect at right angles ($90°$ angles) are perpendicular. If $\overline{PQ}$ is perpendicular to $\overline{RS}$, you write $\overline{PQ} \perp \overline{RS}$. See Figure 2-9. The little boxes in the corners of the angles indicate right angles. (You use the definition of perpendicular in proofs. See Chapter 4.)
- **Oblique lines, segments, or rays:** Lines or segments or rays that intersect at any angle other than $90°$ are called *oblique*. See Figure 2-9, which shows oblique lines and rays on the right.

**FIGURE 2-9:** Perpendicular and oblique lines, rays, and segments.



© John Wiley & Sons, Inc.

- Geometry for Dummies, FD_001065-FD_001072

**perpendicular** Meeting at right angles.

- The Facts On File Geometry Handbook, FD_001073-FD_001076

**perpendicular (lines)** (p. 28) Two lines that intersect to form right angles.

-

1.6

# Perpendicular Lines

**Objectives:** To identify perpendicular lines, rays, and segments
To state and apply theorems about perpendicular lines,
supplementary angles, and complementary angles

Lines that intersect at right angles are often used by navigators, map makers, architects, and carpenters.



**Investigation**—*Visualizing the Concept*

A plumb line is a weighted line that is used to show vertical direction. Construction workers use *T squares, plumb lines,* and *levels* to ensure right angles.

Which lines and/or surfaces in this house frame probably form right angles?

Recall that the symbol ⌉ is used to denote a right angle. It is used here to show that ∠1, ∠C, and ∠*HOM* are right angles.










**Definition** Two lines are **perpendicular** (⊥) if and only if they intersect to form a right angle. Two segments or rays are perpendicular if and only if they have a point in common and the lines they determine intersect to form a right angle. A line is perpendicular to a plane at a point *P* if and only if it is perpendicular to every line in the plane that passes through *P*. Two planes are perpendicular if and only if one plane contains a line that is perpendicular to the other plane.

**Theorem 1.10** If two lines are perpendicular, then the pairs of adjacent angles they form are congruent.

Since $r \perp t$ and $\angle 1$ is a right angle, $m\angle 1 = 90$. $\angle 1$ and $\angle 2$ form a linear pair; thus $\angle 2$ is a supplement of $\angle 1$. Therefore, $m\angle 2 = 90$, and hence $\angle 2 \cong \angle 1$. The same reasoning applies to the other three pairs of adjacent angles.




**Corollary 1** If two lines are perpendicular, then all four angles they form are congruent.

**Corollary 2** If two lines are perpendicular, then all four angles they form are right angles.

**Theorem 1.11** If two lines intersect to form a pair of congruent adjacent angles, then the lines are perpendicular.

Theorems 1.10 and 1.11 can be rewritten in this form.

If: two lines are perpendicular
then: adjacent angles formed by the two lines are congruent.

If: adjacent angles formed by two lines are congruent
then: the two lines are perpendicular.

Study this argument for the justification of Theorem 1.11. Both $\angle 1$ and $\angle 2$ are marked with a tick mark, indicating that $\angle 1 \cong \angle 2$. Hence, $m\angle 1 = m\angle 2$. But $\angle 1$ and $\angle 2$ are a linear pair and therefore supplementary. Since their measures are equal, each must measure 90° and be a right angle. Thus, by the definition of perpendicular lines, $k \perp m$.




$\overleftrightarrow{PM}$, the line determined by the following paper folding, is called the *perpendicular bisector* of $AB$.




Since the paper is folded so that $AM = MB$, $M$ must be the midpoint of $\overline{AB}$. The fold creates congruent adjacent angles, so $\overline{MP}$ must be perpendicular to $\overline{AB}$.

**Definition** A line, ray, segment, or plane is a **perpendicular bisector of a segment** if and only if the line, ray, segment, or plane is perpendicular to the segment at its midpoint.

Prentice Hall Geometry, FD_001077-FD_001083

If we choose two points (neither the vertex), one in each of the two rays of an angle, the points between the two points are in the interior of the angle. Two angles in a plane that have a common vertex and a common side but no common interior points are adjacent angles. As in the construction above, when two lines intersect so that adjacent angles formed are congruent, then the lines are perpendicular. Thus, the adjacent angles formed by perpendicular lines are right angles.







∠TQS is adjacent to ∠SQR



perpendicular lines

Since we began the construction at a point on the line, we can restate Construction III as follows.

- Introduction to Geometry, FD_001084-FD_001087

... and 2 are crossed by a single stroke.)

3. *Perpendiculars* are lines or rays or segments that meet at right angles.

   The symbol for perpendicular is ⊥ ; for perpendiculars, ⊥s. In Fig. 1-20, $\overline{CD} \perp \overline{AB}$, so right angles 1 and 2 are formed.

4. A *perpendicular bisector* of a given segment is perpendicular to the segment and bisects it.

   In Fig. 1-21, $\overleftrightarrow{GH}$ is the bisector of $\overline{EF}$; thus, ∠1 and ∠2 are right angles and *M* is the midpoint of $\overline{EF}$.




Fig. 1-20




Fig. 1-21

- Schaum's Outlines Geometry, FD_001088-FD_001091

## 2.4. Perpendicular lines

- ***Perpendicular lines*** are defined as follows: Two lines are perpendicular if and only if they form a right angle. We can also say that two lines, rays, or segments are *perpendicular* if they lie in the same plane and intersect at right (90°) angles.
- ***Four right angles theorem***: If two lines cross each other and are *perpendicular* to each other, then four *right angles* are formed.
- ***Definition***: **Perpendicular lines form right angles.**
- ***Definition***: **Right angles measure 90°.**




- Master Math: Geometry, FD_001092-FD_001096

in this chapter. The order of the theorems in this section is crucial. If you change it, you'll probably find that the proofs become much more difficult.

An angle whose measure is $90°$ is called a *right* angle. Angles measuring less than that are called *acute*; those greater are *obtuse*. Two angles whose measures total $90°$ are called *complementary*. Two distinct intersecting lines $g$ and $h$ form four angles. If one of these is right, then all are, and the lines are said to be *perpendicular*, written $g \perp h$. This adjective is often applied to a segment or ray if it would be appropriate to apply it to the corresponding line. For example, a segment could be perpendicular to a line, ray, or another segment. The word *perpendicular* is sometimes used as a noun to mean *perpendicular line*.

- Methods of Geometry, FD_001097-FD_001101

## Perpendicular Lines

As I have already mentioned, when two lines intersect, four angles are formed. All four angles cannot be obtuse. If they were, we would have obtuse angles supplementing each other. But an obtuse angle can only be supplemented by an acute angle! So, if you know that one of the angles formed is obtuse, then you actually know that two obtuse angles and two acute angles are formed. The two obtuse angles (which are vertical angles) are congruent, as are the two acute angles. But the angles formed do not need to be obtuse or acute. They could also be just right.

Take a look at Figure 5.2. It shows what happens when two lines intersect to form right angles. Because right angles supplement themselves, and vertical angles are congruent, we can see that if one of the angles formed is right, then all of the angles formed are right. It's a geometrical version of the four musketeers: If one is right, they all are right! This situation deserves a special name and definition. There are actually several ways you can characterize this situation, depending on what you want to emphasize.

**Figure 5.2**
*$\overleftrightarrow{AB}$ and $\overleftrightarrow{CD}$ intersect to form right angles.*




I will show you two different descriptions of this situation and point out why they are equivalent. I will pick one of these definitions and use it throughout this book. There are advantages and disadvantages to each definition. You might not agree with my choice, but when *you* write *your* own geometry book, you can define it any way you want!

One possible name/definition for this situation is as follows: When two lines intersect to form one right angle, the two lines are *perpendicular*.

Another possible definition goes like this: When two lines intersect to form congruent adjacent angles, the two lines are *perpendicular*.

•

**Solid Facts**

Perpendicular lines are two lines that intersect to form one right angle.

Thus m∠1 = m∠2 = 90°, and both ∠1 and ∠2 are right angles. Applying the relationship between vertical angles, you see that all four angles formed must be right angles. So both definitions mean the same thing, though one definition is more intuitive than the other. Personally, I prefer the first definition, and that's the one I will use throughout the book.

I will use the symbol ⊥ to indicate a relation "is perpendicular to." If two lines, l and m, are perpendicular to each other, I will write l ⊥ m. Let's see if ⊥ belongs to the elite class of equivalence relations. Does it have a reflexive property? Is a line perpendicular to itself? No. What about the symmetric property? If l ⊥ m, is m ⊥ l? Yes. Does it have the transitive property? If l ⊥ m, and m ⊥ n, is l ⊥ n? Figure 5.4 shows this situation. Line l cannot be perpendicular to n. So ⊥ does not have the transitive property. You knew right away that ⊥ did not belong to the elite class because it failed to have the reflexive property. The only special property that ⊥ has is the symmetric property.

**Figure 5.4**
l⊥m *and* m⊥n.




A Complete Idiot's Guide to Geometry, FD_001102-FD_001107

## Constructing perpendiculars

Two lines are called **perpendicular** if they intersect in a point O so that a ray from O along one of the lines and a ray from O along the other make an angle of 90°.




- Geometry for the Classroom, FD_001108-FD_001111

Two lines, two segments, or a line and a segment which intersect to form a right angle are said to be *perpendicular*. If line *l* is perpendicular to line *m* we may write $l \perp m$ where the symbol $\perp$ is read as "is perpendicular to." See Figure 3.2.

A *perpendicular bisector* of a line segment is a line or segment that is perpendicular to the given segment at its midpoint. See Figure 3.3.




FIGURE 3.2 Perpendiculars

* Sometimes it will be preferable to give an outline description of the proof. Section 3.5 briefly discusses alternative types of proofs.

- 




$\overline{AX} \cong \overline{XB}$ and $l \perp \overline{AB}$ at point $X$.

FIGURE 3.3 A perpendicular bisector

**DEFINITION OF PERPENDICULAR LINES**

*Perpendicular lines* are lines which intersect to form right angles. If a line is perpendicular to a segment and intersects the segment at its midpoint, then the line is called the *perpendicular bisector* of the segment.

Geometry the Easy Way, FD_001112-FD_001116

- 

Using Definitions

You can write a definition as a conditional statement in if-then form or as its converse. Both the conditional statement and its converse are true for definitions. For example, consider the definition of *perpendicular lines*.

If two lines intersect to form a right angle, then they are **perpendicular lines**.

You can also write the definition using the converse: If two lines are perpendicular lines, then they intersect to form a right angle.

You can write "line $\ell$ is perpendicular to line $m$" as $\ell \perp m$.



Big Ideas Math – Geometry A common Core Curriculum. FD_001117-1120

**II. Defendant's Limitations.**

| Defendant's terms requiring construction | Plaintiffs' Proposed Construction |
|---|---|
| Abrasive Material | No construction is necessary. The plain and ordinary meaning that an abrasive material is a material that is abrasive suffices. |
| Guard Projection Extending in a Perpendicular Direction | Plaintiff asserts that this limitation cannot be viewed in a vacuum as it is recited in the term requires a reference for the "direction" which the claim specifically states is the pad surface with the abrasive material thereon. Thus, the appropriate construction is of the entirety of the claim limitation as set forth by Plaintiff, and it should be construed as "A structure that intersects with and extends at 90 degrees from the surface having the abrasive material where the structure prevents the abrasive material from contacting a flat surface when the pet toy is placed abrasive side down on the flat surface." |

**A. Plaintiffs' Supporting Evidence for "Abrasive Material"**

- The pad surfaces **40**, **42** are adapted to receive an abrasive material, such as a sheet of sandpaper, emery paper, or a sandstone material, for contacting and dulling a pet's claws or nails when the pet plays with the toy" '789 2:49-55.
- On the exterior side of each of the interlayers **120** an abrasive sheet **130** is provided, preferably, in the case of a pet toy **100** intended for cats, with a fine grain abrasive to aid in trimming the cat's claws as the cat plays with the pet toy **100**. Each abrasive sheet **130** is preferably adhered to the respective interlayer **120** with a suitable adhesive material. Alternatively, a fastener surface, such as hook-like fasteners such as Velcro, can be

provided on the interlayer **120**, and the abrasive sheets **130** can be provided with a surface, such as a fabric, adherent to the fastener surface. In another aspect, the abrasive sheets **130** can be permanently adhered to the interlayers **120**, and the abrasive sheets **120** themselves can be covered with a layer of netting material **140** in order of catching a cat's claws in the interest of motivating further play activity with the pet toy **100.** ‘789 3:57-4:5

- Original Claims 1-18. FD_000285-286
- Office Action. FD_000260-265
- Response to Office Action. FD_000246-256.

### B. Plaintiffs’ Supporting Evidence for “Guard Projection Extending in a Perpendicular Direction”

Same as Sections I.A and I.B above.

Respectfully Submitted.

Dated: September 23, 2026 By */s/ Matthew De Preter*

Matthew De Preter (*pro hac vice pending*)
ARONBERG GOLDGEHN
225 West Washington, Suite 2800
Chicago, Illinois 60606
312.828.9600
cdepreter@agdglaw.com
*Attorneys for Plaintiffs*


FAST TRACK
GEOMETRY
ESSENTIAL REVIEW FOR AP®, HONORS, AND OTHER ADVANCED STUDY
By the High School Experts at
THE PRINCETON REVIEW


CHICAGO PUBLIC LIBRARY
R0465800053
HWLC 4TH FLOOR
FROM THE
THE PRINCETON
REVIEW YOU CAN TRUST—FROM AMERICA'S HIGH SCHOOL EXPERTS
Catch the express to success with Fast Track: Geometry! Covering the material most commonly taught in high school geometry class, this book gives you:
Clear, concise summaries of the most important concepts, terms, and formulas in geometry
Tables, figures, and graphs for quick visual reference
Easy-to-follow content organization and illustrations
With its friendly, straightforward approach, this book is perfect for catching up in class or getting ahead on exam review.
COVERED TOPICS INCLUDE:
KEY TERMS
ANGLES
POLYGONS
CIRCLES
CONGRUENCE AND SIMILARITY
CONSTRUCTIONS
TRANSFORMATIONS
TRIGONOMETRY
THREE-DIMENSIONAL FIGURES
REASONING AND PROOFS
PERIMETER, AREA, AND VOLUME
... AND MORE!
US $14.99 / $19.99 CAN
ISBN 978-0-525-57172-8
51499
9 780525 571728
The Princeton Review
The Princeton Review is not affiliated with Princeton University. AP is a trademark registered and owned by the College Board, which is not affiliated with, and does not endorse, this product.
© 2021 Penguin Random House LLC | Cover art by

The Princeton Review

The Princeton Review
110 East 42nd St, 7th Floor
New York, NY 10017
Email: editorialsupport@review.com

Copyright © 2021 by TPR Education IP Holdings, LLC. All rights reserved.

Published in the United States by Penguin Random House LLC, New York, and in Canada by Random House of Canada, a division of Penguin Random House Ltd., Toronto.

Some of the content in Fast Track: Geometry has previously appeared in Basic Skills for the GED® Test, published as a trade paperback by Random House, an imprint and division of Penguin Random House LLC, in 2017

Terms of Service: The Princeton Review Online Companion Tools ("Student Tools") for retail books are available for only the two most recent editions of that book. Student Tools may be activated only once per eligible book purchased for a total of 24 months of access. Activation of Student Tools more than once per book is in direct violation of these Terms of Service and may result in discontinuation of access to Student Tools Services.

This book was previously published in a different format with the title High School Unlocked: Geometry by the Princeton Review, an imprint of Penguin Random House LLC, in 2017.

ISBN: 978-0-525-57172-8
eBook ISBN: 978-0-525-57186-5
ISSN: 2767-0910

The Princeton Review is not affiliated with Princeton University.

Editor: Chris Chimera
Production Editors:
Sarah Litt and Kathy Carter
Production Artist: Gabriel Berlin
Content Contributor: Heidi Torres

Printed in China.

10 9 8 7 6 5 4 3 2 1

**EDITORIAL**
Rob Franek, Editor-in-Chief
David Soto, Director of Content Development
Stephen Koch, Student Survey Manager
Deborah Weber, Director of Production
Gabriel Berlin, Production Design Manager
Selena Coppock, Director of Editorial
Aaron Riccio, Senior Editor
Meave Shelton, Senior Editor
Chris Chimera, Editor
Anna Goodlett, Editor
Eleanor Green, Editor
Orion McBean, Editor
Patricia Murphy, Editorial Assistant

**PENGUIN RANDOM HOUSE PUBLISHING TEAM**
Tom Russell, VP, Publisher
Alison Stoltzfus, Publishing Director
Amanda Yee, Associate Managing Editor
Ellen Reed, Production Manager
Suzanne Lee, Designer

For customer service, please contact **editorialsupport@review.com,** and be sure to include:
- full title of the book
- ISBN
- page number

# PARALLEL AND PERPENDICULAR LINES

**Parallel lines** are lines that never intersect. In other words, the lines have a constant distance between them. The symbol || means parallel.



**Perpendicular lines** are lines that intersect at a right angle (90°). The symbol ⊥ means perpendicular.



**Skew lines** are lines that do not lie in the same plane, and do not intersect.




LEARNING MADE EASY
3rd Edition
Geometry
for dummies
A Wiley Brand
Decode complex geometry problems
Master deductive logic to solve proofs
Calculate angles, arcs, area, and more
Mark Ryan
Author of Calculus For Dummies


Get up and running with g
R0445882140
HWLC 4TH FLOOR
If the thought of geometry makes you jittery, this book is your best weapon for slaying stress! You'll find out how to approach this intimidating math subject from a new angle—and you'll discover secrets for getting past rough spots along the way. You don't have to be a math genius to grasp geometry, and this guide will help you get un-stumped in a hurry!
Inside...
• Begin with the basics
• Analyze arcs and angles
• Calculate volume and surface area
• Solve complicated proofs with deductive logic
• Cozy up to chords
• Prove triangles congruent
• Improve your test scores
Mark Ryan is the founder and owner of The Math Center in the Chicago area, where he provides tutoring in all math subjects as well as test preparation. Mark is the author of Calculus For Dummies, Calculus Workbook For Dummies, and Geometry Workbook For Dummies.
Go to Dummies.com®
for videos, step-by-step photos, how-to articles, or to shop!
Cover Image: Andrew Brookes / Getty Images, Inc.
Mathematics / Geometry
$19.99 US / $23.99 CAN / £15.99 UK
ISBN 978-1-119-18155-2
51999
9 781119 181552
dummies
A Wiley Brand


Get up and running with g
CHICAGO PUBLIC LIBRARY
R0445882140
HWLC 4TH FLOOR
If the thought of geometry makes you jittery, this book is your best weapon for slaying stress! You'll find out how to approach this intimidating math subject from a new angle—and you'll discover secrets for getting past rough spots along the way. You don't have to be a math genius to grasp geometry, and this guide will help you get un-stumped in a hurry!
Inside...
• Begin with the basics
• Analyze arcs and angles
• Calculate volume and surface area
• Solve complicated proofs with deductive logic
• Cozy up to chords
• Prove triangles congruent
• Improve your test scores
Mark Ryan is the founder and owner of The Math Center in the Chicago area, where he provides tutoring in all math subjects as well as test preparation. Mark is the author of Calculus For Dummies, Calculus Workbook For Dummies, and Geometry Workbook For Dummies.
Go to Dummies.com®
for videos, step-by-step photos, how-to articles, or to shop!
Cover Image: Andrew Brookes / Getty Images, Inc.
Mathematics / Geometry
$19.99 US / $23.99 CAN / £15.99 UK
ISBN 978-1-119-18155-2
51999
9 781119 181552
for dummies
A Wiley Brand

**_Geometry For Dummies®_, 3rd Edition**

Published by: **John Wiley & Sons, Inc.**, 111 River Street, Hoboken, NJ 07030-5774, www.wiley.com

Copyright © 2016 by John Wiley & Sons, Inc., Hoboken, New Jersey

Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without the prior written permission of the Publisher. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008, or online at http://www.wiley.com/go/permissions.

Trademarks: Wiley, For Dummies, the Dummies Man logo, Dummies.com, Making Everything Easier, and related trade dress are trademarks or registered trademarks of John Wiley & Sons, Inc., and may not be used without written permission. All other trademarks are the property of their respective owners. John Wiley & Sons, Inc., is not associated with any product or vendor mentioned in this book.

**LIMIT OF LIABILITY/DISCLAIMER OF WARRANTY: WHILE THE PUBLISHER AND AUTHOR HAVE USED THEIR BEST EFFORTS IN PREPARING THIS BOOK, THEY MAKE NO REPRESENTATIONS OR WARRANTIES WITH RESPECT TO THE ACCURACY OR COMPLETENESS OF THE CONTENTS OF THIS BOOK AND SPECIFICALLY DISCLAIM ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NO WARRANTY MAY BE CREATED OR EXTENDED BY SALES REPRESENTATIVES OR WRITTEN SALES MATERIALS. THE ADVISE AND STRATEGIES CONTAINED HEREIN MAY NOT BE SUITABLE FOR YOUR SITUATION. YOU SHOULD CONSULT WITH A PROFESSIONAL WHERE APPROPRIATE. NEITHER THE PUBLISHER NOR THE AUTHOR SHALL BE LIABLE FOR DAMAGES ARISING HEREFROM.**

For general information on our other products and services, please contact our Customer Care Department within the U.S. at 877-762-2974, outside the U.S. at 317-572-3993, or fax 317-572-4002. For technical support, please visit www.wiley.com/techsupport.

Wiley publishes in a variety of print and electronic formats and by print-on-demand. Some material included with standard print versions of this book may not be included in e-books or in print-on-demand. If this book refers to media such as a CD or DVD that is not included in the version you purchased, you may download this material at http://booksupport.wiley.com. For more information about Wiley products, visit www.wiley.com.

Library of Congress Control Number: 2016936127

ISBN 978-1-119-18155-2 (pbk); ISBN 978-1-119-18164-4 (ebk); ISBN 978-1-119-18156-9 (ebk)

Manufactured in the United States of America

10 9 8 7 6 5 4 3 2 1

» **Coplanar points:** A group of points that lie in the same plane are coplanar. Any two or three points are always coplanar. Four or more points might or might not be coplanar.

Look at Figure 2-6, which shows coplanar points *A*, *B*, *C*, and *D*. In the box on the right, there are many sets of coplanar points. Points *P*, *Q*, *X*, and *W*, for example, are coplanar; the plane that contains them is the left side of the box. Note that points *Q*, *X*, *S*, and *Z* are also coplanar even though the plane that contains them isn't shown; it slices the box in half diagonally.

» **Non-coplanar points:** A group of points that don't all lie in the same plane are non-coplanar.

See Figure 2-6. Points *P*, *Q*, *X*, and *Y* are non-coplanar. The top of the box contains *Q*, *X*, and *Y*, and the left side contains *P*, *Q*, and *X*, but no flat surface contains all four points.

**FIGURE 2-6:** Coplanar and non-coplanar points.




© John Wiley & Sons, Inc.

# Lines, Segments, and Rays Pointing Every Which Way

In this section, I describe different types of lines (or segments or rays) or pairs of lines (or segments or rays) based on the direction they're pointing or how they relate to each other. People usually use the terms in the next two sections to describe lines, but you can use them for segments and rays as well.

## Singling out horizontal and vertical lines

Giving the definitions of *horizontal* and *vertical* may seem a bit pointless. You probably already know what the terms mean, and the best way to describe them is to just show you a figure. But, hey, this is a math book, and math books are



FD_001069

supposed to define terms. Who am I to question this age-old tradition? So here are the definitions (also check out Figure 2-7):

- **Horizontal lines, segments, or rays:** Horizontal lines, segments, and rays go straight across, left and right, not up or down at all — you know, like the horizon.
- **Vertical lines, segments, or rays:** Lines or parts of a line that go straight up and down are vertical. (Rocket science this is not.)




E 2-7: ontal lines, nents, rays.

© John Wiley & Sons, Inc.

## Doubling up with pairs of lines

In this section, I give you five terms that describe pairs of lines. The first four are about coplanar lines — you use these terms a lot. The fifth term describes non-coplanar lines. This term comes up only in 3-D problems, so you probably won't have a chance to use it much.

### Coplanar lines

I define *coplanar points* in a previous section — as points in the same plane — so I absolutely refuse to define *coplanar lines*. Well, okay, I suppose I don't want to be turned in to the math-book-writers' disciplinary committee, so here it is: Coplanar lines are lines in the same plane. Here are some ways coplanar lines may interact:

- **Parallel lines, segments, or rays:** Lines that run in the same direction and never cross (like two railroad tracks) are called parallel. Segments and rays are parallel if the lines that contain them are parallel. If $\overleftrightarrow{AB}$ is parallel to $\overleftrightarrow{CD}$, you write $\overleftrightarrow{AB} \parallel \overleftrightarrow{CD}$. See Figure 2-8.



FIGURE 2-8: Four pairs of parallel lines, segments, and rays — and never the twain shall meet.

© John Wiley & Sons, Inc.

» **Intersecting lines, segments, or rays:** Lines, rays, or segments that cross or touch are intersecting. The point where they cross or touch is called the *point of intersection.*

- **Perpendicular lines, segments, or rays:** Lines, segments, or rays that intersect at right angles ($90°$ angles) are perpendicular. If $\overline{PQ}$ is perpendicular to $\overline{RS}$, you write $\overline{PQ} \perp \overline{RS}$. See Figure 2-9. The little boxes in the corners of the angles indicate right angles. (You use the definition of perpendicular in proofs. See Chapter 4.)
- **Oblique lines, segments, or rays:** Lines or segments or rays that intersect at any angle other than $90°$ are called *oblique*. See Figure 2-9, which shows oblique lines and rays on the right.



FIGURE 2-9: Perpendicular and oblique lines, rays, and segments.

© John Wiley & Sons, Inc.

REMEMBER

Because lines extend forever, a pair of coplanar lines must be either parallel or intersecting. (However, this is not true for coplanar segments and rays. Segments and rays can be nonparallel and at the same time non-intersecting, because their endpoints allow them to stop short of crossing.)

### Non-coplanar lines

In the preceding section, you can check out lines that lie in the same plane. Here, I discuss lines that aren't in the same plane.

REMEMBER

**Skew lines, segments, or rays:** Lines that don't lie in the same plane are called skew lines — *skew* simply means *non-coplanar*. Or you can say that skew lines are lines that are neither parallel nor intersecting. See Figure 2-10. (You probably won't ever hear anyone refer to skew segments or rays, but there's no reason they can't be skew. They're skew if they're non-coplanar.)




**FIGURE 2-10:** Skew lines are non-coplanar.

Here's a good way to get a handle on skew lines. Take two pencils or pens, one in each hand. Hold them a few inches apart, both of them pointing away from you. Now, keep one where it is and point the other one up at the ceiling. That's it. You're holding skew lines.

## Investigating the Plane Facts

Look! Up in the sky! It's a bird! It's a plane! It's Superman! Wait . . . no, it's just a plane. In this short section, you discover a couple of things about planes — the geometric kind, that is, not the flying kind. Unfortunately, the geometric kind of plane is much less interesting because there's really only one thing to be said about how two planes interact: Either they cross each other, or they don't. I wish I could make this more interesting or exciting, but that's all there is to it.


FACTS ON FILE SCIENCE LIBRARY
THE FACTS ON FILE
GEOMETRY
HANDBOOK
CATHERINE A. GORINI, PH.D.



CHICAGO PUBLIC LIBRARY
R0403023213

# THE FACTS ON FILE GEOMETRY HANDBOOK

It is becoming increasingly difficult for students to get quick, direct answers to basic science and math questions. With time for researching and writing often tight, students will welcome The Facts On File Science and Math Handbooks, a new reference series covering the subjects of biology, chemistry, Earth science, marine science, physics, space and astronomy, weather and climate, algebra, calculus, and geometry.

*The Facts On File Geometry Handbook* features the following components:

- A **glossary** of approximately 3,000 entries, many accompanied by labeled diagrams that help to clarify the meanings of terms. Topics include asymptote, circle, Euler line, graph, inversion, matrix, quadrant, sphere, and vector
- **Biographies** of more than 300 scientists and mathematicians from ancient times to the present whose discoveries have pushed forward the world's understanding and appreciation of geometry, including Filippo Brunelleschi, René Descartes, Euclid, David Hilbert, Emmy Noether, Blaise Pascal, and Karen Uhlenbeck
- A **chronology** that spans nearly 4,000 years of geometry history, including Greek mathematician Thales's prediction of a solar eclipse using mathematical methods (585 B.C.E.); Scottish inventor John Napier's announcement of logarithms (1614); German mathematician Johann Lambert's proof that pi is irrational (1761); Albert Einstein's formulation of his theory of relativity (1915); American engineer Buckminster Fuller's invention of the geodesic dome (1949); and James Gleick's publication of *Chaos: Making a New Science* (1987).
- **Charts** and **tables**
- **Recommended reading** and **websites**

Supplemented by a helpful index, this book and the other volumes in The Facts On File Science and Math Handbooks series will enable students to compare information across subject areas, place each subject in context, and underline the close connections among all the sciences.

**Catherine A. Gorini**, Ph.D., is a recognized expert in geometry and an award-winning teacher. She is the editor of *Geometry at Work*, a collection of papers in applied geometry published by the Mathematical Association of America, and holds a degree in mathematics from the University of Virginia. Dr. Gorini is currently professor of mathematics and dean of the College of Arts and Sciences at Maharishi University of Management in Fairfield, Iowa.

ISBN 0-8160-4875-4
90000
9 780816 048755

Cover design by Cathy Rincon
Cover photograph © David Mendelsohn/Masterfile
Printed in the United States of America

*To Roy Lane for introducing me to the fascination and joys of geometry*
*To my parents for their love, support, and encouragement*
*To Maharishi Mahesh Yogi for the gift of pure knowledge*

**The Facts On File Geometry Handbook**
Copyright © 2003 by Catherine A. Gorini, Ph.D.

All rights reserved. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage or retrieval systems, without permission in writing from the publisher. For information contact:

Facts On File, Inc.
132 West 31st Street
New York NY 10001

**Library of Congress Cataloging-in-Publication Data**

Gorini, Catherine A.
Facts on file geometry handbook / Catherine A. Gorini
p. cm.
Includes bibliographical references and index.
ISBN 0-8160-4875-4
1. Geometry. I. Title: Geometry handbook. II. Title.
QA445.2 .G67 2003
516—dc21 2002012343

Facts On File books are available at special discounts when purchased in bulk quantities for businesses, associations, institutions, or sales promotions. Please call our Special Sales Department in New York at 212/967-8800 or 800/322-8755.

You can find Facts On File on the World Wide Web at http://www.factsonfile.com

Cover design by Cathy Rincon
Illustrations by David Hodges

Printed in the United States of America

VB Hermitage 10 9 8 7 6 5 4 3 2

This book is printed on acid-free paper.

**perfectly colored** Describing a colored pattern or design all of whose symmetries are COLOR SYMMETRIES.

**perimeter** The sum of the lengths of the sides of a polygon.

**period** (1) For a PERIODIC FUNCTION $f$, the period is the smallest number $p$ such that $f(x) = f(x + p)$. (2) For a PERIODIC POINT of a function, the period is the smallest number of iterations of the function that will bring the point back to its original position. (3) For any function, the period is number of times it must be composed with itself to give the identity; for example, $f(x) = -x$ has period 2 and rotation by 120° about a given point has period 3. (4) For an element of a GROUP, the period is the smallest positive number so that the element raised to that power is the identity. If there is no finite number that is the period of a function or an element, it is said to have infinite period.

**period doubling** The phenomenon in some discrete DYNAMICAL SYSTEMS that the number of points in a stable cycle doubles when the values of the parameters of the system are changed appropriately.

**period parallelogram** For a LATTICE, a parallelogram whose vertices are points of the lattice and which does not contain any LATTICE POINTS.

**periodic function** A function whose values keeps repeating. A periodic function $f$ has the property that $f(x) = f(x + p)$ for some $p$ and all $x$; the smallest such $p$ for which this equation is valid is called the period of the function.

**periodic group** *See* WALLPAPER GROUP.

**periodic point** A point that returns to its original position after a finite number of iterations of a function.

**periodic tiling** A tiling which has TRANSLATIONAL SYMMETRY in two different directions.

**peripheral angle** *See* INSCRIBED ANGLE.

**periphery** The boundary of a planar region.

**Perko pair** A pair of equivalent KNOTS with nine CROSSINGS. For many years, they were thought to be inequivalent.

**permutation** A one-to-one correspondence of a set with itself; a rearrangement of a set.

**perpendicular** Meeting at right angles.

**perpendicular bisector** The perpendicular bisector of a segment is a perpendicular line passing through the midpoint of the segment.


PRENTICE HALL
Geometry


PRENTICE HALL
Geometry
CHICAGO PUBLIC LIBRARY
R0125821642
HWLC 4TH FLOOR
1 The Language of Geometry
2 The Logic of Geometry
3 Parallelism
4 Congruent Triangles
5 Inequalities in Triangles
6 Quadrilaterals
7 Similarity
8 Right Triangles
9 Circles
10 Constructions and Loci
11 Area
12 Area and Volume of Solids
13 Coordinate Geometry
14 Transformational Geometry
ISBN 0-13-353053-1
00001>
9 780133 530537

PRENTICE HALL
# Geometry

## AUTHORS

Robert Kalin
Professor Emeritus
Florida State University
Mathematics Education Program
Tallahassee, Florida

Mary Kay Corbitt
Associate Professor of Mathematics
Valdosta State College
Valdosta, Georgia

## CONSULTING AUTHORS

Jan Fair
Director, CAPP Project SUCCESS
A Math/Science California Academic Partnership Program
Lompoc/San Luis Obispo/Santa Maria, California

Bettye C. Hall
Director of Mathematics
Houston Independent School District
Houston, Texas

Jerome D. Hayden
Mathematics Department Chairman, K-12
McLean County Unit District 5
Normal, Illinois

Sadie C. Bragg
Professor of Mathematics and Associate Dean of Curriculum
Borough of Manhattan Community College
The City University of New York
New York, New York

Mona Fabricant
Professor of Mathematics
Queensborough Community College
Bayside, New York

## CONSULTANTS

Sylva D. Cohn
Formerly Associate Professor of Mathematics
State University of New York at Stony Brook
Stony Brook, New York

Beva Eastman
Associate Professor of Mathematics
William Paterson College
Wayne, New Jersey

Mary Dell Morrison
Mathematics Instructor (Retired)
Columbia High School
Maplewood, New Jersey

## REVIEWERS

Keith F. Bond
Mathematics Department Chairman
Housatonic Valley Regional High School
Falls Village, Connecticut

Herbert Hollister
Professor of Mathematics
Bowling Green State University
Bowling Green, Ohio

Eleanor Pearson
Mathematics Department Chairman
Woodrow Wilson High School
Dallas, Texas

**Photo Credits** appear on page 701.

© 1993 by Prentice-Hall, Inc., Englewood Cliffs, New Jersey 07632. All rights reserved. No part of this book may be reproduced in any form or by any means without permission in writing from the publisher. Printed in the United States of America.

ISBN 0-13-353053-1

5 6 7 8 9 10 97 96 95

Prentice Hall
A Division of Simon & Schuster
Englewood Cliffs, New Jersey
07632

**Cover Design:** Martucci Studio

**Chapter Opener Design:** Function Thru Form

**Staff Credits**
**Editorial:** Rosemary Calicchio, Enid Nagel, Debra Berger, Mary Ellen Cheasty, Michael Ferejohn, Tony Maksoud, John Nelson, Alan MacDonell, Ann Fattizzi
**Design:** Laura Jane Bird, Art Soares
**Production:** Amy Fleming, Lorraine Moffa, Suse Cioffi
**Photo Research:** Libby Forsyth, Emily Rose, Martha Conway
**Publishing Technology:** Andrew Grey Bommarito, Gwendollynn Waldron, Deborah Jones, Monduane Harris, Michael Colucci, Gregory Myers, Cleasta Wilburn
**Marketing:** Everett Draper, Julie Scarpa, Michelle Sergi
**Pre-Press Production:** Laura Sanderson, Natalia Bilash, Denise Herckenrath
**Manufacturing:** Rhett Conklin, Gertrude Szyferblatt
**National Consultants:** Susan Berk, Charlotte Mason

**measure (minor arc)** (p. 362) Measure of its central angle.

**measure (length) (segment)** (p. 13) Distance between the endpoints of the segment.

**measure (semicircle)** (p. 362) 180.

**median (trapezoid)** (p. 241) Segment that joins the midpoints of the legs.

**median (triangle)** (p. 149) Segment that extends from a vertex to the midpoint of the opposite side.

**midpoint (segment)** (p. 14) Point that divides a segment into two congruent segments.

**minor arc** (p. 362) Less than a semicircle.

**negation (statement)** (p. 46) Formed by using the word *not*.

**noncollinear** (p. 3) Points that are not collinear.

**noncoplanar** (p. 3) Points that are not coplanar.

**oblique cone** (p. 511) Axis is not perpendicular to the base.

**oblique cylinder** (p. 502) Axis not perpendicular to the bases.

**oblique prism** (p. 491) Lateral edges not perpendicular to the planes of the bases.

**obtuse angle** (p. 19) Angle whose measure is between 90 and 180.

**obtuse triangle** (p. 98) Triangle with one obtuse angle.

**octagon** (p. 105) An 8-sided polygon.

**opposite rays** (p. 13) $\overrightarrow{TS}$ and $\overrightarrow{TX}$ are called opposite rays if $T$ is between $S$ and $X$.

**ordered pair** (p. 536) Unique point on the coordinate plane.

**origin** (p. 536) Point of intersection of the axes on the coordinate plane.

**orthocenter** (p. 408) Point of concurrency of the altitudes of a triangle.

**parallel lines** (p. 80) Two lines that lie in the same plane and do not intersect.

**parallel planes** (p. 80) Two planes that do not intersect.

**parallel rays or segments** (p. 80) Two segments or rays, or the lines that contain them, that do not intersect.

**parallelogram** (p. 218) Quadrilateral with both pairs of opposite sides parallel.

**pentagon** (p. 105) A 5-sided polygon.

**perimeter (of a polygon)** (p. 106) Sum of the lengths of the sides.

**perpendicular (lines)** (p. 28) Two lines that intersect to form right angles.

**perpendicular bisector of a segment** (p. 29) Line, ray, segment, or plane that is perpendicular to a segment at its midpoint.

**pi ($\pi$)** (p. 467) Ratio of circumference to the diameter of a circle.

**plane** (p. 2) A flat surface with no thickness that extends without end in all directions.

**plane angle (dihedral angle)** (p. 205) Angle formed by a plane that is perpendicular to its edge.

**point** (p. 2) Has no size and no dimension, merely position.

**point-slope form (linear equation)** (p. 559) Equation of a line containing point $(x_1, y_1)$ and having slope $m$, in the form $(y - y_1) = m(x - x_1)$.

**point symmetry** (p. 627) Special case of rotational symmetry.

**polygon** (p. 104) Figure consisting of three or more coplanar segments intersecting only at endpoints with no two segments collinear.

**polyhedron** (p. 490) Geometric figure made up of a finite number of polygons that are joined by pairs along their sides and that enclose a finite portion of space.

**postulate (axiom)** (p. 7) Statement accepted as true.

**preimage** (p. 587) Point mapped to an image.

**prism** (p. 490) Polyhedron with two congruent faces contained in parallel planes, and its other faces parallelograms.

**projection onto the *x*-axis** (p. 589) Line drawn from $(x, y)$ perpendicular to the $x$-axis.

1.6

## Perpendicular Lines

**Objectives:** To identify perpendicular lines, rays, and segments
To state and apply theorems about perpendicular lines, supplementary angles, and complementary angles

Lines that intersect at right angles are often used by navigators, map makers, architects, and carpenters.



**Investigation**—*Visualizing the Concept*

A plumb line is a weighted line that is used to show vertical direction. Construction workers use *T squares, plumb lines,* and *levels* to ensure right angles.

Which lines and/or surfaces in this house frame probably form right angles?

Recall that the symbol ⌝ is used to denote a right angle. It is used here to show that $\angle 1$, $\angle C$, and $\angle HOM$ are right angles.










**Definition** Two lines are **perpendicular** ($\perp$) if and only if they intersect to form a right angle. Two segments or rays are perpendicular if and only if they have a point in common and the lines they determine intersect to form a right angle. A line is perpendicular to a plane at a point $P$ if and only if it is perpendicular to every line in the plane that passes through $P$. Two planes are perpendicular if and only if one plane contains a line that is perpendicular to the other plane.

**Theorem 1.10** If two lines are perpendicular, then the pairs of adjacent angles they form are congruent.

Since $r \perp t$ and $\angle 1$ is a right angle, $m\angle 1 = 90$. $\angle 1$ and $\angle 2$ form a linear pair; thus $\angle 2$ is a supplement of $\angle 1$. Therefore, $m\angle 2 = 90$, and hence $\angle 2 \cong \angle 1$. The same reasoning applies to the other three pairs of adjacent angles.




**Corollary 1** If two lines are perpendicular, then all four angles they form are congruent.

**Corollary 2** If two lines are perpendicular, then all four angles they form are right angles.

**Theorem 1.11** If two lines intersect to form a pair of congruent adjacent angles, then the lines are perpendicular.

Theorems 1.10 and 1.11 can be rewritten in this form.

| | |
|---|---|
| If: two lines are perpendicular<br>then: adjacent angles formed by the two lines are congruent. | If: adjacent angles formed by two lines are congruent<br>then: the two lines are perpendicular. |

Study this argument for the justification of Theorem 1.11. Both $\angle 1$ and $\angle 2$ are marked with a tick mark, indicating that $\angle 1 \cong \angle 2$. Hence, $m\angle 1 = m\angle 2$. But $\angle 1$ and $\angle 2$ are a linear pair and therefore supplementary. Since their measures are equal, each must measure 90° and be a right angle. Thus, by the definition of perpendicular lines, $k \perp m$.




$\overleftrightarrow{PM}$, the line determined by the following paper folding, is called the *perpendicular bisector* of $\overline{AB}$.




Since the paper is folded so that $AM = MB$, $M$ must be the midpoint of $\overline{AB}$. The fold creates congruent adjacent angles, so $\overline{MP}$ must be perpendicular to $\overline{AB}$.

**Definition** A line, ray, segment, or plane is a **perpendicular bisector of a segment** if and only if the line, ray, segment, or plane is perpendicular to the segment at its midpoint.

**Theorem 1.12** If there is given any point on a line in a plane, then there is exactly one line in that plane perpendicular to the given line at the given point.

The *existence* and *uniqueness* statements must be considered in the justification. $\overleftrightarrow{AB}$ lies in plane $R$ and contains point $P$.




1. There exists $\overleftrightarrow{CD}$ in $R$ such that $\overleftrightarrow{CD}$ contains $P$ and $\overleftrightarrow{CD} \perp \overleftrightarrow{AB}$. *(existence)*
2. Only one line $\overleftrightarrow{CD}$ in $R$ is perpendicular to $\overleftrightarrow{AB}$ at $P$. *(uniqueness)*

**Corollary** If there is given any segment in a plane, then in that plane there is exactly one line that is a perpendicular bisector of the segment.

**Theorem 1.13** If the exterior sides of two adjacent acute angles are perpendicular, then the angles are complementary.

You can use a compass to visualize Theorem 1.13, since the lines representing the directions are perpendicular. Thus, $\overleftrightarrow{NS} \perp \overleftrightarrow{EW}$, and $m\angle NOE = 90$. Any ray $\overrightarrow{OP}$ between $\overrightarrow{ON}$ and $\overrightarrow{OE}$ will form two adjacent angles. These angles will be complementary, since the sum of their measures will be 90.




**Theorem 1.14** If there is a point not on a line, then there is exactly one line perpendicular to the given line through the given point.

**EXAMPLE** **Justify each statement.**




a. If $\overleftrightarrow{XM} \perp \overline{CD}$, then $\angle 1 \cong \angle 4$.

b. If $\angle XPB \cong \angle XPA$, then $\overleftrightarrow{XM} \perp \overline{AB}$.

c. If $\overline{CD} \perp \overline{BC}$, then $\overleftrightarrow{CD}$ is the only line in this plane perpendicular to $\overline{BC}$ at $C$.

a. If lines are $\perp$, then the adjacent angles formed are $\cong$.

b. If adjacent angles are $\cong$, then the lines are $\perp$.

c. There is only one line in a plane $\perp$ to another line at a given point.


INTRODUCTION TO
GEOMETRY
Marjorie Anne Fitting


CHICAGO PUBLIC LIBRARY
R0116631983
HWLC 4TH FLOOR
ISBN 0-07-021182-5
90000>
9 780070 211827



Introduction to
GEOMETRY

Copyright © 1996 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

This book is printed on acid-free paper.

1 2 3 4 5 6 7 8 9 0 SEM SEM 9 0 9 8 7 6 5

ISBN 0-07-021182-5

The editor was Karen M. Minette;
the production supervisor was Phil Galea.
The cover was designed by Amy Becker/Designs & Visions;
the cover illustrator was Joseph Gillians.
Quebecor-Semline was printer and binder.

Library of Congress Cataloging-in-Publication Data

Fitting, Marjorie Anne.
Introduction to geometry / Marjorie Anne Fitting.
p. cm.
Includes index.
ISBN 0-07-021182-5
1. Geometry. I. Title
QA445.F53 1996
516-dc20

95-23919

3. Draw $\overline{CA}$. Use either ∠ACB or ∠B'CA as the desired right angle. ($\overline{CA}$ forms a side in each of △ABC and △AB'C.)




Look Back:

△ABC ≅ △AB'C by the s.s.s. postulate, so ∠ACB and ∠B'CA must be the same size. Together they form a straight angle. Since half of 180° is 90°, they are each right angles.

If we choose two points (neither the vertex), one in each of the two rays of an angle, the points between the two points are in the interior of the angle. Two angles in a plane that have a common vertex and a common side but no common interior points are adjacent angles. As in the construction above, when two lines intersect so that adjacent angles formed are congruent, then the lines are perpendicular. Thus, the adjacent angles formed by perpendicular lines are right angles.




∠TQS is adjacent to ∠SQR

perpendicular lines

Since we began the construction at a point on the line, we can restate Construction III as follows.

Construction III: Construct a line perpendicular to another line and intersecting it at a given point.

We now consider the problem of finding an angle whose measure is one half that of a given angle.

Construction IV: Construct the bisector of an angle.

Example 1.18: Bisect ∠DEF.




Understand the Problem:

The bisector of an angle is a ray beginning at the vertex of the angle and extending so that the angles it forms with the given sides have the same measure.


SCHAUM'S
outlines
Geometry
Fifth Edition
665 fully solved problems
25 problem-solving videos online
USE WITH THESE COURSES
Geometry • High School Geometry • Precalculus • Calculus
Mc Graw Hill Education
Barnett Rich, PhD • Christopher Thomas, PhD



CHICAGO PUBLIC LIBRARY
R0440481088
HWLC 4TH FLOOR
Tough Test Questions? Missed Lectures?
Not Enough Time?
Don't miss these
SCHAUM'S
outlines
Fortunately, there's Schaum's.
More than 40 million students have trusted Schaum's to help them succeed in the classroom and on exams. Schaum's is the key to faster learning and higher grades in every subject. Each Outline presents all the essential course information in an easy-to-follow, topic-by-topic format. You also get hundreds of examples, solved problems, and practice exercises to test your skills.
Trigonometry
Precalculus
This Schaum's Outline gives you
• 665 fully solved problems
• Concise explanations of all geometry concepts
• Support for all major textbooks for geometry courses
Fully compatible with your classroom text, Schaum's highlights all the important facts you need to know. Use Schaum's to shorten your study time—and get your best test scores!
Schaum's Outlines—Problem Solved.
USD $20.00
ISBN 978-0-07-179540-1
MHID 0-07-179540-5
52000>
9 780071 795401
Learn more. Do more.
MHPROFESSIONAL.COM

**BARNETT RICH** held a doctor of philosophy degree (PhD) from Columbia University and a doctor of jurisprudence (JD) from New York University. He began his professional career at Townsend Harris Hall High School of New York City and was one of the prominent organizers of the High School of Music and Art where he served as the Administrative Assistant. Later he taught at CUNY and Columbia University and held the post of chairman of mathematics at Brooklyn Technical High School for 14 years. Among his many achievements are the 6 degrees that he earned and the 23 books that he wrote, among them *Schaum's Outlines of Elementary Algebra*, *Modern Elementary Algebra*, and *Review of Elementary Algebra*.

**CHRISTOPHER THOMAS** has a BS from University of Massachusetts at Amherst and a PhD from Tufts University, both in mathematics. He first taught as a Peace Corps volunteer at the Mozano Senior Secondary School in Ghana. Since then he has taught at Tufts University, Texas A&M University, and the Massachusetts College of Liberal Arts. He has written *Schaum's Outline of Math for the Liberal Arts* as well as other books on calculus and trigonometry.

Copyright © 2013 by McGraw-Hill Education LLC. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

3 4 5 6 7 8 9 10 QVS/QVS 1 0 9 8 7 6 5 4 3

ISBN 978-0-07-179540-1
MHID 0-07-179540-5

e-ISBN 978-0-07-179541-8 (basic e-book)
e-MHID 0-07-179541-3

e-ISBN 978-0-07-181387-7 (enhanced e-book)
e-MHID 0-07-181387-X

Library of Congress Control Number 2012948440

McGraw-Hill Education, the McGraw-Hill Education logo, Schaum's, and related trade dress are trademarks or registered trademarks of McGraw-Hill Education and/or its affiliates in the United States and other countries and may not be used without written permission. All other trademarks are the property of their respective owners. McGraw-Hill Education is not associated with any product or vendor mentioned in this book.

McGraw-Hill Education products are available at special quantity discounts to use as premiums and sales promotions or for use in corporate training programs. To contact a representative, please e-mail us at bulksales@mcgraw-hill.com.

This book is printed on acid-free paper.

2. *Right angle*: A right angle is an angle that measures 90°.

   Thus, in Fig. 1-14, $m(\text{rt. } \angle A) = 90°$. The square corner denotes a right angle.

3. *Obtuse angle*: An obtuse angle is an angle whose measure is more than 90° and less than 180°.

   Thus, in Fig. 1-15, 90° is less than $b°$ and $b°$ is less than 180°; this is denoted by $90° < b° < 180°$.




Fig. 1-13




Fig. 1-14




Fig. 1-15

4. *Straight angle*: A straight angle is an angle that measures 180°.

   Thus, in Fig. 1-16, $m(\text{st. } \angle B) = 180°$. Note that the sides of a straight angle lie in the same straight line. But do not confuse a straight angle with a straight line!




Fig. 1-16




Fig. 1-17

5. *Reflex angle*: A reflex angle is an angle whose measure is more than 180° and less than 360°.

   Thus, in Fig. 1-17, 180° is less than $c°$ and $c°$ is less than 360°; this is symbolized as $180° < c° < 360°$.

### 1.5D Additional Angle Facts

1. *Congruent angles* are angles that have the same number of degrees. In other words, if $m\angle A = m\angle B$, then $\angle A \cong \angle B$.

   Thus, in Fig. 1-18, rt. $\angle A \cong$ rt. $\angle B$ since each measures 90°.




Fig. 1-18




Fig. 1-19

2. A line that *bisects* an angle divides it into two congruent parts.

   Thus, in Fig. 1-19, if $\overline{AD}$ bisects $\angle A$, then $\angle 1 \cong \angle 2$. (Congruent angles may be shown by crossing their arcs with the same number of strokes. Here the arcs of ⦞ 1 and 2 are crossed by a single stroke.)

3. *Perpendiculars* are lines or rays or segments that meet at right angles.

   The symbol for perpendicular is $\perp$; for perpendiculars, $\perp$s. In Fig. 1-20, $\overline{CD} \perp \overline{AB}$, so right angles 1 and 2 are formed.

4. A *perpendicular bisector* of a given segment is perpendicular to the segment and bisects it.

   In Fig. 1-21, $\overleftrightarrow{GH}$ is the bisector of $\overline{EF}$; thus, $\angle 1$ and $\angle 2$ are right angles and $M$ is the midpoint of $\overline{EF}$.




Fig. 1-20




Fig. 1-21


THOMSON
DELMAR LEARNING
ΔABC ~ ΔDEF
3 : 4 :: 6 : 8
Master Math:
Geometry
Arc length = r
Including Everything from Triangles, Polygons, Proofs, and Deductive Reasoning to Circles, Solids, Similarity, and Coordinate Geometry
DEBRA ANNE ROSS



Master Math: Geometry

1-56414-667-7

$13.99

"Indispensable a… fundamental geo… illustrated in figu… K. Bowes Professor… …st thorough presentations of … learning tool with concepts … obertson, Ruth G. & William … gineering, Stanford University

CHICAGO PUBLIC LIBRARY
R0404318019
HWLC 4TH FLOOR

"Geometry vocab… are necessar… series, Ms. R… examples in a combination that will be useful for the novice as well as the more experienced user." — *Melanie McNeil, Professor of Chemical Engineering, San Jose State University* …verwhelming, yet … to her **Master Math** …long with practical

"A detailed and thorough resource to study, review, or supplement a student's journey through the field of geometry." — *Kristin Peterson, High School Mathematics Teacher; MS, Chemical Engineering, University of California, Davis*

**Master Math: Geometry** and the **Master Math** series as a whole are clear, concise, and yet comprehensive reference sources. They are designed to allow quick access to clearly presented and easy-to-understand explanations of concepts, principles, definitions, examples, and applications. This book was written for students, teachers, tutors, and parents, as well as for scientists and engineers who need to look up principles, definitions, explanations of concepts, and pertinent examples. It provides everything a high school or first-year college student needs to know including:

- Examples pertaining to points, lines, plans, angles, and ratios
- How to perform proofs
- Definitions, theorems, and postulates
- Explanation of deductive reasoning
- Coverage on triangles, quadrilaterals, polygons, and much more!

**Debra Anne Ross** has a double BA in Chemistry and Biology from the University of California, Santa Cruz, and an MS in Chemical Engineering from Stanford University.

Additional **Master Math** Titles:

| Master Math: Algebra | Master Math: Calculus | Master Math: Solving Word Problems | Master Math: Basic Math and Pre-Algebra | Master Math: Trigonometry | Master Math: Pre-Calculus and Geometry |
|---|---|---|---|---|---|
| 1-56414-194-2 | 1-56414-337-6 | 1-56414-678-2 | 1-56414-214-0 | 1-56414-527-1 | 1-56414-218-3 |

$m\angle AVB + m\angle BVC = m\angle AVC$

THOMSON
DELMAR LEARNING

Visit **www.delmarlearning.com** for your lifelong learning solutions

For more learning solutions by Thomson: **www.thomson.com/learning**

ISBN 1-56414-667-7
90000
9 781564 146670

THOMSON
DELMAR LEARNING

**Master Math: Geometry**
Debra Anne Ross

**Vice President, Career Education SBU:** Dawn Gerrain

**Director of Editorial:** Sherry Gomoll

**Acquisitions Editor:** Martine Edwards

**Director of Production:** Wendy A. Troeger

**Production Editor:** Eileen M. Clawson

**Director of Marketing:** Wendy E. Mapstone

**Cover Design:** Ark Stein, The Visual Group

Copyright © 2005 Debra Anne Ross

Printed in Canada
1 2 3 4 5 6 7 XXX 08 07 06 05 04

For more information contact Thomson Delmar Learning, Executive Woods, 5 Maxwell Drive, Clifton Park, NY 12065-2919.

Or find us on the World Wide Web at www.thomsonlearning.com, www.delmarlearning.com, or www.earlychilded.delmar.com

ALL RIGHTS RESERVED. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, Web distribution or information storage and retrieval systems—without written permission of the publisher.

For permission to use material from this text or product, submit a request online at http://www.thomsonrights.com

Any additional questions about permissions can be submitted by email to thomsonrights@thomson.com

Library of Congress Cataloging-in-Publication Data
ISBN: 1-56414-667-7

**NOTICE TO THE READER**

Publisher does not warrant or guarantee any of the products described herein or perform any independent analysis in connection with any of the product information contained herein. Publisher does not assume, and expressly disclaims, any obligation to obtain and include information other than that provided to it by the manufacturer.

The reader is expressly warned to consider and adopt all safety precautions that might be indicated by the activities herein and to avoid all potential hazards. By following the instructions contained herein, the reader willingly assumes all risks in connection with such instructions.

The Publisher makes no representation or warranties of any kind, including but not limited to, the warranties of fitness for particular purpose or merchantability, nor are any such representations implied with respect to the material set forth herein, and the publisher takes no responsibility with respect to such material. The publisher shall not be liable for any special, consequential, or exemplary damages resulting, in whole or part, from the readers' use of, or reliance upon, this material.

Plan: Because ∠a is supplementary to ∠g, and ∠e is supplementary to ∠g, then ∠a and ∠e are both supplementary to ∠g and are therefore congruent to each other. Because ∠a ≅ ∠e and they are corresponding angles, then line *m* ∥ line *n*, by the parallel transversal postulate.

Proof:

| Statements | Reasons |
|---|---|
| 1. ∠a is supplementary to ∠g.<br>2. ∠e is supplementary to ∠g. | 1. Given.<br>2. Def: Two angles whose measures total 180° (straight line) are supplementary. |
| 3. ∠a ≅ ∠e. | 3. ∠s supplementary to the same ∠ (g) are ≅. |
| 4. Line *m* ∥ line *n*. | 4. Parallel transversal postulate: Two lines are parallel if, when cut by a transversal, a pair of corresponding angles are ≅. (#3) |

## 2.4. Perpendicular lines

• ***Perpendicular lines*** are defined as follows: Two lines are perpendicular if and only if they form a right angle. We can also say that two lines, rays, or segments are *perpendicular* if they lie in the same plane and intersect at right (90°) angles.

• ***Four right angles theorem***: If two lines cross each other and are *perpendicular* to each other, then four *right angles* are formed.

• ***Definition***: **Perpendicular lines form right angles.**

• ***Definition***: **Right angles measure 90°.**

| | |
|---|---|
| Right | 90° |
| Congruent | angles |

• ***Right angles theorem***: **Any two right angles are congruent.**

• In the following drawing, angles a, b, c, and d each measure 90°, and the sum of the angles is: $m\angle a + m\angle b + m\angle c + m\angle d = 360°$. The *symbol for perpendicular* is ⊥, such that, line *r* ⊥ line *t*. Also, a small square in the inside vertex of an angle denotes that it is a right angle.




Two perpendicular lines form right angles when they cross.
Line *r* ⊥ line *t*.
∠a, ∠b, ∠c, and ∠d are right angles.
∠a ≅ ∠b ≅ ∠c ≅ ∠d.

• ***Congruent adjacent angles theorem***: If two lines are perpendicular, then they form *congruent adjacent angles*.

***Converse theorem***: If two lines form *congruent adjacent angles*, then they are perpendicular.




Prove the *congruent adjacent angles theorem* using the preceding figure.
Given: Line $r \perp$ line $t$.
Prove: $\angle a$, $\angle b$, $\angle c$, and $\angle d$ are congruent angles.
Proof:

| Statements | Reasons |
|---|---|
| 1. Line $r \perp$ line $t$. | 1. Given. |
| 2. $\angle a$, $\angle b$, $\angle c$, $\angle d$ are 90° angles. | 2. Def: $\perp$ lines form right, 90°, angles. |
| 3. $\angle a$, $\angle b$, $\angle c$, $\angle d$ are congruent angles. | 3. Def: Right angles are congruent. |

### Postulates pertaining to perpendicular lines

• ***Perpendicular through line postulate***: One and only one perpendicular line can be drawn to or through any point *on* a line (in a plane).




Point B *on* segment *AC* has one perpendicular line, *BD*, that is drawn to it.

• ***Perpendicular point to line postulate***: One and only one perpendicular line can be drawn from or through any point *not on* a line to that line.




One line from *external* Point D is drawn perpendicular to line *AC*.

## 2.5. Distances and bisectors

• The ***distance between any two geometric objects*** is always a line segment that is the shortest path or line between the two objects. The objects may be, for example, two points, a point and a line, two parallel


METHODS OF
GEOMETRY
James T. Smith

CHICAGO PUBLIC LIBRARY
R0172763536
HWLC 4TH FLOOR

## A PRACTICAL, ACCESSIBLE I[...] TO ADVANCED GEOM[...]

Exceptionally well-written and filled with historical and bibliographic notes, *Methods of Geometry* presents a practical and proof-oriented approach. The author develops a wide range of subject areas at an intermediate level and explains how theories that underlie many fields of advanced mathematics ultimately lead to applications in science and engineering. Foundations, basic Euclidean geometry, and transformations are discussed in detail and applied to study advanced plane geometry, polyhedra, isometries, similarities, and symmetry. An excellent introduction to advanced concepts as well as a reference to techniques for use in independent study and research, *Methods of Geometry* also features:

- Ample exercises designed to promote effective problem-solving strategies
- Insight into novel uses of Euclidean geometry
- More than 300 figures accompanying definitions and proofs
- A comprehensive and annotated bibliography
- Appendices reviewing vector and matrix algebra, least upper bound principle, and equivalence relations

**JAMES T. SMITH, PhD**, is Professor of Mathematics at San Francisco State University.

WILEY-INTERSCIENCE
John Wiley & Sons, Inc.
Scientific, Technical, and Medical Division
605 Third Avenue, New York, N.Y. 10158-0012
New York • Chichester • Weinheim
Brisbane • Singapore • Toronto

ISBN 0-471-25183-6
90000
9 780471 251835

This book is printed on acid-free paper. ⊗

Copyright © 2000 by John Wiley & Sons, Inc. All rights reserved.

Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4744. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158-0012, (212) 850-6011, fax (212) 850-6008, E-Mail: PERMREQ@WILEY.COM.

For ordering and customer service, call 1-800-CALL WILEY.

***Library of Congress Cataloging in Publication Data:***

Smith, James T., 1939–
Methods of geometry / James T. Smith.
p. cm.
"A Wiley-Interscience publication."
Includes bibliographical references.
ISBN 0-471-25183-6 (alk. paper)
1. Geometry. I. Title.
QA445.S57 2000
516—dc21 98-10306

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

**Figure 3.5.7**
Proof of theorem 8




***Theorem 8* (*Hinge theorem*).** In $\Delta XYZ$ and $\Delta X'Y'Z'$, suppose $XY = X'Y'$ and $XZ = X'Z'$. Then $m\angle X < m\angle X'$ if and only if $YZ < Y'Z'$.

*Proof.* (See figure 3.5.7.) Suppose $m\angle X < m\angle X'$. Find a point $P$ in the interior of $\angle Y'X'Z'$ so that $\angle Y'X'P \cong \angle X$. By the crossbar theorem, $\overrightarrow{X'P}$ intersects $\overline{Y'Z'}$ at a point $Q$. Find the point $Z''$ on $\overrightarrow{X'P}$ such that $X'Z'' = XZ$. By the SAS axiom, $\Delta XYZ \cong \Delta X'Y'Z''$, hence $YZ = Y'Z''$. Find a point $R$ in the interior of $\angle Z''X'Z'$ so that $\angle Z''X'R \cong \angle RX'Z'$. By the crossbar theorem $\overrightarrow{X'R}$ intersects $\overline{QZ'}$ at a point $S$. By the SAS axiom $\Delta Z''X'S \cong \Delta Z'X'S$, hence $SZ' = SZ''$. Finally,

$$YZ = Y'Z'' < Y'S + SZ'' = Y'S + SZ' = Y'Z'.$$

(This follows from the triangle inequality unless $Y'$, $S$, and $Z''$ are collinear; in that case, it's trivial.)
You can provide the proof that $YZ < Y'Z'$ implies $m\angle X < m\angle X'$. ♦

## 3.6 Perpendicularity

**Concepts**
- Right, acute, and obtuse angles
- Perpendicular lines and planes
- Feet of perpendiculars
- Distance from a point to a line or a plane
- Perpendicular bisectors
- Dihedral angles

This section presents many frequently used and closely related definitions and theorems about perpendicular lines and planes. It introduces the notion of the dihedral angles formed by intersecting planes, then uses properties of perpendicular lines to show how to measure these angles. No new axioms are necessary. The proofs are generally straightforward, and most are left to you for completion. Do that! And provide the figures, too. These proofs are excellent exercises, for they use most of the geometry developed earlier




**Figure 3.6.1**
Proof of theorem 2

in this chapter. The order of the theorems in this section is crucial. If you change it, you'll probably find that the proofs become much more difficult.

An angle whose measure is $90°$ is called a *right* angle. Angles measuring less than that are called *acute*; those greater are *obtuse*. Two angles whose measures total $90°$ are called *complementary*. Two distinct intersecting lines $g$ and $h$ form four angles. If one of these is right, then all are, and the lines are said to be *perpendicular*, written $g \perp h$. This adjective is often applied to a segment or ray if it would be appropriate to apply it to the corresponding line. For example, a segment could be perpendicular to a line, ray, or another segment. The word *perpendicular* is sometimes used as a noun to mean *perpendicular line*.

*Theorem 1.* Let $P$ be a point on a line $g$ in a plane $\varepsilon$. Then there's a unique perpendicular to $g$ in $\varepsilon$ through $P$.

*Theorem 2.* Let $P$ be a point not on a line $g$. Then there's a unique perpendicular to $g$ through $P$.

*Proof.* (See figure 3.6.1.) Let $\varepsilon$ be the plane through $P$ and $g$. Select any distinct points $O$ and $Q$ on $g$, then a point $R$ in $\varepsilon$ on the side of $g$ opposite $P$ so that $\angle QOR \cong \angle QOP$. Now find the point $S$ on $\overrightarrow{OR}$ such that $OS = OP$. Segment $\overline{PS}$ intersects $g$ at a point $T$. If $O = T$, then $\angle QOR$ and $\angle QOP$ form a congruent linear pair. If $O \neq T$, then $\Delta TOP \cong \Delta TOS$, hence $\angle OTP$ and $\angle OTS$ are a congruent linear pair. In either case, $\overleftrightarrow{PS} \perp g$. Uniqueness follows from the exterior angle theorem. ♦

Point $T$ in the proof of theorem 2 is called the *foot* of the perpendicular from $P$ to $g$.

*Theorem 3.* The foot of the perpendicular to a line $g$ through a point $P$ not on $g$ is the unique point on $g$ whose distance from $P$ is minimum.

The minimum distance in theorem 3 is called the *distance from* $P$ *to* $g$. The distance from a point $P$ to a line through $P$ is defined to be zero.


"The author does a masterful job of walking you through the material in a user-friendly way. Her great sense of humor and comparisons to real world situations make this book a pleasure to read."
—Dale Seymour
Geometry author, publisher, and instructor
THE COMPLETE IDIOT'S GUIDE TO
Geometry
♦ Easy-to-understand explanations of fundamental concepts that lay the groundwork for success in class and on tests
♦ Valuable tips on how to formalize arguments and write proofs
♦ Fun quizzes to help you understand and retain what you've learned
Denise Szecsei, Ph.D.

U.S. $18.95
CAN $28.50

ISBN 1-59257-183-2

CHICAGO PUBLIC LIBRARY
R0401378654

## Get right to the point—and learn all the angles!

You're no idiot, of course. You're a whiz with arithmetic, and maybe even algebra. But whenever you try to make sense of your geometry text, you feel like you're suffering from an acute case of math-phobia ....

Don't be obtuse! *The Complete Idiot's Guide® to Geometry* will straighten you out—and help you master this often confusing subject. In this guide, you get:

- Idiot-friendly explanations of theorems and postulates.
- A foolproof explanation of the relationships between parallel and perpendicular lines.
- Easy ways to find the area and volume of various shapes and solids.
- Terrific tips on constructing lines, circles, and quadrilaterals.

**DENISE SZECSEI, Ph.D.,** is an assistant professor of mathematics at Stetson University. She has degrees in physics, chemistry, and mathematics from the University of Redlands in 1985. She served four years as a technical instructor in the U.S. Navy and went on to earn a Master of Science degree and a Ph.D. in Mathematics from Florida State University. Professor Szecsei developed a geometry class for liberal arts students and elementary education majors. She knows firsthand what it takes to explain the concepts of geometry to those whose career paths will likely have little to do with the subject.

Learn more about ...

- Formalizing arguments, different forms of reasoning, and writing a formal proof.
- Ways to prove lines are perpendicular or parallel.
- Proving angle complements and supplements.
- Algebraic properties of inequality.
- Reflexive, symmetric, and transitive properties.
- The basic angle classifications.
- How angles relate.
- Logical constructions and truth tables.
- Calculating the area of trapezoids and parallelograms.
- Parallel segments and segment proportions.
- The strange world of non-Euclidean geometry.

ISBN 1-59257-183-2
51895
9 781592 571833

Cover image © Alpha
Visit us online at: www.idiotsguides.com
ALPHA

**Copyright © 2004 by Denise Szecsei**

All rights reserved. No part of this book shall be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. No patent liability is assumed with respect to the use of the information contained herein. Although every precaution has been taken in the preparation of this book, the publisher and author assume no responsibility for errors or omissions. Neither is any liability assumed for damages resulting from the use of information contained herein. For information, address Alpha Books, 800 East 96th Street, Indianapolis, IN 46240.

THE COMPLETE IDIOT'S GUIDE TO and Design are registered trademarks of Penguin Group (USA) Inc.

International Standard Book Number: 1-59257-183-2
Library of Congress Catalog Card Number: 2004100483

06 05 04 8 7 6 5 4 3 2 1

Interpretation of the printing code: The rightmost number of the first series of numbers is the year of the book's printing; the rightmost number of the second series of numbers is the number of the book's printing. For example, a printing code of 04-1 shows that the first printing occurred in 2004.

*Printed in the United States of America*

**Note:** This publication contains the opinions and ideas of its author. It is intended to provide helpful and informative material on the subject matter covered. It is sold with the understanding that the author and publisher are not engaged in rendering professional services in the book. If the reader requires personal assistance or advice, a competent professional should be consulted.

The author and publisher specifically disclaim any responsibility for any liability, loss, or risk, personal or otherwise, which is incurred as a consequence, directly or indirectly, of the use and application of any of the contents of this book.

Most Alpha books are available at special quantity discounts for bulk purchases for sales promotions, premiums, fund-raising, or educational use. Special books, or book excerpts, can also be created to fit specific needs.

For details, write: Special Markets, Alpha Books, 375 Hudson Street, New York, NY 10014.

**Publisher:** *Marie Butler-Knight*
**Product Manager:** *Phil Kitchel*
**Senior Managing Editor:** *Jennifer Chisholm*
**Senior Acquisitions Editor:** *Mike Sanders*
**Development Editor:** *Michael Koch*
**Senior Production Editor:** *Billy Fields*
**Copy Editor:** *Molly Schaller*
**Illustrator:** *Chris Eliopoulos*
**Cover/Book Designer:** *Trina Wurst*
**Indexer:** *Heather McNeil*
**Layout/Proofreading:** *Becky Harmon, Mary Hunt*

## Perpendicular Lines

As I have already mentioned, when two lines intersect, four angles are formed. All four angles cannot be obtuse. If they were, we would have obtuse angles supplementing each other. But an obtuse angle can only be supplemented by an acute angle! So, if you know that one of the angles formed is obtuse, then you actually know that two obtuse angles and two acute angles are formed. The two obtuse angles (which are vertical angles) are congruent, as are the two acute angles. But the angles formed do not need to be obtuse or acute. They could also be just right.

Take a look at Figure 5.2. It shows what happens when two lines intersect to form right angles. Because right angles supplement themselves, and vertical angles are congruent, we can see that if one of the angles formed is right, then all of the angles formed are right. It's a geometrical version of the four musketeers: If one is right, they all are right! This situation deserves a special name and definition. There are actually several ways you can characterize this situation, depending on what you want to emphasize.

**Figure 5.2**
*$\overleftrightarrow{AB}$ and $\overleftrightarrow{CD}$ intersect to form right angles.*




I will show you two different descriptions of this situation and point out why they are equivalent. I will pick one of these definitions and use it throughout this book. There are advantages and disadvantages to each definition. You might not agree with my choice, but when *you* write *your* own geometry book, you can define it any way you want!

One possible name/definition for this situation is as follows: When two lines intersect to form one right angle, the two lines are *perpendicular*.

Another possible definition goes like this: When two lines intersect to form congruent adjacent angles, the two lines are *perpendicular*.

**Tangent Line**

Mathematicians are constantly developing modern mathematics. New definitions are being created even as I write. Depending on the situation, there are times when the same object is defined differently by different mathematicians. When this happens, someone will have to prove that the various definitions are equivalent. Keep in mind that you can only prove theorems using official definitions, postulates, and previously established theorems.

Let's explore why these two definitions mean the same thing. In the first case, you are forming four right angles. If all four angles are right angles, then all of the angles, and in particular the adjacent angles, are congruent to each other. The first definition is just a simple way to say what the second definition says. In the second definition, the focus is on forming congruent adjacent angles. "Congruent adjacent angles" sounds more intimidating and less intuitive. You need to pick apart the geometric gobbledygook and see what's going on. A picture would be helpful right about now, so turn your eyes to Figure 5.3. In the figure, $\angle 1$ and $\angle 2$ are adjacent angles, so $\angle 1 \cong \angle 2$ by definition.




**Figure 5.3**
*$\overleftrightarrow{AC}$ and $\overleftrightarrow{DE}$ intersect to form congruent adjacent angles.*

Also, as discussed before, $\angle 1$ and $\angle 2$ are supplementary angles, so

$$m\angle 1 + m\angle 2 = 180°.$$

Combining these two equations (using the substitution and division properties of equality) and simplifying, you see that

$$2(m\angle 2) = 180°$$

$$m\angle 2 = 90°.$$

Thus $m\angle 1 = m\angle 2 = 90°$, and both $\angle 1$ and $\angle 2$ are right angles. Applying the relationship between vertical angles, you see that all four angles formed must be right angles. So both definitions mean the same thing, though one definition is more intuitive than the other. Personally, I prefer the first definition, and that's the one I will use throughout the book.

**Solid Facts**

Perpendicular lines are two lines that intersect to form one right angle.

I will use the symbol $\perp$ to indicate a relation "is perpendicular to." If two lines, l and m, are perpendicular to each other, I will write $l \perp m$. Let's see if $\perp$ belongs to the elite class of equivalence relations. Does it have a reflexive property? Is a line perpendicular to itself? No. What about the symmetric property? If $l \perp m$, is $m \perp l$? Yes. Does it have the transitive property? If $l \perp m$, and $m \perp n$, is $l \perp n$? Figure 5.4 shows this situation. Line l cannot be perpendicular to n. So $\perp$ does not have the transitive property. You knew right away that $\perp$ did not belong to the elite class because it failed to have the reflexive property. The only special property that $\perp$ has is the symmetric property.




**Figure 5.4**
$l \perp m$ *and* $m \perp n$.

There are some interesting facts about perpendicular lines that you will be able to prove as you progress through this book. One fact in particular has to do with constructing perpendicular lines, and is illustrated in Figure 5.5. Given a line and a point not on that line, there is a unique line passing through the point that is perpendicular to the given line. You will learn how to construct this perpendicular line in Chapter 22, and you will prove this statement in Chapter 10.


C. Herbert Clemens
Michael A. Clemens
Geometry for the Classroom
Springer-Verlag


CHICAGO PUBLIC LIBRARY
R0078870160
ISBN 0-387-97564-0
ISBN 3-540-97564-0

C. Herbert Clemens
Department of Mathematics
University of Utah
Salt Lake City, UT 84112
USA

Michael A. Clemens
1610 South 1900 East
Salt Lake City, UT 84108
USA

Ref
QA
453
.C64
1991

Mathematics Subject Classification: 51-01

Library of Congress Cataloging-in-Publication Data
Clemens, C Herbert (Charles Herbert), 1939–
Geomentry for the classroom / Herbert C. Clemens, Michael A. Clemens.
p. cm.
Includes bibliographical references and index.
ISBN 0-387-97564-0
1. Geometry. I. Clemens, Michael A. II. Title.
QA453.C64 1991
516-dc20 91-14915

Printed on acid-free paper.

© 1991 Springer-Verlag New York, Inc.
All rights reserved. This work may not be translated or copied in whole or in part without the written permission of the publisher (Springer-Verlag New York, Inc., 175 Fifth Avenue, New York, NY 10010, USA), except for brief excerpts in connection with reviews or scholarly analysis. Use in connection with any form of information and retrieval, electronic adaptation, computer software, or by similar or dissimilar methodology now known or hereafter developed is forbidden.
The use of general descriptive names, trade names, trademarks, etc., in this publication, even if the former are not especially identified, is not to be taken as a sign that such names, as understood by the Trade Marks and Merchandise Marks Act, may accordingly be used freely by anyone.

Camera-ready copy provided by the authors.
Printed and bound by Edwards Brothers, Inc., Ann Arbor, MI.
Printed in the United States of America.

9 8 7 6 5 4 3 2 1

ISBN 0-387-97564-0 Springer-Verlag New York Berlin Heidelberg
ISBN 3-540-97564-0 Springer-Verlag Berlin Heidelberg New York

Case 2:25-cv-15740-CCC-LDW Document 70-1 Filed 10/07/26 Page 65 of 74 PageID: 1021



# Constructing perpendiculars

Two lines are called **perpendicular** if they intersect in a point O so that a ray from O along one of the lines and a ray from O along the other make an angle of 90°.




PT = The point of the compass

PL = The pencil of the compass

Through a given point on a given line, construct a line perpendicular to the given line.




Open the compass to a convenient setting. Place the point of the compass on the given point O, and make a circle. Mark the two points A and B where the circle meets the given line. The important thing is that the distance between O and A is the same as the distance between O and B.




Open the compass to a somewhat larger setting. Put the point of the compass on A and make a circle. Without changing the setting of the compass, put the point on B and make another circle. Mark the two points C and C' where the two circles intersect.




Remember that "≈" means "is congruent to".

Use the straight edge to draw the ray from O through C. Now, OA ≈ OB, and AC ≈ BC, by the way we've constructed things. Also, OC ≈ OC. We'll see in I10, that this implies (triangle AOC) ≈ (triangle BOC). So, ∠ AOC ≈ ∠ BOC. But together, these two angles make up an angle of 180°. So, each must have a measure of 90°. In the same way, if we draw the ray OC', it makes an angle of 90° with the ray OA. So, the rays OC and OC' fit together to make a line perpendicular to the given line.




BARRON'S
GEOMETRY
radius diameter
THE EASY WAY
SECOND EDITION
rhombus square
Your Key to Learning
by Lawrence S. Leff
If you want to learn geometry ...
If you want to do it the easy way ...
If you want to raise your grades ...
Read this book!
It was written for you.
Barron's Guarantee:
This book will improve your grades in 30 days or you can return it to Barron's for a full refund.
acute right obtuse
Barron's Educational Series, Inc.


BARRON'S
CHICAGO PUBLIC LIBRARY
R0122872995
HWLC 4TH FLOOR
GEOME
isosceles equilateral
THE EASY WAY
SECOND EDITION
theorem postulate
by Lawrence S. Leff
All the essentials in one clear volume
Vocabulary • Angle Pairs and Perpendicular Lines • Parallel Lines • Angles of a Polygon • Proving Triangles Congruent
Inequalities • Reasoning • The Right Triangle • Ratio & Proportion
Circles • Chords • Area • Locus • Coordinate Geometry and more
Clearly written and explained to promote rapid learning
Reveals the "how" and "why" of geometry
Hundreds of step-by-step examples
Numerous practice exercises with solutions
Computer experiences in geometry
Over 700 drawings, graphs, and diagrams
congruence
Barron's Educational Series, Inc.
ISBN 0-8120-4287-5
$10.95 Canada $14.50
51095>

© Copyright 1990 by Barron's Educational Series, Inc.

Prior edition © Copyright 1984 by Barron's Educational Series, Inc.

All rights reserved.

No part of this book may be reproduced in any form, by photostat, microfilm, xerography, or any other means, or incorporated into any information retrieval system, electronic or mechanical, without the written permission of the copyright owner.

*All inquiries should be addressed to:*
Barron's Educational Series, Inc.
250 Wireless Boulevard
Hauppauge, New York 11788

*Library of Congress Catalog Card No. 89-18133*

International Standard Book No. 0-8120-4287-5

**Library of Congress Cataloging-in-Publication Data**

Leff, Lawrence S.
[Geometry the easy way]
Barron's Geometry the easy way / by Lawrence S. Leff. — 2nd ed.
p. cm.
Summary: Explains the principles of plane geometry and includes practice exercises and model problems.
ISBN 0-8120-4287-5
1. Geometry, Plane. [1. Geometry.] I. Title.
QA455.L35 1990
516.22—dc20

89-18133
CIP
AC

PRINTED IN THE UNITED STATES OF AMERICA
456 100 12

## 3.4 DEFINITIONS AND THEOREMS RELATING TO RIGHT ANGLES AND PERPENDICULARS

Recall that a *right angle* is an angle of measure 90. The following theorems are useful in proving other theorems:

> **THEOREM 3.5**
> All right angles are congruent.

*** INFORMAL PROOF** Let angles 1 and 2 be right angles. We must show that $\measuredangle 1 \cong \measuredangle 2$.

Since angles 1 and 2 are right angles, $m\measuredangle 1 = 90$ and $m\measuredangle 2 = 90$. Therefore

$$m\measuredangle 1 = m\measuredangle 2 \xRightarrow{\text{implies}} \measuredangle 1 \cong \measuredangle 2$$

> **THEOREM 3.6**
> If two angles are congruent and supplementary, then each is a right angle.

**INFORMAL PROOF** Let angles 1 and 2 be congruent and supplementary. We must show that angles 1 and 2 are right angles.

Since they are supplementary, $m\measuredangle 1 + m\measuredangle 2 = 180$

By substitution, $m\measuredangle 1 + m\measuredangle 1 = 2m\measuredangle 1 = 180$

Therefore $m\measuredangle 1 = 90 = m\measuredangle 2$

Hence, angles 1 and 2 are right angles.

Two lines, two segments, or a line and a segment which intersect to form a right angle are said to be *perpendicular*. If line $l$ is perpendicular to line $m$ we may write $l \perp m$ where the symbol $\perp$ is read as "is perpendicular to." See Figure 3.2.

A *perpendicular bisector* of a line segment is a line or segment that is perpendicular to the given segment at its midpoint. See Figure 3.3.




FIGURE 3.2 Perpendiculars.

* Sometimes it will be preferable to give an outline description of the proof. Section 3.5 briefly discusses alternative types of proofs.

Case 2:25-cv-15740-CCC-LDW Document 70-1 Filed 10/07/26 Page 70 of 74 PageID: 1026






$\overline{AX} \cong \overline{XB}$ and $l \perp \overline{AB}$ at point X.

FIGURE 3.3 A perpendicular bisector

**DEFINITION OF PERPENDICULAR LINES**
*Perpendicular lines* are lines which intersect to form right angles. If a line is perpendicular to a segment and intersects the segment at its midpoint, then the line is called the *perpendicular bisector* of the segment.

**EXAMPLE 3.11**

**GIVEN** $\overline{AC} \perp \overline{BC}$ angles 1 and 2 are adjacent

**PROVE** $m\angle 1 + m\angle 2 = 90$




**SOLUTION**

**PROOF**

| Statements | Reasons |
|---|---|
| 1. $\overline{AC} \perp \overline{BC}$ | 1. Given |
| 2. $\angle ACB$ is a right angle | 2. Perpendicular segments intersect to form a right angle |
| 3. $m\angle ACB = 90$ | 3. A right angle has measure 90 |
| 4. $m\angle ACB = m\angle 1 + m\angle 2$ | 4. Angle Addition Postulate |
| 5. $m\angle 1 + m\angle 2 = 90$ | 5. Substitution |

Since the sum of the measures of angles 1 and 2 is 90, it follows that angles 1 and 2 are complementary. This example represents the proof of the following theorem:

**THEOREM 3.7**
**If the exterior sides of a pair of adjacent angles are perpendicular, then the angles are complementary.**

## EXISTENCE OF PERPENDICULARS

How many perpendiculars can be drawn to a given line? A line has an infinite number of perpendiculars; however, it can be proven that through a particular point on the line, there exists exactly one perpendicular to the given line. At a point *not* on a line, we postulate that there exists exactly


BIG IDEAS
MATH®
Ron Larson
Laurie Boswell
Geometry
A Common Core Curriculum


Standards for
Mathematical Practice
The Big Ideas Math program was written with the Standards for Mathematical Practice as its foundation. Every lesson provides students with the opportunity to develop the processes and proficiencies that are required for success in high school mathematics and for college and career readiness.
1 Make sense of problems and persevere in solving them.
2 Reason abstractly and quantitatively.
3 Construct viable arguments and critique the reasoning of others.
4 Model with mathematics.
5 Use appropriate tools strategically.
6 Attend to precision.
7 Look for and make use of structure.
8 Look for and express regularity in repeated reasoning.
NATIONAL GEOGRAPHIC LEARNING
BIG IDEAS LEARNING
ISBN 978-1-64208-761-1
90000
9 781642 087611

BIG IDEAS LEARNING®

Big Ideas Learning, LLC
1762 Norcross Road
Erie, PA 16510-3838
USA

For product information and customer support, contact Big Ideas Learning at **1-877-552-7766** or visit us at ***BigIdeasLearning.com***.

**Cover Image**
Image of metal sculpture by Vladimir Bulatov

Copyright © 2019 by Big Ideas Learning, LLC. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including, but not limited to, photocopying and recording, or by any information storage or retrieval system, without prior written permission of Big Ideas Learning, LLC unless such copying is expressly permitted by copyright law. Address inquiries to Permissions, Big Ideas Learning, LLC, 1762 Norcross Road, Erie, PA 16510.

*Big Ideas Learning* and *Big Ideas Math* are registered trademarks of Larson Texts, Inc.

Common Core State Standards: © Copyright 2010. National Governors Association Center for Best Practices and Council of Chief State School Officers. All rights reserved.

Printed in the U.S.A.

ISBN 13: 978-1-64208-761-1

3 4 5 6 7 8 9 10—22 21 20 19 18

## Using Definitions

You can write a definition as a conditional statement in if-then form or as its converse. Both the conditional statement and its converse are true for definitions. For example, consider the definition of *perpendicular lines*.

If two lines intersect to form a right angle, then they are **perpendicular lines**.

You can also write the definition using the converse: If two lines are perpendicular lines, then they intersect to form a right angle.

You can write "line $\ell$ is perpendicular to line $m$" as $\ell \perp m$.



$\ell \perp m$

### EXAMPLE 4 Using Definitions

Decide whether each statement about the diagram is true. Explain your answer using the definitions you have learned.




a. $\overleftrightarrow{AC} \perp \overleftrightarrow{BD}$

b. $\angle AEB$ and $\angle CEB$ are a linear pair.

c. $\overrightarrow{EA}$ and $\overrightarrow{EB}$ are opposite rays.

**SOLUTION**

a. This statement is *true*. The right angle symbol in the diagram indicates that the lines intersect to form a right angle. So, you can say the lines are perpendicular.

b. This statement is *true*. By definition, if the noncommon sides of adjacent angles are opposite rays, then the angles are a linear pair. Because $\overrightarrow{EA}$ and $\overrightarrow{EC}$ are opposite rays, $\angle AEB$ and $\angle CEB$ are a linear pair.

c. This statement is *false*. Point $E$ does not lie on the same line as $A$ and $B$, so the rays are not opposite rays.

### Monitoring Progress

Help in English and Spanish at *BigIdeasMath.com*

**Use the diagram. Decide whether the statement is true. Explain your answer using the definitions you have learned.**




6. $\angle JMF$ and $\angle FMG$ are supplementary.
7. Point $M$ is the midpoint of $\overline{FH}$.
8. $\angle JMF$ and $\angle HMG$ are vertical angles.
9. $\overleftrightarrow{FH} \perp \overleftrightarrow{JG}$