# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR NEW JERSEY**

| | | |
|---|---|---|
| SHANGHAI QIANZHUO NETWORK TECHNOLOGY CO., LTD. A/K/A FUTUREDIAMOND AND SHANGHAI LANPIN HAIZHUO TECHNOLOGY CO., LTD., A/K/A LOVINTRY,<br><br>Plaintiffs, Counterclaim Defendants<br><br>v.<br><br>DEBRA LO FRANCO,<br>Defendant, Counterclaim Plaintiff | : | Case No. 2:25-cv-15740CCC-LDW<br>Hon. Clair C. Cecchi, USDJ |

**DEFENDANT LoFRANCO's IDENTIFICATION OF CLAIM TERMS FOR CONSTRUCTION**

Pursuant to Local Patent Rule 4.2, defendant, Debra LoFranco, sets forth the following proposed construction of disputed claim terms along with an identification of intrinsic and extrinsic evidence:

I. **Abrasive Material**

**Proposed Construction:**

A material having a hardness and surface roughness suitable to file the nails of a pet during use

**<u>1. Intrinsic Evidence:</u>**

"A pet toy includes surfaces for adhering abrasive material for dulling a pet's claws as the pet plays with the toy." '789 patent, Abstract

"The pad surfaces 40, 42 are adapted to receive an abrasive material, such as a sheet of sandpaper, emery paper, or a sandstone material, for contacting and dulling a pet's claws or nails when the pet plays with the toy." '789 patent, 2: 49-52

"On the exterior side of each of the interlayers 120 an abrasive sheet 130 is provided, preferably, in the case of a pet toy 100 intended for cats, with a fine grain abrasive to aid in trimming the cat's claws as the cat plays with the pet toy 100." '789 Patent, 3:57-61

**2. Extrinsic Evidence**

Dictionary.com definition of "abrasive." (Exh. A)

## II. Guard Projection Extending in a Perpendicular Direction with respect to the pad surface and configured to prevent the abrasive material from contacting a flat surface upon which the pet toy is placed

**Proposed Construction:**

A structure which, at least in part, extends from the surface on which the abrasive material is placed, at a direction approximately normal with respect to a tangent plane of the surface on which abrasive is mounted, and which extends sufficiently above the abrasive to prevent the abrasive material from contacting a flat surface on which the toy is placed.

**1. Intrinsic Evidence:**

"Both the upper face 22 and the lower face 24 are provided with guard projections 50 which extend slightly above the respective upper pad surface 40 and lower pad surface 42 to prevent the abrasive material adhering to the pad surfaces 40, 42 from contacting and marring a flat surface on which the pet toy 10 may be placed, such as a wooden floor. 789 Patent, 2:61-67

"Preferably the pet toy further includes at least on guard projecting from the at least one face having a pad surface, with the at least one guard projecting from the at least one face proximate the pad surface." '789 patent, 1: 52-56,

"The Office Action equates the at least one guard in claim 8, added to claim 21, to the long edges 11 and 13 as shown, for example, in FIGs. IA and IB. See Office Action, p. 5. Lamstein describes the long edges as "generally extend[ing] vertically when the present invention is in use." Lamstein, ,i [0016]. Indeed as shown in FIGs. IA and IB, the long edges 11 and 13 appear to be extending outward on the same plane as the flat surface(s) (16 and 17). By contrast, Lamstein is silent regarding "a guard projection extending in a perpendicular direction with respect to the pad surface and configured to prevent the abrasive material from contacting a flat surface upon which the pet toy is placed," as recited in independent claim 21. For example, in the instance that the pet toy from Lamstein is set on a flat surface (e.g., the rug surface 17), the long edges 11 and/or 13 would not prevent the rug surface from contacting another flat surface (e.g., a table or floor).

(Prosecution history, Amendment dated 7-31-23, pg. 9)

**2. Extrinsic Evidence:**

Dictionary.com definition of perpendicular (Exh. B)

Wikipedia.com – Perpendicular, 9/15/2026. (Exh. C)

Wikipedia.com – "Tangential and normal components,", 9/16/2026 (Exh. D)

https://www.mathwords.com/n/normal_line.htm, 9/16/2026 (Exh. E).

Dated: September 16, 2026

Respectfully submitted,

/s/ *Paul D. Ackerman*

Paul D. Ackerman Esq. (*pro hac vice)*

**ACKnowledge IP P.C**.
6800 Jericho Turnpike
Suite 120W
Syosset NY 11791
631-970-7060
paul@acknowledgeip.com

Avram E. Frisch, Esq.
**The Law Office of Avram E. Frisch LLC**
1 University Plaza
Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com

Counsel for Defendant, Counterclaim Plaintiff

EXH. A

Search a word or phrase FEATURED GAMES CULTURAL WRITING TIPS

American British Other Word Forms Etymology Synonyms

# abrasive

AMERICAN

[*uh*-**brey**-siv, -ziv] / əˈbreɪ sɪv, -zɪv /

NOUN

## abrasives

any material or substance used for grinding, polishing, etc., as emery, pumice, or sandpaper.

Ad: (38) Skip Ad

ADJECTIVE

1 tending to abrade; causing abrasion; abrading.

**Synonyms:** rasping, rough, harsh

2 tending to annoy or cause ill will; overly aggressive.

> *an abrasive personality.*

# abrasive

BRITISH

/ əˈbreɪsɪv /

NOUN

a substance or material such as sandpaper, pumice, or emery, used for cleaning, grinding, smoothing, or polishing

"Collins English Dictionary — Complete & Unabridged" 2012 Digital Edition © William Collins Sons & Co. Ltd. 1979, 1986 © HarperCollins Publishers 1998, 2000, 2003, 2005, 2006, 2007, 2009, 2012

ADJECTIVE

1 causing abrasion; grating; rough

2 irritating in manner or personality; causing tension or annoyance

"Collins English Dictionary — Complete & Unabridged" 2012 Digital Edition © William Collins Sons & Co. Ltd. 1979, 1986 © HarperCollins Publishers 1998, 2000, 2003, 2005, 2006, 2007, 2009, 2012

## Other Word Forms

### Derived Forms

abrasiveness noun

unabrasive adjective

abrasively adverb

unabrasively adverb

### Inflected Forms

NOUNS

abrasives plural

## Etymology

### Origin of abrasive

1870–75; < Latin *abrās* ( *us* ) ( see abrasion) + -ive

## Explanation

Vocabulary.com

What does an obnoxious person have in common with sandpaper? Both are *abrasive*. Anything that grates or irritates — physically or metaphorically — can be described using this adjective. The...

Keep Reading on Vocabulary.com

## Vocabulary lists containing *abrasive*

Vocabulary.com

### 100 SAT Words Beginning with "A"

Looking to grow your vocabulary? Check out this interactive, curated word list from our team of English language specialists at Vocabulary.com – one of over 17,000 lists we've built to help learners worldwide!

### Hamilton

Interested in learning more words like this one? Our team at Vocabulary.com has got you covered! You can review flashcards, quiz yourself, practice spelling, and more – and it's all completely free to use!

### All The Feels: Touching Words For Textures

Want to remember this word for good? Start your learning journey today with our library of interactive, themed word lists built by the experts at Vocabulary.com – we'll help you make the most of your study time!

## Example Sentences

Examples are provided to illustrate real-world usage of words in context. Any opinions expressed do not reflect the views of Dictionary.com.

SEE EXAMPLES FOR:

abrasive abrasives

NWR's high concepts and their **abrasive** execution don't always coalesce.

From Salon • Aug. 17, 2026

salon

Mr. Sessa, who played the lead role of an **abrasive** prep-school student in "The Holdovers" and an **abrasive** magician in "Now You See Me: Now You Don't," is settling into a specialty.

From The Wall Street Journal • Aug. 6, 2026

THE WALL STREET JOURNAL.

Moonprint Solutions, a small business, is developing flexible protective covers that shield equipment from the Moon's highly **abrasive** dust.

From Science Daily • Jul. 15, 2026

News

The leader has to be ready to be **abrasive** when required.

From BBC • Jun. 2, 2026

BBC

> His stubbornness was something I recognized, something I'd inherited myself, though I hoped in a less **abrasive** form.

Literature

From "Becoming" by Michelle Obama

## Related Words

annoying biting caustic harsh irritating

Definitions and idiom definitions from Dictionary.com Unabridged, based on the Random House Unabridged Dictionary, © Random House, Inc. 2023

Idioms from The American Heritage® Idioms Dictionary copyright © 2002, 2001, 1995 by Houghton Mifflin Harcourt Publishing Company. Published by Houghton Mifflin Harcourt Publishing Company.

WORD OF THE DAY

oppidan

[**op**-i-d*uh*n]

Get the Word of the Day

Dictionary.com

Entry list Careers Contact us Help Cookies, terms & privacy

Over 500,000 expert-authored dictionary and thesaurus entries

IXL LEARNING DICTIONARY MEDIA GROUP

IXL Learning's Dictionary Media Group reaches over 500,000,000 learners each year

Thesaurus.com — Essential reference for synonyms and antonyms

Vocabulary.com — Adaptive learning for English vocabulary

Words — Fun daily word games

inglés.com — English dictionary and learning for Spanish speakers

SpanishDictionary.com — Spanish-English dictionary, translator, and learning

FrenchDictionary.com — French-English dictionary, translator, and learning

Rosetta Stone — Immersive learning for 25 languages

IXL — Comprehensive K-12 personalized learning

TPT — Marketplace for millions of educator-created resources

Education.com — 35,000+ worksheets, games, and lesson plans

ABCya — Fun educational games for kids

wyzant — Trusted tutors for 300+ subjects

multiplication.com — Math games and learning resources for kids

Don't sell my info

© 2026 Dictionary Media Group, Inc., a division of IXL Learning

loading...

EXH. B

American British Scientific Synonym Usage Synonyms

# perpendicular

AMERICAN

[pur-p*uh*n-**dik**-y*uh*-ler] / ˌpɜr pənˈdɪk jə lər /

ADJECTIVE

1 vertical; straight up and down; upright.

**Synonyms:** standing

2 *Geometry.* meeting a given line or surface at right angles.

3 maintaining a standing or upright position; standing up.

4 having a sharp pitch or slope; steep.

5 *(initial capital letter)* noting or pertaining to the last style of English Gothic architecture, prevailing from the late 14th through the early 16th century and characterized by the use of predominantly vertical tracery, an overall linear, shallow effect, and fine intricate stonework.

Ad: (10) 1

NOUN

## perpendiculars

1 a perpendicular line or plane.

2 an instrument for indicating the vertical line from any point.

3 an upright position.

4 a sharply pitched or precipitously steep mountain face.

5 moral virtue or uprightness; rectitude.

6 *Nautical.* either of two lines perpendicular to the keel line, base line, or designed water line of a vessel.

---

## perpendicular

BRITISH

/ ˌpɜːpənˈdɪkjʊlə /

ADJECTIVE

1 Also: **normal**. at right angles to a horizontal plane

2 denoting, relating to, or having the style of Gothic architecture used in England during the 14th and 15th centuries, characterized by tracery having vertical lines, a four-centred arch, and fan vaulting

3 upright; vertical

"Collins English Dictionary — Complete & Unabridged" 2012 Digital Edition © William Collins Sons & Co. Ltd. 1979, 1986 © HarperCollins Publishers 1998, 2000, 2003, 2005, 2006, 2007, 2009, 2012

---

NOUN

1 *geometry* a line or plane perpendicular to another

2 any instrument used for indicating the vertical line through a given point

3 *mountaineering* a nearly vertical face

"Collins English Dictionary — Complete & Unabridged" 2012 Digital Edition © William Collins Sons & Co. Ltd. 1979, 1986 © HarperCollins Publishers 1998, 2000, 2003, 2005, 2006, 2007, 2009, 2012

---

## perpendicular

SCIENTIFIC

/ pûr′pən-dĭk′yə-lər /

Intersecting at or forming a right angle or right angles.

A line or plane that is perpendicular to a given line or plane.

## Synonym Usage

See upright.

## Other Word Forms

### Derived Forms

- **nonperpendicularity** noun
- **perpendicularity** noun
- **perpendicularness** noun
- **nonperpendicular** adjective
- **unperpendicular** adjective
- **nonperpendicularly** adverb
- **perpendicularly** adverb
- **unperpendicularly** adverb

### Inflected Forms

NOUNS

- **perpendiculars** plural

## Etymology

### Origin of perpendicular

First recorded in 1350–1400; from Latin *perpendiculāris* "vertical," equivalent to *perpendicul(um)* "plumb line" ( see perpend [2], -i-, -cule [2]) + *-āris* -ar [1]; replacing Middle English *perpendiculer(e)* (adjective and adverb), from Old French *perpendiculiere*

## Explanation

Vocabulary.com

Two lines that form a T are *perpendicular* to each other. They meet at a right angle. A person who is standing is *perpendicular* to the earth. Use *perpendicular* to describe lines, angles, and direction. In...

Keep Reading on Vocabulary.com

## Vocabulary lists containing *perpendicular*

Vocabulary.com

### Geometry - Introductory

Looking to grow your vocabulary? Check out this interactive, curated word list from our team of English language specialists at Vocabulary.com – one of over 17,000 lists we've built to help learners worldwide!

### The ACT Math Test: Geometry, List 2

Interested in learning more words like this one? Our team at Vocabulary.com has got you covered! You can review flashcards, quiz yourself, practice spelling, and more – and it's all completely free to use!

### Geometry - Middle School

Want to remember this word for good? Start your learning journey today with our library of interactive, themed word lists built by the experts at Vocabulary.com – we'll help you make the most of your study time!

## Example Sentences

Examples are provided to illustrate real-world usage of words in context. Any opinions expressed do not reflect the views of Dictionary.com.

SEE EXAMPLES FOR:

perpendicular perpendiculars

> Cooling the material even further produces a second wave pattern running **perpendicular** to the first.

From Science Daily • Aug. 20, 2026

News

> Hammerheads stand out from other shark species by the distinctive shape of their heads, which stick out **perpendicular** to their bodies in the shape of, well, a hammer.

From Los Angeles Times • Aug. 15, 2026

Los Angeles Times

> Cars parked **perpendicular** to the kerb often conceal footpaths or block them altogether, while vehicles parked directly on pavements are a common sight.

From BBC • Aug. 6, 2026

BBC

> In the end, some 8,000 small seismic events were induced along the targeted fault, but also, surprisingly, along other faults running **perpendicular** to the main one, sparking local magnitudes ranging from -5 to -0.14.

BARRON'S

From Barron's • May 11, 2026

> At eleven, my coworker Quines and I are checking the table, making sure all the napkins are perfectly folded, all the silverware **perpendicular** to the table edge, the flowers arranged just right.

Literature

From "The Queen of Water" by Laura Resau

## Related Words

erect   on end   plumb

Definitions and idiom definitions from Dictionary.com Unabridged, based on the Random House Unabridged Dictionary, © Random House, Inc. 2023

Idioms from The American Heritage® Idioms Dictionary copyright © 2002, 2001, 1995 by Houghton Mifflin Harcourt Publishing Company. Published by Houghton Mifflin Harcourt Publishing Company.

WORD OF THE DAY

oppidan

[**op**-i-d*uh*n]

Get the Word of the Day

Dictionary.com

Entry list   Careers   Contact us   Help   Cookies, terms & privacy

Over 500,000 expert-authored dictionary and thesaurus entries

IXL LEARNING   DICTIONARY MEDIA GROUP

IXL Learning's Dictionary Media Group reaches over 500,000,000 learners each year

Thesaurus.com — Essential reference for synonyms and antonyms

Vocabulary.com — Adaptive learning for English vocabulary

Words — Fun daily word games

inglés.com — English dictionary and learning for Spanish speakers

SpanishDictionary.com — Spanish-English dictionary, translator, and learning

FrenchDictionary.com — French-English dictionary, translator, and learning

Rosetta Stone — Immersive learning for 25 languages

IXL — Comprehensive K-12 personalized learning

TPT — Marketplace for millions of educator-created resources

Education.com — 35,000+ worksheets, games, and lesson plans

ABCya — Fun educational games for kids

wyzant — Trusted tutors for 300+ subjects

multiplication.com — Math games and learning resources for kids

Don't sell my info

© 2026 Dictionary Media Group, Inc., a division of IXL Learning

loading...

EXH. C

Wikipedia
25 years of the free encyclopedia

# Perpendicular

In geometry, two geometric objects are **perpendicular** if they intersect at right angles, i.e. at an angle of 90 degrees or π/2 radians. The condition of **perpendicularity** may be represented graphically using the *perpendicular symbol*, ⊥. Perpendicular intersections can happen between two lines (or two line segments), between a line and a plane, and between two planes.




The segment AB is perpendicular to the segment CD because the two angles it creates (indicated in orange and blue) are each 90 degrees. The segment AB can be called *the perpendicular from A to the segment CD*, using "perpendicular" as a noun. The point *B* is called the *foot of the perpendicular from* A *to segment CD*, or simply, the *foot of* A *on CD*.[1]

*Perpendicular* is also used as a noun: **a perpendicular** is a line which is perpendicular to a given line or plane.

Perpendicularity is one particular instance of the more general mathematical concept of *orthogonality*; perpendicularity is the orthogonality of classical geometric objects. Thus, in advanced mathematics, the word "perpendicular" is sometimes used to describe much more complicated geometric orthogonality conditions, such as that between a surface and its *normal vector*.

A line is said to be perpendicular to another line if the two lines intersect at a right angle.[2] Explicitly, a first line is perpendicular to a second line if (1) the two lines meet; and (2) at the point of intersection the straight angle on one side of the first line is cut by the second line into two congruent angles. Perpendicularity can be shown to be symmetric, meaning if a first line is perpendicular to a second line, then the second line is also perpendicular to the first. For this reason, we may speak of two lines as being perpendicular (to each other) without specifying an order. A great example of perpendicularity can be seen in any compass, note the cardinal points; North, East, South, West (NESW) The line N-S is perpendicular to the line W-E and the angles N-E, E-S, S-W and W-N are all 90° to one another.

Perpendicularity easily extends to segments and rays. For example, a line segment $\overline{AB}$ is perpendicular to a line segment $\overline{CD}$ if, when each is extended in both directions to form an infinite line, these two resulting lines are perpendicular in the sense above. In symbols, $\overline{AB} \perp \overline{CD}$ means line segment AB is perpendicular to line segment CD.[3]

A line is said to be perpendicular to a plane if it is perpendicular to every line in the plane that it intersects. This definition depends on the definition of perpendicularity between lines.

Two planes in space are said to be perpendicular if the dihedral angle at which they meet is a right angle.

## Foot of a perpendicular

The word **foot** is frequently used in connection with perpendiculars. This usage is exemplified in the top diagram, above, and its caption. The diagram can be in any orientation. The foot is not necessarily at the bottom.

More precisely, let $A$ be a point and $m$ a line. If $B$ is the point of intersection of $m$ and the unique line through $A$ that is perpendicular to $m$, then $B$ is called the *foot* of this perpendicular through $A$.

## Construction of the perpendicular

To make the perpendicular to the line AB through the point P using compass-and-straightedge construction, proceed as follows (see figure left):

- Step 1 (red): construct a circle with center at P to create points A' and B' on the line AB, which are equidistant from P.
- Step 2 (green): construct circles centered at A' and B' having equal radius. Let Q and P be the points of intersection of these two circles.
- Step 3 (blue): connect Q and P to construct the desired perpendicular PQ.




Construction of the perpendicular (blue) to the line AB through the point P




Construction of the perpendicular to the half-line h from the point P (applicable not only at the end point A, M is freely selectable), animation at the end with pause 10 s

To prove that the PQ is perpendicular to AB, use the SSS congruence theorem for QPA' and QPB' to conclude that angles OPA' and OPB' are equal. Then use the SAS congruence theorem for triangles OPA' and OPB' to conclude that angles POA and POB are equal. See also Radical axis.

To make the perpendicular to the line g at or through the point P using Thales's theorem, see the animation at right.

The Pythagorean theorem can be used as the basis of methods of constructing right angles. For example, by counting links, three pieces of chain can be made with lengths in the ratio 3:4:5. These can be laid out to form a triangle, which will have a right angle opposite its longest side. This method is useful for laying out gardens and fields, where the dimensions are large, and great accuracy is not needed. The chains can be used repeatedly whenever required.

# In relationship to parallel lines

If two lines (*a* and *b*) are both perpendicular to a third line (*c*), all of the angles formed along the third line are right angles. Therefore, in Euclidean geometry, any two lines that are both perpendicular to a third line are parallel to each other, because of the parallel postulate. Conversely, if one line is perpendicular to a second line, it is also perpendicular to any line parallel to that second line.



The arrowhead marks indicate that the lines *a* and *b*, cut by the transversal line *c*, are parallel.

In the figure at the right, all of the orange-shaded angles are congruent to each other and all of the green-shaded angles are congruent to each other, because vertical angles are congruent and alternate interior angles formed by a transversal cutting parallel lines are congruent. Therefore, if lines *a* and *b* are parallel, any of the following conclusions leads to all of the others:

- One of the angles in the diagram is a right angle.
- One of the orange-shaded angles is congruent to one of the green-shaded angles.
- Line *c* is perpendicular to line *a*.
- Line *c* is perpendicular to line *b*.
- All four angles are equal.

# In computing distances

In geometry, the perpendicular distance between two objects is the distance from one to the other, measured along a line that is perpendicular to one or both.

The distance from a point to a line is the distance to the nearest point on that line.[4][5] That is the point at which a segment from it to the given point is perpendicular to the line.

Likewise, the distance from a point to a curve is measured by a line segment that is perpendicular to a tangent line to the curve at the nearest point on the curve.

The distance from a point to a plane is measured as the length from the point along a segment that is perpendicular to the plane, meaning that it is perpendicular to all lines in the plane that pass through the nearest point in the plane to the given point.[6]

Other instances include:

- *Point on plane closest to origin*, for the perpendicular distance from the origin to a plane in three-dimensional space
- *Nearest distance between skew lines*, for the perpendicular distance between two non-parallel lines in three-dimensional space[7][8]

Perpendicular regression fits a line to data points by minimizing the sum of squared perpendicular distances from the data points to the line. Other geometric curve fitting methods using perpendicular distance to measure the quality of a fit exist, as in total least squares.

The concept of perpendicular distance may be generalized to

- orthogonal distance, between more abstract non-geometric orthogonal objects, as in linear algebra (e.g., principal components analysis);
- normal distance, involving a surface normal, between an arbitrary point and its foot on the surface. It can be used for surface fitting and for defining offset surfaces.

# Graph of functions

In the two-dimensional plane, right angles can be formed by two intersected lines if the product of their slopes equals −1. Thus for two linear functions $y_1(x) = m_1 x + b_1$ and $y_2(x) = m_2 x + b_2$, the graphs of the functions will be perpendicular if $m_1 m_2 = -1$.



Two perpendicular lines have slopes $m_1 = \Delta y_1/\Delta x_1$ and $m_2 = \Delta y_2/\Delta x_2$ satisfying the relationship $m_1 m_2 = -1$.

The dot product of vectors can be also used to obtain the same result: First, shift coordinates so that the origin is situated where the lines cross. Then define two displacements along each line, $\vec{r}_j$, for $(j = 1, 2)$. Now, use the fact that the inner product vanishes for perpendicular vectors:

$$\vec{r}_1 = x_1\hat{x} + y_1\hat{y} = x_1\hat{x} + m_1 x_1\hat{y}$$
$$\vec{r}_2 = x_2\hat{x} + y_2\hat{y} = x_2\hat{x} + m_2 x_2\hat{y}$$
$$\vec{r}_1 \cdot \vec{r}_2 = (1 + m_1 m_2)\, x_1 x_2 = 0$$
$\therefore m_1 m_2 = -1$ (unless $x_1$ or $x_2$ vanishes.)

Both proofs are valid for horizontal and vertical lines to the extent that we can let one slope be $\varepsilon$, and take the limit that $\varepsilon \to 0$. If one slope goes to zero, the other goes to infinity.

# In circles and other conics

## Circles

Each diameter of a circle is perpendicular to the tangent line to that circle at the point where the diameter intersects the circle.

A line segment through a circle's center bisecting a chord is perpendicular to the chord.

If the intersection of any two perpendicular chords divides one chord into lengths $a$ and $b$ and divides the other chord into lengths $c$ and $d$, then $a^2 + b^2 + c^2 + d^2$ equals the square of the diameter.[9]

The sum of the squared lengths of any two perpendicular chords intersecting at a given point is the same as that of any other two perpendicular chords intersecting at the same point, and is given by $8r^2 - 4p^2$ (where $r$ is the circle's radius and $p$ is the distance from the center point to the point of intersection).[10]

Thales' theorem states that two lines both through the same point on a circle but going through opposite endpoints of a diameter are perpendicular. This is equivalent to saying that any diameter of a circle subtends a right angle at any point on the circle, except the two endpoints of the diameter.

### Ellipses

The major and minor axes of an ellipse are perpendicular to each other and to the tangent lines to the ellipse at the points where the axes intersect the ellipse.

The major axis of an ellipse is perpendicular to the directrix and to each latus rectum.

### Parabolas

In a parabola, the axis of symmetry is perpendicular to each of the latus rectum, the directrix, and the tangent line at the point where the axis intersects the parabola.

From a point on the tangent line to a parabola's vertex, the other tangent line to the parabola is perpendicular to the line from that point through the parabola's focus.

The orthoptic property of a parabola is that If two tangents to the parabola are perpendicular to each other, then they intersect on the directrix. Conversely, two tangents which intersect on the directrix are perpendicular. This implies that, seen from any point on its directrix, any parabola subtends a right angle.

### Hyperbolas

The transverse axis of a hyperbola is perpendicular to the conjugate axis and to each directrix.

The product of the perpendicular distances from a point P on a hyperbola or on its conjugate hyperbola to the asymptotes is a constant independent of the location of P.

A rectangular hyperbola has asymptotes that are perpendicular to each other. It has an eccentricity equal to $\sqrt{2}$.

## In polygons

### Triangles

The legs of a right triangle are perpendicular to each other.

The altitudes of a triangle are perpendicular to their respective bases. The perpendicular bisectors of the sides also play a prominent role in triangle geometry.

The Euler line of an isosceles triangle is perpendicular to the triangle's base.

The Droz-Farny line theorem concerns a property of two perpendicular lines intersecting at a triangle's orthocenter.

Harcourt's theorem concerns the relationship of line segments through a vertex and perpendicular to any line tangent to the triangle's incircle.

### Quadrilaterals

In a square or other rectangle, all pairs of adjacent sides are perpendicular. A right trapezoid is a trapezoid that has two pairs of adjacent sides that are perpendicular.

Each of the four maltitudes of a quadrilateral is a perpendicular to a side through the midpoint of the opposite side.

An orthodiagonal quadrilateral is a quadrilateral whose diagonals are perpendicular. These include the square, the rhombus, and the kite. By Brahmagupta's theorem, in an orthodiagonal quadrilateral that is also cyclic, a line through the midpoint of one side and through the intersection point of the diagonals is perpendicular to the opposite side.

By van Aubel's theorem, if squares are constructed externally on the sides of a quadrilateral, the line segments connecting the centers of opposite squares are perpendicular and equal in length.

## Lines in three dimensions

Up to three lines in three-dimensional space can be pairwise perpendicular, as exemplified by the *x, y*, and *z* axes of a three-dimensional Cartesian coordinate system.

## See also

- Orthogonal projection
- Tangential and normal components

## Notes

1. Kay (1969, p. 114)
2. Kay (1969, p. 91)
3. Kay (1969, p. 91)
4. Ballantine, J. P.; Jerbert, A. R. (April 1952). "Distance from a Line, or Plane, to a Point". *The American Mathematical Monthly*. **59** (4): 242. doi:10.2307/2306514 (https://doi.org/10.2307%2F2306514).

5. Payne, R. W. (May 1968). "164. The perpendicular distance from (x′, y′) to ax + by + c = 0". *The Mathematical Gazette*. **52** (380): 152–152. doi:10.2307/3612683 (https://doi.org/10.2307%2F3612683).
6. Bundrick, Charles M.; Sherry, David L. (April 1978). "Distance From a Point to a Line and a Point to a Plane Via Synthetic Methods". *School Science and Mathematics*. **78** (4): 304–306. doi:10.1111/j.1949-8594.1978.tb09363.x (https://doi.org/10.1111%2Fj.1949-8594.1978.tb09363.x).
7. Clarke, L. E. (May 1951). "2212. The shortest distance between two skew lines". *The Mathematical Gazette*. **35** (312): 120–121. doi:10.2307/3609345 (https://doi.org/10.2307%2F3609345).
8. Johar, Syafiq (21 January 2026). "A New Proof for Distance Between Skew Lines". *The College Mathematics Journal*: 1–8. doi:10.1080/07468342.2025.2603159 (https://doi.org/10.1080%2F07468342.2025.2603159).
9. Posamentier and Salkind, *Challenging Problems in Geometry*, Dover, 2nd edition, 1996: pp. 104–105, #4–23.
10. *College Mathematics Journal* 29(4), September 1998, p. 331, problem 635.


# References


- Altshiller-Court, Nathan (1952) [1st ed. 1925], *College Geometry: An Introduction to the Modern Geometry of the Triangle and the Circle* (https://archive.org/details/collegegeometryi00newy/) (2nd ed.), New York: Barnes & Noble
- Kay, David C. (1969), *College Geometry*, New York: Holt, Rinehart and Winston, LCCN 69-12075 (https://lccn.loc.gov/69-12075)


# External links

- Definition: perpendicular (http://www.mathopenref.com/perpendicular.html) with interactive animation.
- How to draw a perpendicular bisector of a line with compass and straight edge (http://www.mathopenref.com/constbisectline.html) (animated demonstration).
- How to draw a perpendicular at the endpoint of a ray with compass and straight edge (http://www.mathopenref.com/constperpendray.html) (animated demonstration).

Retrieved from "https://en.wikipedia.org/w/index.php?title=Perpendicular&oldid=1355855765"

EXH. D

Wikipedia
25 years of the free encyclopedia

# Tangential and normal components

In mathematics, given a vector at a point on a curve, that vector can be decomposed uniquely as a sum of two vectors, one tangent to the curve, called the **tangential component** of the vector, and another one perpendicular to the curve, called the **normal component** of the vector. Similarly, a vector at a point on a surface can be broken down the same way.



Illustration of tangential and normal components of a vector to a surface

More generally, given a submanifold *N* of a manifold *M*, and a vector in the tangent space to *M* at a point of *N*, it can be decomposed into the component tangent to *N* and the component normal to *N*.

## Formal definition

### Surface

More formally, let $S$ be a surface, and $x$ be a point on the surface. Let $\mathbf{v}$ be a vector at $x$. Then one can write uniquely $\mathbf{v}$ as a sum

$$\mathbf{v} = \mathbf{v}_{\parallel} + \mathbf{v}_{\perp}$$

where the first vector in the sum is the tangential component and the second one is the normal component. It follows immediately that these two vectors are perpendicular to each other.

To calculate the tangential and normal components, consider a unit normal to the surface, that is, a unit vector $\hat{\mathbf{n}}$ perpendicular to $S$ at $x$. Then,

$$\mathbf{v}_{\perp} = (\mathbf{v} \cdot \hat{\mathbf{n}})\, \hat{\mathbf{n}}$$

and thus

$$\mathbf{v}_{\parallel} = \mathbf{v} - \mathbf{v}_{\perp}$$

where "·" denotes the dot product. Another formula for the tangential component is

$$\mathbf{v}_{\parallel} = -\hat{\mathbf{n}} \times (\hat{\mathbf{n}} \times \mathbf{v}),$$

where "$\times$" denotes the cross product.

These formulas do not depend on the particular unit normal $\hat{\mathbf{n}}$ used (there exist two unit normals to any surface at a given point, pointing in opposite directions, so one of the unit normals is the negative of the other one).

### Submanifold

More generally, given a submanifold $N$ of a manifold $M$ and a point $p \in N$, we get a short exact sequence involving the tangent spaces:

$$T_pN \to T_pM \to T_pM/T_pN$$

The quotient space $T_pM/T_pN$ is a generalized space of normal vectors.

If $M$ is a Riemannian manifold, the above sequence splits, and the tangent space of $M$ at $p$ decomposes as a direct sum of the component tangent to $N$ and the component normal to $N$:

$$T_pM = T_pN \oplus N_pN := (T_pN)^\perp$$

Thus every tangent vector $v \in T_pM$ splits as $v = v_\| + v_\perp$, where $v_\| \in T_pN$ and $v_\perp \in N_pN := (T_pN)^\perp$.

## Computations

Suppose $N$ is given by non-degenerate equations.

If $N$ is given explicitly, via parametric equations (such as a parametric curve), then the derivative gives a spanning set for the tangent bundle (it is a basis if and only if the parametrization is an immersion).

If $N$ is given implicitly (as in the above description of a surface, (or more generally as) a hypersurface) as a level set or intersection of level surfaces for $g_i$, then the gradients of $g_i$ span the normal space.

In both cases, we can again compute using the dot product; the cross product is special to 3 dimensions however.

## Applications

- Lagrange multipliers: constrained critical points are where the tangential component of the total derivative vanish.
- Surface normal
- Frenet–Serret formulas
- Differential geometry of surfaces § Tangent vectors and normal vectors

# References


- Rojansky, Vladimir (1979). *Electromagnetic fields and waves*. New York: Dover Publications. ISBN 0-486-63834-0.
- Crowell, Benjamin (2003). *Light and Matter* (https://www.lightandmatter.com/lm).


Retrieved from "https://en.wikipedia.org/w/index.php?title=Tangential_and_normal_components&oldid=1316195484"

EXH. E

# Normal Line — Definition, Formula & Examples

> A normal line is the line that passes through a point on a curve and is perpendicular to the tangent line at that point. It points directly away from the curve's surface.

Given a differentiable function $f$ at a point $(a, f(a))$ where $f'(a) \neq 0$, the normal line is the line through $(a, f(a))$ with slope $-\frac{1}{f'(a)}$, the negative reciprocal of the tangent slope. If $f'(a) = 0$, the normal line is the vertical line $x = a$.

## Key Formula

$$y - f(a) = -\frac{1}{f'(a)}(x - a)$$

**Where:**

$a$ = The x-coordinate of the point on the curve

$f(a)$ = The y-coordinate of the point on the curve

$f'(a)$ = The derivative of f evaluated at x = a (slope of the tangent line)

$-\frac{1}{f'(a)}$ = The negative reciprocal of the tangent slope, giving the normal slope



## Worked Example

**Problem:** Find the equation of the normal line to $f(x) = x^2$ at the point where $x = 3$.

**Find the point:** Evaluate the function at $x = 3$.

$$f(3) = 3^2 = 9 \quad \Rightarrow \quad \text{Point: } (3,\ 9)$$

**Find the tangent slope:** Differentiate and evaluate at $x = 3$.

$$f'(x) = 2x \quad \Rightarrow \quad f'(3) = 6$$

**Find the normal slope and write the equation:** The normal slope is the negative reciprocal of 6. Then use point-slope form.

$$m_{\text{normal}} = -\frac{1}{6} \quad \Rightarrow \quad y - 9 = -\frac{1}{6}(x - 3)$$

**Answer:** $y = -\frac{1}{6}x + \frac{19}{2}$

## Why It Matters

Normal lines appear in physics when calculating reflection angles off curved surfaces and in engineering when determining forces perpendicular to a surface. In multivariable calculus, the concept extends to normal vectors, which are essential for defining planes tangent to surfaces.

## Common Mistakes

**Mistake:** Using the tangent slope directly instead of its negative reciprocal for the normal line.

**Correction:** Perpendicular lines have slopes that are negative reciprocals of each other. If the tangent slope is $m$, the normal slope is $-1/m$, not $m$ or $1/m$.

## Related Terms

**Derivative** — Provides the tangent slope used to find the normal

**Derivative Rules** — Rules for computing the derivative efficiently

**Differentiable** — Curve must be differentiable for normal to exist

**Chain Rule** — Needed for tangent slopes of composed functions

**Differentiation** — The process of finding derivatives

**RELATED IN THIS TOPIC**

Approximation by Differentials — Formula & Examples
Chain Rule — Formula, Examples & Definition
Continuously Differentiable Function — Definition & Examples
Curly d — Symbol, Partial Derivatives & Examples
Del Operator — Definition, Formula & Examples
Derivative — Definition, Formula & Examples
All Derivative Rules: Power, Product, Quotient, Chain (Table)
Differentiable — Definition, Meaning & Examples

**BROWSE**

Derivatives & Differentiation Rules
Calculus
Calculus Formula Sheet

Mathwords: Terms and Formulas from Algebra I to Calculus

Written, illustrated by Bruce Simmons, and maintained by Cazoom Maths

Copyright © 2026 by Cazoom Maths. All rights reserved. · Privacy Policy

CERTFIFICATION OF SERVICE

The undersigned counsel hereby certifies and declares that a copy of the foregoing was served on Plaintiff's counsel via email on September 16, 2026.

/s/ Paul D. Ackerman