# EXHIBIT 1

US011930789B2

# (12) United States Patent
Lofranco

(10) **Patent No.: US 11,930,789 B2**
(45) **Date of Patent: Mar. 19, 2024**

(54) **PET TOY**

(71) Applicant: **Debra Lofranco**, Galloway, NJ (US)

(72) Inventor: **Debra Lofranco**, Galloway, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 122 days.

(21) Appl. No.: **17/420,351**

(22) PCT Filed: **Dec. 31, 2019**

(86) PCT No.: **PCT/US2019/069087**
§ 371 (c)(1),
(2) Date: **Jul. 1, 2021**

(87) PCT Pub. No.: **WO2020/142502**
PCT Pub. Date: **Jul. 9, 2020**

(65) **Prior Publication Data**

US 2022/0053734 A1 Feb. 24, 2022

**Related U.S. Application Data**

(60) Provisional application No. 62/910,144, filed on Oct. 3, 2019, provisional application No. 62/787,624, filed on Jan. 2, 2019.

(51) **Int. Cl.**
***A01K 15/02*** (2006.01)

(52) **U.S. Cl.**
CPC .................................. ***A01K 15/026*** (2013.01)

(58) **Field of Classification Search**
CPC ... A01K 15/026; A01K 15/024; A01K 15/025
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,011,043 B2 | 3/2006 | Diep | | |
| 7,565,884 B2 | 7/2009 | Lamstein | | |
| 8,561,575 B2 | 10/2013 | Ruffin | | |
| 8,578,890 B1 * | 11/2013 | Haaf | A01K 15/024 | 119/706 |
| 8,997,695 B2 | 4/2015 | Riding | | |
| 10,206,373 B1 | 2/2019 | Fincher | | |
| 10,244,735 B2 | 4/2019 | Wolfe, Jr. | | |
| 10,477,838 B2 | 11/2019 | Dertsakyan | | |
| 10,485,220 B2 | 11/2019 | Valle | | |
| 2004/0194731 A1 | 10/2004 | Lineberry | | |
| 2007/0295282 A1 * | 12/2007 | Lamstein | A01K 15/024 | 119/706 |
| 2008/0149041 A1 * | 6/2008 | Lamstein | A01K 15/024 | 119/706 |
| 2010/0050953 A1 * | 3/2010 | Fails, Jr. | A01K 15/024 | 119/706 |
| 2010/0199921 A1 * | 8/2010 | Haaf | A01K 5/0114 | 119/702 |
| 2011/0079183 A1 * | 4/2011 | Krotts | A01K 15/025 | 119/711 |
| 2011/0253060 A1 * | 10/2011 | Schotthoefer | A01K 15/024 | 119/706 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2012075346 A2 | 6/2012 |
| WO | 2018096524 A1 | 5/2018 |

*Primary Examiner* — Trinh T Nguyen
(74) *Attorney, Agent, or Firm* — Maschoff Brennan

(57) **ABSTRACT**

A pet toy includes surfaces for adhering abrasive material for dulling a pet's claws as the pet plays with the toy, as well as a cavity for receiving pet treats for encouraging play.

**20 Claims, 2 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2012/0085294 | A1* | 4/2012 | Christianson | A01K 15/025<br>119/707 |
| 2012/0090552 | A1* | 4/2012 | Haaf | A01K 15/024<br>119/706 |
| 2012/0090553 | A1* | 4/2012 | Haaf | A01K 15/024<br>119/706 |
| 2012/0192803 | A1* | 8/2012 | Haaf | A01K 15/025<br>119/621 |
| 2012/0279458 | A1* | 11/2012 | Haaf | A01K 15/024<br>119/706 |
| 2015/0257366 | A1 | 9/2015 | Gick | |
| 2016/0255812 | A1 | 8/2016 | Wolfe, Jr. | |

* cited by examiner



Fig. 4

Fig. 5

Fig. 3

Fig. 2

Fig. 1




Fig. 6




Fig. 7




Fig. 8

# PET TOY

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to devices for caring for pet animals.

### 2. Brief Summary of the Prior Art

Pet toys of various types are well known in the art. Some such toys permit animal foodstuffs such as disclosed in U.S. Pat. Nos. 10,485,220 and 10,244,735 to be retained within the toy and to provide amusement for the animal in the interest of avoiding boredom and the destructive behavior which may sometimes accompany pet boredom. Other such toys are designed to aid with providing good care for pet animals. For example, U.S. Pat. No. 10,477,838 discloses a pet toy having cavities for engaging an animal's teeth with scrubbing elements with the goal of improving the animal's dental hygiene, while U.S. Pat. No. 10,206,373 discloses a double-ended pet toy adapted to clean a pet's teeth. U.S. Pat. Nos. 8,561,575 and 7,011,043 disclose apparatus for dulling an animal's claws using abrasive surfaces. U.S. Pat. No. 7,565,884 discloses a cat scratcher system for providing replaceable scatchable materials such as corrugated cardboard.

## SUMMARY OF THE INVENTION

The present invention is a pet toy comprising a body having an upper face, a lower face, a top side, a bottom side, a left side, and a right side. At least one of the upper face and the lower face has a pad surface for adhering an abrasive material. Preferably, the body has an internal central cavity. Preferably, at least one aperture is formed in the body for accessing the internal central cavity. Preferably, at least one handle extends from the group consisting of the top side, the bottom side, the left side, and the right side of the body for grasping the pet toy. Preferably, the at least one aperture is formed in the group consisting of the top side, the bottom side, the left side, and the right side of the body. Preferably, the at least one handle and the at least one aperture are formed in the same side. Preferably, the at least one handle is arc-shaped. Preferably, the at least one handle is arc-shaped and extends from the side on either side of the aperture. In one presently preferred embodiment, the body has a pair of arc-shaped handles extending from opposite sides of the body, and at least one aperture is formed in one of the opposite sides. Preferably, the body has an aperture formed in each of the opposite sides. Preferably, the pet toy further includes at least one guard projecting from the at least one face having a pad surface, with the at least one guard projecting from the at least one face proximate the pad surface. Preferably, the upper surface of the pet toy has an upper pad surface and the lower face has a lower pad surface. Preferably, the pet toy further comprises at least one cavity for receiving a scent material. Preferably, the at least one cavity is formed in at least one of the upper surface and the lower surface. Preferably, the pet toy further comprises an abrasive material adhered to the pad surface.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** is a perspective view of a first embodiment of a pet toy according to the present invention.

FIG. **2** is a front elevational view of the pet toy of FIG. **1**.

FIG. **3** is a side elevational view of the pet toy of FIG. **1**.

FIG. **4** is a front elevational sectional view of the pet toy of FIG. **1** taken along the line **4-4** of FIG. **3**.

FIG. **5** is a plan sectional view of the pet toy of FIG. **1** taken along the line **5-5** of FIG. **3**.

FIG. **6** is an exploded perspective view of a second embodiment of a pet toy according to the present invention.

FIG. **7** is a top plan view of the pet toy of FIG. **6**.

FIG. **8** is a top plan view of a third embodiment of a pet toy according to the present invention.

## DETAILED DESCRIPTION

The present invention provides a multi-purpose health and wellness toy with two key benefits: interactivity and healthy grooming. The pet toy of the present invention offers physical and mental entertainment with pet-centric specifications that are safe and healthy for pets. The pet toy of the present invention provides challenges for pets to use their natural instincts, and in particular, their sense of smell. Pets will have a sense of accomplishment, having engaged in an activity that is both fun and rewarding while they trim and file their own claws. The pet toy of the present invention mentally stimulates a pet's natural sense, and offers enrichment by helping satisfying instinctual needs. Further, the pet toy of the present invention supports interactive "play" with unpredictable bounces for games of fetch or tug-of-war, as well as advantageously reducing destructive chewing and fights boredom. Further, the pet toy of the present invention can be used for providing pet treats and snacks.

Referring now to the Figures in which like reference numerals represent like elements in each of the several views, there is shown in FIG. **1** a perspective view of a first embodiment of a pet toy **10** according to the present invention, as shown from above. The pet toy **10** has a generally rectangular body **20** having a generally flat upper face **22** and a generally flat lower face **24** (FIG. **3**) parallel to the upper face **22**. Preferably, the pet toy **10** is sized to be appropriate to the size of the pet for which the pet toy **10** is intended, such that, for example, a pet toy **10** intended for a larger breed dog is substantially larger overall than a pet toy **10** intended for a miniature breed dog. The body **20** further includes a top side **26**, a bottom side **28**, as well as a left side **30** and a right side **32**. A generally flat upper pad surface **40** is formed on and slightly recessed below the upper face **22** of the pet toy **10**, and a corresponding generally flat lower pad surface **42** is formed on and slightly recessed below the lower face **24**. The pad surfaces **40**, **42** are adapted to receive an abrasive material, such as a sheet of sandpaper, emery paper, or a sandstone material, for contacting and dulling a pet's claws or nails when the pet plays with the toy. The pad surfaces **40**, **42** may be provided with an adhesive coating for adhering the abrasive material, or an adhesive material, such as Velcro, for the same purpose. Alternatively, the abrasive material itself may be adherent, as by being coated with an adhesive material. Each abrasive sheet is preferably provided with a fastener surface on the underside of the abrasive sheet order to releasably adhere the abrasive sheet to the pad surface **40**, **42** so that the abrasive sheets can be replaced as necessary. Both the upper face **22** and the lower face **24** are provided with guard projections **50** which extend slightly above the respective upper pad surface **40** and lower pad surface **42** to prevent the abrasive material adhering to the pad surfaces **40**, **42** from contacting and marring a flat surface on which the pet toy **10** may be placed, such as a wooden floor. The pet toy **10** also includes a plurality of

generally circular cavities or scent receptacles **60** formed at the corners of the upper face **22** and the lower face **24**, for receiving scent materials for encouraging pets to play with the pet toy **10**.

As can be seen in the front elevational sectional view of FIG. **4**, the body **20** includes a central cavity **70** which is accessible through a generally round first aperture **72** formed in the top side **26** of the body **20** and a corresponding generally round second aperture **74** formed in the bottom side of the body **20**, with the first aperture **72** and second aperture **74** lying on a common axis. Animal food such as pet treats can be received within the central cavity **70**. Preferably, such animal food is shaped so the food can be positioned such that the animal food extends at least partially through the first aperture **72** and/or the lower aperture **74**, to provide at least partial access to an animal seeking the animal food. Alternatively, or in addition, other toy elements (such as feathers or the like) can be placed in an aperture **72**, **74** to encourage play. Further, the apertures **72**, **74** may be plugged or closed to raise level of difficulty.

The pet toy **10** also includes a first arc-shaped handle **80** extending from the top side **26** of the body **20** and extending over the first aperture **72** and a second arc-shaped handle **82** extending from the bottom side **28** of the body **20** and extending over the second aperture **74**. Either handle **80**, **82** can be grasped by a pet owner while his or her pet attempts to pull the pet toy **10** away by tugging at the other handle **82**, **80**. Preferably, the pet toy **10** is formed from a sturdy, durable material, such as an elastic material such as a natural rubber, a thermoplastic elastomer or the like, such that the pet toy **10** resists destruction by rough play with the pet. Preferably, the pet toy **10** is formed from an FDA-approved chewable rubber material that is both safe and environmentally friendly.

A second embodiment of a pet toy **100** according to the present invention is depicted in the exploded perspective view of FIG. **6**. This embodiment of the pet toy **100** is specifically adapted for use with cats. The pet toy **100** includes a plurality of layers **120**, **130**, **140** arranged symmetrically on either side of a generally flat base layer **110**. The base layer **110** is preferably formed from a flexible, durable material, and preferably takes the form of a stylized fish, and has an upper face and a lower face. The base layer **110** includes a central portion **112** from which preferably extends a plurality of simulated appendages **114**, **116**. When the pet toy **100** is to be used with cats, one or more of the appendages **114**, **116** may take the form of a pocket in which catnip can be inserted to motivate play. On either side of the base layer **110** an interlayer or pad **120** preferably formed from a durable, flexible material, such as cotton fabric, is provided. Each interlayer **120** is adhered to a side of the base layer **110** by suitable means, such as by a fabric glue or the like. Preferably, the base layer is adhered to one or each of the interlayers **120** in such a way as to form pockets or central internal cavities **122** in which pet treats can be inserted through apertures formed between the base layer **110** and the interlayer **120**. On the exterior side of each of the interlayers **120** an abrasive sheet **130** is provided, preferably, in the case of a pet toy **100** intended for cats, with a fine grain abrasive to aid in trimming the cat's claws as the cat plays with the pet toy **100**. Each abrasive sheet **130** is preferably adhered to the respective interlayer **120** with a suitable adhesive material. Alternatively, a fastener surface, such as hook-like fasteners such as Velcro, can be provided on the interlayer **120**, and the abrasive sheets **130** can be provided with a surface, such as a fabric, adherent to the fastener surface. In another aspect, the abrasive sheets **130** can be permanently adhered to the interlayers **120**, and the abrasive sheets **120** themselves can be covered with a layer of netting material **140** in order of catching a cat's claws in the interest of motivating further play activity with the pet toy **100**. Preferably, the aperture **102** is formed at one end of the pet toy **100** so that a cord or string **150** can be attached, thus forming a handle for the pet toy **100**, so that the pet owner can engage his or her pet by dangling the pet toy **100**. Preferably, a feather **160** or similar attractive object is attached to the pet toy **100** at one end of the pet toy **100**, as best seen in the top plan view of FIG. **7**. In a presently preferred embodiment, the pet toy **100** is formed from fabric materials, other than the abrasive sheets **120**, and the various component are adhered together, such a with a non-toxic glue, and/or by sewing the layers together.



A third embodiment of a pet toy **200** according to the present invention is depicted in the top plan view of FIG. **8**. While this embodiment is substantially similar to the first embodiment, the arc-shaped handles **280**, **284**, each includes plurality of grooves **285**, preferably oriented generally perpendicular to the central axes of the handles **280**, **284**, and spaced apart and with a depth to permit canine teeth to contact the interior of the grooves **285** to encourage cleaning of the teeth by contacting foreign matter and the like on the teeth, such as, for example, canine molars. Alternatively, a plurality of grooves can be provided for the same purpose elsewhere on the pet toy, such as on the body of the pet toy (not shown).

Various modifications can be made in the details of the various embodiments of the apparatus of the present invention, all within the scope and spirit of the invention as defined by the appended claims.

The invention claimed is:

**1**. A pet toy comprising:
- a body having an upper face, a lower face, a top side, a bottom side, a left side, and a right side;
- at least one of the upper face and the lower face having:
  - a pad surface for adhering an abrasive material; and
  - one or more substantially circular scent cavities configured to receive a scent material;
- the body having an internal central cavity; and
- at least one aperture formed in the body for accessing the internal central cavity;
- at least one handle, made of an elastic material, extending from the group consisting of the top side, the bottom side, the left side, and the right side of the body for grasping the pet toy, wherein the handle includes a plurality of grooves sized and positioned to be contacted by pet teeth and configured to clean the pet teeth.

**2**. A pet toy according to claim **1**, wherein the at least one aperture is formed in the group consisting of the top side, the bottom side, the left side, and the right side of the body.

**3**. A pet toy according to claim **2**, wherein the at least one handle and the at least one aperture are formed in the same side.

**4**. A pet toy according to claim **1**, wherein the handle is arc-shaped.

**5**. A pet toy according to claim **3**, wherein the at least one handle is arc-shaped and extends from the side on either side of the aperture.

**6**. A pet toy according to claim **1**, the body having a pair of arc-shaped handles extending from opposite sides of the body, and at least one aperture formed in one of the opposite sides.

**7**. A pet toy according to claim **6**, the body having an aperture formed in each of the opposite sides.

**8**. A pet toy according to claim **1**, further including at least one guard projecting from the at least one face having a pad surface, the at least one guard projecting from the at least one face proximate the pad surface.

**9**. A pet toy according to claim **1**, wherein the upper face has an upper pad surface and the lower face has a lower pad surface.

**10**. A pet toy according to claim **1**, wherein the one or more substantially circular scent cavities are formed in at least one of the upper face and the lower face.

**11**. A pet toy according to claim **1**, further comprising an abrasive material adhered to the pad surface.

**12**. A pet toy according to claim **1**, wherein the handle is a string or cord.

**13**. A pet toy according to claim **1**, further including catnip secured within the body.

**14**. A pet toy according to claim **11**, further including netting material covering the abrasive material.

**15**. A pet toy according to claim **1**, further including a feather adhered to the body.

**16**. The pet toy according to claim **1**, wherein the elastic material includes a thermoplastic material or a natural rubber.



**17**. The pet toy according to claim **1**, wherein the one or more substantially circular scent cavities are located in each corner of at least one of the upper face and the lower face.

**18**. A pet toy comprising:

a body having an upper face, a lower face, a top side, a bottom side, a left side, and a right side;

at least one of the upper face and the lower face including:

a pad surface for adhering an abrasive material; and

a guard projection extending in a perpendicular direction with respect to the pad surface and configured to prevent the abrasive material from contacting a flat surface upon which the pet toy is placed;

the body having an internal central cavity; and

at least one aperture formed in the body for accessing the internal central cavity;

at least one handle extending from the group consisting of the top side, the bottom side, the left side, and the right side of the body for grasping the pet toy.

**19**. A pet toy according to claim **17**, further comprising at least one cavity for receiving a scent material.

**20**. A pet toy according to claim **17**, further including a plurality of grooves sized and positioned to be contacted by pet teeth for cleaning the pet teeth.

* * * * *