# EXHIBIT 5


BIG IDEAS
MATH®
Ron Larson
Laurie Boswell
Geometry
A Common Core Curriculum


Standards for Mathematical Practice
The Big Ideas Math program was written with the Standards for Mathematical Practice as its foundation. Every lesson provides students with the opportunity to develop the processes and proficiencies that are required for success in high school mathematics and for college and career readiness.
1 Make sense of problems and persevere in solving them.
2 Reason abstractly and quantitatively.
3 Construct viable arguments and critique the reasoning of others.
4 Model with mathematics.
5 Use appropriate tools strategically.
6 Attend to precision.
7 Look for and make use of structure.
8 Look for and express regularity in repeated reasoning.
NATIONAL GEOGRAPHIC LEARNING
BIG IDEAS LEARNING
ISBN 978-1-64208-761-1
9 781642 087611

BIG IDEAS LEARNING®

Big Ideas Learning, LLC
1762 Norcross Road
Erie, PA 16510-3838
USA

For product information and customer support, contact Big Ideas Learning at **1-877-552-7766** or visit us at ***BigIdeasLearning.com***.

**Cover Image**
Image of metal sculpture by Vladimir Bulatov

Copyright © 2019 by Big Ideas Learning, LLC. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including, but not limited to, photocopying and recording, or by any information storage or retrieval system, without prior written permission of Big Ideas Learning, LLC unless such copying is expressly permitted by copyright law. Address inquiries to Permissions, Big Ideas Learning, LLC, 1762 Norcross Road, Erie, PA 16510.

*Big Ideas Learning* and *Big Ideas Math* are registered trademarks of Larson Texts, Inc.

Common Core State Standards: © Copyright 2010. National Governors Association Center for Best Practices and Council of Chief State School Officers. All rights reserved.

Printed in the U.S.A.

ISBN 13: 978-1-64208-761-1

3 4 5 6 7 8 9 10—22 21 20 19 18

## Using Definitions

You can write a definition as a conditional statement in if-then form or as its converse. Both the conditional statement and its converse are true for definitions. For example, consider the definition of *perpendicular lines*.

If two lines intersect to form a right angle, then they are **perpendicular lines**.

You can also write the definition using the converse: If two lines are perpendicular lines, then they intersect to form a right angle.

You can write "line $\ell$ is perpendicular to line $m$" as $\ell \perp m$.




**EXAMPLE 4** Using Definitions

Decide whether each statement about the diagram is true. Explain your answer using the definitions you have learned.




a. $\overleftrightarrow{AC} \perp \overleftrightarrow{BD}$

b. $\angle AEB$ and $\angle CEB$ are a linear pair.

c. $\overrightarrow{EA}$ and $\overrightarrow{EB}$ are opposite rays.

**SOLUTION**

a. This statement is *true*. The right angle symbol in the diagram indicates that the lines intersect to form a right angle. So, you can say the lines are perpendicular.

b. This statement is *true*. By definition, if the noncommon sides of adjacent angles are opposite rays, then the angles are a linear pair. Because $\overrightarrow{EA}$ and $\overrightarrow{EC}$ are opposite rays, $\angle AEB$ and $\angle CEB$ are a linear pair.

c. This statement is *false*. Point $E$ does not lie on the same line as $A$ and $B$, so the rays are not opposite rays.

### Monitoring Progress

Help in English and Spanish at *BigIdeasMath.com*

**Use the diagram. Decide whether the statement is true. Explain your answer using the definitions you have learned.**




6. $\angle JMF$ and $\angle FMG$ are supplementary.

7. Point $M$ is the midpoint of $\overline{FH}$.

8. $\angle JMF$ and $\angle HMG$ are vertical angles.

9. $\overleftrightarrow{FH} \perp \overleftrightarrow{JG}$