**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 5, 2026, a true and correct copy of the Plaintiff's Opening *Markman* Claim Construction Brief Regarding U.S. Patent No. 11,930,789 was filed electronically with the Clerk of the Court through the Court's CM/ECF System, which will provide electronic notification of such filing to all attorneys of record.

*/s/ Rachel Ann Niedzwiadek*
Rachel Ann Niedzwiadek